Exhibit 1

| | |
|---|---|
| **From:** | Shyamie Dixit <sdixit@dixitlaw.com> |
| **Sent:** | Wednesday, March 06, 2019 6:53 PM |
| **To:** | Fernandez, Alex; Leahu, Stephen J.; Frankel, William; Avsec, Andrew J.; Christou, Evi |
| **Cc:** | Clarissa Moreno Dixit; Robert L. Vessel |
| **Subject:** | [EXT] Fwd: Activity in Case 8:18-cv-02608-SDM-AAS Healthplan Services, Inc. v. Dixit et al Motion to Compel |
| **Attachments:** | ATT00001.htm; Meet and Confer Teleconference re Discovery Amended Motion to StrikeDismiss ESI Procedure.pdf; ATT00002.htm; Proposed CMR PO ESI Agreement.pdf; ATT00003.htm |

Counselors,

Your Motion make several false claims about me, and I am giving you a chance, **per Local Rule 3.01(g)** (*a rule you fail to comprehend consistently, and likely purposefully*) to retract your claims and file a Notice of Withdrawal of the claims made against me.

*First*, see attached email between me and Alex (*and recall the teleconference before the email*), in which we resolved all of the discovery issues between us (*e.g.*, **I am amending the Rule 26 Disclosures and starting the productions of documents by March 15, 2019**).

Although the Rule 26 Disclosures are not mentioned in Alex's email (*as such I did not respond in kind*), **we agreed (*orally*) that I would amend by March 15**, and for you to say otherwise is absolutely false (*and, that's what I get for trusting Alex to "memorialize our discussion," which I will not allow again*). I will file the attached email and this email with the Court in support of my Motion for Sanctions.

*Second*, this statement is likewise false:

> "the Shyamie Dixit Defendants neither provided documents nor offered a description by category and location of all documents, electronically stored information, and tangible things in their possession, custody, or control that they may use to support their claims and defenses. HealthPlan immediately addressed these deficiencies via e-mail and addressed them in a 3.01(g) meet and confer, but the parties have failed to reach an agreement." *(Note: You failed to attach the subject "e-mail" to your Motion … because it hurts you obviously.)*

See the attached email, how can we be any clearer than this:

> Regarding defendants' discovery responses, you agreed to
> 29, 2019.
>
> Your proposal to produce all documents in their raw/nativ
> you.

Exhibit 1A

**From:** Shyamie Dixit sdixit@dixitlaw.com
**Subject:** Re: Meet and Confer Teleconference re Discovery, Amended Motion to Strike/Dismiss; ESI Procedure
**Date:** February 21, 2019 at 8:38 PM
**To:** Alejandro (Alex) J. Fernandez afernandez@brinksgilson.com
**Cc:** Robert L. Vessel rvessel@dixitlaw.com, HPSv.Dixit et al Litigation Group HPSvDixitetalLitigationGroup@brinksgilson.com, Jeffrey G. Gibson JG@macfar.com, Mr. Thomas Richard Farrior trf@macfar.com, Amy L. Anderson ala@macfar.com, Clarissa Moreno Dixit cmoreno@dixitlaw.com, Justin L. Dees JDees@macfar.com
**Bcc:** Rakesh Dixit rak@rakdixit.com, Feroniki Kutsomarkos fkutsomarkos@gmail.com



**H Alex, my responses are below, in red,**
--
Shyamie Dixit

On Feb 21, 2019, at 6:47 PM, Fernandez, Alex <afernandez@brinksgilson.com> wrote:

Shyamie,

Further to our meet and confer, we note that your request for blocking weeks for depositions in July will not comply with our scheduling order in this case. Pursuant to that order, discovery cutoff is June 20. **OK, any other weeks before the cutoff that work for you all (I cc'd Rak's attorneys so that they can chime in). Right now, <u>last week of April and first week of May are good for me.</u>**

Additionally, this confirms that defendants do not oppose our filing of an amended motion to strike and motion to dismiss wherein we remove arguments regarding the Twombly/Iqbal standard's applicability to affirmative defenses. **Incorrect:**

> **This is different from what we discussed (or what I recall): You said you were going to file a Notice to Withdraw "***arguments regarding the Twombly/Iqbal standard's applicability to affirmative defenses***." NOW, it seems like you're saying you are going to file a *NEW* "***amended*** motion to strike and motion to dismiss***." We do NOT agree to filing an "amended motion to strike and motion to dismiss." It makes NO sense to give you two bites at the apple, and "you all need to learn to get 'things' right the first time" (... *you can my line against me later*).**

While defendants do not oppose such a withdrawal **(Yes we do, as described above)**, they maintain their opposition to the motion to strike on the issues pertaining to defendants' answer **(We are NOT filing another Response to your Amended Motion to Dismiss that we oppose)**. ~~As agreed, we~~ **You can** file an ~~un~~**opposed** motion for leave to amend in this regard.

Regarding defendants' discovery responses, you agreed to ~~complete~~ <u>start</u> the production of EI and Kutsomarkos by March 15**, just like you agreed to <u>start</u> production for HPS before March 29, 2019.**

Your proposal to produce all documents in their raw/native form**, to the extent that EI and Feron have them,** so that we can bates stamp and return them is agreeable to defendants. **Thank you.**

We were perturbed by your representations that, apart from documents supporting its counterclaims, there's "nothing left" in terms of documents from EI because EI was closed as a result of "**HPS driving EI out of business (***e.g., by not paying for several months while EI was working for HPS***) and leaving EI with** many creditors." We were likewise troubled by your representations that Kutsomarkos had no documents because she is somehow involved in a scorched earth litigation with Dr. Bojkovic and everything "shut down" after 2016. In any case, we are hopeful that your agreement to review all RFPs in which defendants responded that they have no documents will yield amended answers. **I believe no response is necessary, and I cannot control what "perturbs" or "troubles" you.**

Finally, as agreed, we will make our first round of production on or before March 29. **Thank you,**

**Shyamie**

Thanks.

Best,
Alex

**Alejandro J. Fernandez**
Shareholder
Board Certified in Intellectual Property
813.275.5022 **|** Direct
813.420.8658 **|** Mobile
afernandez@brinksgilson.com
www.brinksgilson.com
**BRINKS GILSON & LIONE**
SunTrust Financial Centre - Suite 3500 **|** 401 East Jackson Street **|** Tampa, FL 33602



**Please Note:** This message is intended for the individual or entity named above and may constitute a privileged and confidential communication. If you are not the intended recipient, please do not read, copy, use, or disclose this message. Please notify the sender by replying to this message, and then delete the message from your system. Thank you.