Exhibit 2

| From: | Shyamie Dixit |
|---|---|
| To: | Fernandez, Alex |
| Cc: | Leahu, Stephen J.; Frankel, William; Avsec, Andrew J.; Christou, Evi; Clarissa Moreno Dixit; Robert L. Vessel; Mr. Shyam N.S. Dixit; Jeffrey G. Gibson; Mr. Thomas Richard Farrior; Justin L. Dees; Amy L. Anderson |
| Subject: | [EXT] Re: Activity in Case 8:18-cv-02608-SDM-AAS Healthplan Services, Inc. v. Dixit et al Motion to Compel |
| Date: | Wednesday, March 06, 2019 8:04:28 PM |

Alex,

In light of the fact that our misnomered *"good faith"* conference on February 21, 2019 meant nothing, your client's responses to our document requests are insufficient and violates Rule 34.

For example, a party may indicate that it will produce copies of documents, **but the party must complete the production no later than the time specified in the request, or by some other reasonable time specified by the party in the response**. *See* Rule 34(b)(2)(B). Given that I agreed to your protective order in January, *and per rule 34*, you cannot respond or indicate (*as you did*) that documents will be produced in due course, without actually committing to a specific date, *which you reneged on in your Motion to Compel*.

Thus, and at a minimum, Rule 34 requires you to provide a date for production of documents and to indicate whether you are withholding documents based on an objection, which you failed to do. **As such, and per Rule 34 and Local Rule 3.01(g), we will proceed with a cross-motion to compel in Response to your Motion to Compel**.

*Per Local 3.01(g),* please either (i) confirm that HPS will **immediately** produce documents, or (ii) you will withdraw your Motion to Compel as to the "the Shyamie Dixit Defendants."

*Please note that I will likewise attach this email, and your response (if any), to my Response. Thank you,*
--
Shyamie Dixit
3030 North Rocky Point Drive West, Suite 260, Tampa, Florida 33607
Tel: (813) 252-3999 | Fax: (813) 252-3997 | Cell: (813) 992-8118
Dixit Law Firm: www.dixitlaw.com

**NOTE:  This e-mail transmission originates from the sender.  This transmission, as well as any attached file transmitted contemporaneously, contain(s) confidential information that may be subject to certain and specific privileges, or otherwise protected against unauthorized use, all of which are hereby reserved.  The information contained in this transmission, as well as any file transmitted contemporaneously, is transmitted in this form based on a reasonable expectation of privacy, consistent with U.S. law.  Any disclosure, distribution, copying, or use of the information contained in this transmission by any person other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this transmission in error, please advise the sender by immediate reply, and delete the original message.

> On Mar 6, 2019, at 6:53 PM, Shyamie Dixit <sdixit@dixitlaw.com> wrote:
>
> Counselors,
>
> Your Motion make several false claims about me, and I am giving you a chance, **per Local Rule 3.01(g)** (*a rule you fail to comprehend consistently, and likely purposefully*) to retract your claims and file a Notice of Withdrawal of the claims made against me.

*First*, see attached email between me and Alex (*and recall the teleconference before the email*), in which we resolved all of the discovery issues between us (*e.g.*, **I am amending the Rule 26 Disclosures and starting the productions of documents by March 15, 2019**).

Although the Rule 26 Disclosures are not mentioned in Alex's email (*as such I did not respond in kind*), **we agreed (*orally*) that I would amend by March 15**, and for you to say otherwise is absolutely false (*and, that's what I get for trusting Alex to "memorialize our discussion," which I will not allow again*). I will file the attached email and this email with the Court in support of my Motion for Sanctions.

*Second*, this statement is likewise false:

> "the Shyamie Dixit Defendants neither provided documents nor offered a description by category and location of all documents, electronically stored information, and tangible things in their possession, custody, or control that they may use to support their claims and defenses. HealthPlan immediately addressed these deficiencies via e-mail and addressed them in a 3.01(g) meet and confer, but the parties have failed to reach an agreement." *(**Note: You failed to attach the subject "e-mail" to your Motion … because it hurts you obviously.**)*

See the attached email, how can we be any clearer than this:
<Screen Shot 2019-03-06 at 6.20.13 PM.png>
***Please explain the deficiency in our conversation and this response?*** *Or don't, like you did <u>not</u> during our "good faith" conference, and I will let the Court know as such by attaching this email to my motion for sanctions.*

*Finally,* **I did agree to your proposed PO**, as the attached email from January 15, 2019 shows and as I confirmed ***again*** during our (*apparently useless*) "good faith" conference on February 21, 2019.

As I said, you make several false claims about me, and I am giving you a chance, **per Local Rule 3.01(g)**, to retract your claims and file a Notice of Withdrawal of the claims made against me.

**If you don't withdraw your baseless claims against me before the close of business <u>Friday, March 8, 2019</u>**, I will file a Response in Opposition to your Motion, with a Cross-Motion for Sanctions, for your claims and I will attached copies of this email and the attachments. Thank you,

--
Shyamie Dixit
3030 North Rocky Point Drive West, Suite 260, Tampa, Florida 33607
Tel: (813) 252-3999 | Fax: (813) 252-3997 | Cell: (813) 992-8118
Dixit Law Firm: www.dixitlaw.com

**NOTE: This e-mail transmission originates from the sender. This transmission, as well as any attached file transmitted contemporaneously, contain(s) confidential information that may be subject to certain and specific privileges, or otherwise protected against unauthorized use, all of

which are hereby reserved.  The information contained in this transmission, as well as any file transmitted contemporaneously, is transmitted in this form based on a reasonable expectation of privacy, consistent with U.S. law.  Any disclosure, distribution, copying, or use of the information contained in this transmission by any person other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this transmission in error, please advise the sender by immediate reply, and delete the original message.

<Meet and Confer Teleconference re Discovery Amended Motion to StrikeDismiss ESI Procedure.pdf>
<Proposed CMR PO ESI Agreement.pdf>

Begin forwarded message:

**From:** cmecf_flmd_notification@flmd.uscourts.gov
**Subject: Activity in Case 8:18-cv-02608-SDM-AAS Healthplan Services, Inc. v. Dixit et al Motion to Compel**
**Date:** March 6, 2019 at 5:54:45 PM EST
**To:** cmecf_flmd_notices@flmd.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

U.S. District Court

Middle District of Florida

### Notice of Electronic Filing

The following transaction was entered by Christou, Evi on 3/6/2019 at 5:54 PM EST and filed on 3/6/2019

**Case Name:** Healthplan Services, Inc. v. Dixit et al
**Case Number:** 8:18-cv-02608-SDM-AAS
**Filer:** Healthplan Services, Inc.
**Document Number:** 62

**Docket Text:**
**MOTION to Compel AMENDED INITIAL DISCLOSURES AND SUPPLEMENTAL RESPONSES AND PRODUCTION OF DOCUMENTS by Healthplan Services, Inc..**

**(Attachments: # (1) Exhibit A, # (2) Exhibit B, # (3) Exhibit C)(Christou, Evi) Motions referred to Magistrate Judge Amanda Arnold Sansone.**

**8:18-cv-02608-SDM-AAS Notice has been electronically mailed to:**

Alejandro J. Fernandez     afernandez@brinksgilson.com, clovell@brinksgilson.com, federalcourts@brinksgilson.com

Andrew Avsec     aavsec@brinksgilson.com

Evi T. Christou     echristou@brinksgilson.com

Jeffrey W. Gibson     jg@macfar.com, ala@macfar.com, tamezquita@macfar.com

Justin L. Dees     jdees@macfar.com, ash@macfar.com, tlk@mcfaar.com

Peter John Grilli     peter@grillimediation.com, candace@grillimediation.com

Shyam N.S. Dixit , Jr     shyamiedixit@gmail.com, cmoreno@dixitlaw.com, sdixit@dixitlaw.com

Stephen J. Leahu     sleahu@brinksgilson.com, clovell@brinksgilson.com, federalcourts@brinksgilson.com

Thomas Richard Farrior     trf@macfar.com, tamezquita@macfar.com

William H. Frankel     wfrankel@brinksgilson.com, federalcourtemails@brinksgilson.com, lreyes@brinksgilson.com

**8:18-cv-02608-SDM-AAS Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1069447731 [Date=3/6/2019] [FileNumber=18157719-0
]
[5ab21b886a2a3e3d9e0345303bd124381291464224e8da2ceaaf307ba
b9789d9f73
598ffdee5d440812ff51fe8c427951e185dab011dca533b5d8da600222

83e]]
**Document description:**Exhibit A
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1069447731 [Date=3/6/2019] [FileNumber=18157719-1
]
[771fb12f4f1a1339ad64d194ce0bcf6ce6a327505b090f29c628a34493
9697bdfbd
784e8237cbb6a88f70402aa5839850ef2ec3e532bdef2b7f37c9293653
e5f]]
**Document description:**Exhibit B
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1069447731 [Date=3/6/2019] [FileNumber=18157719-2
]
[95d4e9b009aaee2766049385e007455ff78600b4c314e55f83d0f9b8a
076de7978e
be6cfcbd53e1dcb0db54b2e3411228e3e526a9f66bd9e6ea19478fe12e
e73]]
**Document description:**Exhibit C
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1069447731 [Date=3/6/2019] [FileNumber=18157719-3
]
[7bb68b1185d0b01897343236fa96dbfc949c4139faf2feba408186b1f5
4b5b9e9ac
71e35607d6ccc2856960738daba2eb4133bd10f79bbec0ace27b20c3ce
47e]]