UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HEALTHPLAN SERVICES, INC.,
    a Florida corporation,

                                 CASE NO.:  8:18-cv-02608-SDM-AAS

    Plaintiff,

    v.

RAKESH DIXIT, an individual,
FERON KUTSOMARKOS, an individual,
E-INTEGRATE, INC., a Florida corporation,
KNOWMENTUM, INC, a Florida corporation, and
MEDIA SHARK PRODUCTIONS, INC.,
a Florida corporation,

    Defendants.
_____/

## MOTION TO EXCEED PAGE LIMITATION FOR
## DEFENDANTS' MOTION TO COMPEL

Defendants FERON KUTSOMARKOS ("Kutsomarkos") and E-INTEGRATE, INC ("E-Integrate") (they are referred to herein as "Defendants"), hereby move for an order permitting them to exceed the page limitation set forth in Local Rule 3.01(a) for Defendants' Motion to Compel, pursuant to Local Rule 3.01(d).  In support of the motion, Plaintiff states as follows:

    1.    Defendants seek to file their Motion to Compel (*see, e.g.*, D.E. 72) and Local Rule 3.01(a) states, in relevant part, "the movant shall include a concise statement of the precise relief requested, a statement of the basis for the request, and a memorandum of legal authority in support of the request, **all of which the movant shall include in a single document not more than twenty-five (25) pages**" (emphasis added).

1

2. Due to the complex nature of this case, and the extensive number of discovery requests at issue, an extension of the 25-page limit is necessary here. Local Rule 3.04(a) states, in relevant part:

> A motion to compel discovery pursuant to Rule 36 or Rule 37, Fed.R.Civ.P., shall include quotation in full of each interrogatory, question on deposition, request for admission, or request for production to which the motion is addressed; each of which shall be followed immediately by quotation in full of the objection and grounds therefor as stated by the opposing party; or the answer or response which is asserted to be insufficient, immediately followed by a statement of the reason the motion should be granted.

Defendants cannot comply with both Local Rules 3.01(a) and 3.04(a) because complying with Local Rule 3.04(a) causes Defendants to exceed the 25-page limit under Local Rule 3.01(a), which prevents Defendants from fully addressing the necessary discovery requests, objections, answers or responses, reasons, facts and legal issues.

3. Under Local Rule 3.01(d), "A motion requesting leave to file either a motion in excess of twenty-five (25) pages, […] shall not exceed three (3) pages, shall specify the length of the proposed filing, and shall not include, as an attachment or otherwise, the proposed motion, response, reply, or other paper." Accordingly, Defendants respectfully request an extension of the page limitation, allowing Plaintiff up to 100 pages for their Motion to Compel (*see, e.g.*, D.E. 72).

WHEREFORE, Defendants respectfully request that the Court grant this motion and allow them up to 100 pages for their Motion to Compel, excluding the caption, signature page, certificates, and exhibits.

## RULE 3.01(g) CERTIFICATION

Defendants' undersigned counsel certifies that I conferred with Plaintiff's counsel in a good faith effort to resolve the issues raised by this Motion, and Plaintiff's counsel stated that he

is **opposed** to the relief requested by Defendants' Motion for the reasons stated in the attached email.

Respectfully submitted,
*Dixit Law Firm*

*/s/ Shyamie Dixit*
Shyamie Dixit, Esq. (sdixit@dixitlaw.com)
Florida Bar No.: 719684
Robert L. Vessel, Esq. (rvessel@dixitlaw.com)
Florida Bar No.: 314536
3030 N. Rocky Point Drive West, Suite 260
Tampa, FL 33607
Tel: (813) 252-3999
Fax: (813) 252-3997
*Attorneys for Defendants Feron Kutsomarkos and E-Integrate, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished electronically with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all of the parties and their counsel of record on this 1st day of April 2019.

*Dixit Law Firm*

*/s/ Shyamie Dixit*
Shyamie Dixit, Esq. (sdixit@dixitlaw.com)
Florida Bar No.: 719684