# Exhibit 1

| | |
|---|---|
| **From:** | Shyamie Dixit |
| **To:** | Fernandez, Alex |
| **Cc:** | Robert L. Vessel; HPSv.Dixit et al Litigation Group; Clarissa Moreno Dixit; Justin L. Dees; April R. Shook; Valerie A. Cisco; Avsec, Andrew J.; Christou, Evi; Leahu, Stephen J.; Frankel, William |
| **Subject:** | Re: [EXT] Re: Meet and Confer Request |
| **Date:** | Saturday, March 16, 2019 2:36:09 PM |
| **Attachments:** | Draft #2 E-I ROGS Good Faith Letter.pdf |
| | ATT00001.htm |
| | Draft #2-FK ROGS Good Faith Ltr.pdf |
| | ATT00002.htm |

Hi Alex,

We are not allowing you/HPS perform discovery by some sort of double standard; for example, we have responded and resolved most, if not all, of your complaints and issues related to our discovery responses – *including producing approx. 56 Gig of docs and info*; whereas, HPS has five (5) attorneys of record, and an army of lawyers and staff behind you all, and you want to put off your discovery obligations by at least another 10 days because you want to go on vacation … *that is unacceptable.*

Pursuant to Federal Rule of Civil Procedure 37 and Local Rules 3.01(g) and 3.04, and because of HPS's refusal and/or failure to comply with Defendants' Requests for Production and First Set of Interrogatories, please tell us your firm's availability for a good-faith conference **March 19, 20,** and **22**, **any time after 2 pm**, in an effort to eliminate our discovery dispute and/or the necessity of a motion to compel, regarding the following discovery deficiencies:

(1) **HPS needs to complete its production of documents by March 29, 2019:** You filed this lawsuit in October 2018, it's absolutely unbelievable that you cannot complete your production of documents in more than five months. Regardless, we have expert disclosures coming up on April 17 and we cannot possibly meet that deadline without having at least 30 days to review the production of documents and information from HPS with our clients and experts. Please complete your client's document production by March 29, otherwise we we'll be forced to seek the Court's help.

(2) **HPS needs to amend its Rule 26 disclosures, as described below:** It is not sufficient to disclose the identity of potential witnesses by simply describing categories of persons, such as "Individuals and entities that presented, or were presented with, marketing materials relating to Defendants' FIT software system." Disclosures shall be by specific name, if known or reasonably ascertainable. If specific disclosures are not possible, please delete or remove those categories of persons.

(3) **HPS needs to immediately amend its responses to interrogatories:** Attached are *drafts* of our good faith discussion regarding the responses EI and FK take issue with, please either withdraw and amend your responses on or before March 22, 2019, or let me know when we can meet/confer this week.

Upon review of your client's various discovery responses referenced herein, it is reasonable to believe that you and/or your client are purposely delaying/avoiding discovery in this action and we intend to file a motion to compel to ensure proper answers, responses and the complete production of documents.  If you and your client do not provide revised responses to our discovery requests and the outstanding documents identified herein, we will be forced to file a motion to compel and seek attorneys' fees for doing so. Your compliance with our requests

will avoid the necessity of a motion to compel, court intervention and possible sanctions.

Thank you for your anticipated cooperation and should you have any further questions or require anything else to assist you in your evaluation of this matter, please do not hesitate to contact me.  Take care,

--
Shyamie Dixit
3030 North Rocky Point Drive West, Suite 260, Tampa, Florida 33607
Tel: (813) 252-3999 | Fax: (813) 252-3997 | Cell: (813) 992-8118
Dixit Law Firm: www.dixitlaw.com

**NOTE:  This e-mail transmission originates from the sender.  This transmission, as well as any attached file transmitted contemporaneously, contain(s) confidential information that may be subject to certain and specific privileges, or otherwise protected against unauthorized use, all of which are hereby reserved.  The information contained in this transmission, as well as any file transmitted contemporaneously, is transmitted in this form based on a reasonable expectation of privacy, consistent with U.S. law.  Any disclosure, distribution, copying, or use of the information contained in this transmission by any person other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this transmission in error, please advise the sender by immediate reply, and delete the original message.