# Exhibit 3

| | |
|---|---|
| **From:** | Fernandez, Alex |
| **To:** | "Shyamie Dixit" |
| **Cc:** | Leahu, Stephen J.; Avsec, Andrew J.; Christou, Evi; Robert L. Vessel; Clarissa Moreno Dixit; Frankel, William; HPSv.Dixit et al Litigation Group |
| **Subject:** | RE: [EXT] Fwd: Activity in Case 8:18-cv-02608-SDM-AAS Healthplan Services, Inc. v. Dixit et al Order on motion to compel |
| **Date:** | Monday, April 01, 2019 4:01:16 PM |

Shyamie,

There was no meet and confer in connection with the 94 pages of your motion that deal with our RFP objections.  The only RFP-related discussion involved the timing of our production, which we had previously agreed would begin on March 29.  Accordingly, we insist that you withdraw/strike all RFP-related objections until there is a proper meet/confer.

Further, your certification misstates that "Plaintiff's counsel(s) advised that Plaintiff objects to the relief requested in this Motion and that it refuses to supplement its discovery responses any further."  This is flatly untrue.  We were clear (in writing) that we would in fact supplement our Interrogatory responses that were the subject of our meet and confer to address the issues we discussed.  We likewise insist you correct this aspect of your LR 3.01(g) certification.

We will not discuss an extension of pages until you agree to remove/correct these parts of your motion.  Thanks.

Best,

Alex

**Alejandro J. Fernandez**
Shareholder
Board Certified in Intellectual Property
813.275.5022 **|** Direct
813.420.8658 **|** Mobile
afernandez@brinksgilson.com
www.brinksgilson.com
**BRINKS GILSON & LIONE**
SunTrust Financial Centre - Suite 3500 **|** 401 East Jackson Street **|** Tampa, FL 33602



**Please Note:** This message is intended for the individual or entity named above and may constitute a privileged and confidential communication. If you are not the intended recipient, please do not read, copy, use, or disclose this message. Please notify the sender by replying to this message, and then delete the message from your system. Thank you.

**From:** Shyamie Dixit <sdixit@dixitlaw.com>
**Sent:** Monday, April 1, 2019 9:16 AM
**To:** Frankel, William <wfrankel@brinksgilson.com>; Fernandez, Alex

&lt;afernandez@brinksgilson.com&gt;
**Cc:** Leahu, Stephen J. &lt;sleahu@brinksgilson.com&gt;; Avsec, Andrew J. &lt;AAvsec@brinksgilson.com&gt;; Christou, Evi &lt;echristou@brinksgilson.com&gt;; Robert L. Vessel &lt;rvessel@dixitlaw.com&gt;; Clarissa Moreno Dixit &lt;cmoreno@dixitlaw.com&gt;
**Subject:** [EXT] Fwd: Activity in Case 8:18-cv-02608-SDM-AAS Healthplan Services, Inc. v. Dixit et al Order on motion to compel

Counselors, pursuant to Local Rule 3.01(g), please let me know if you're opposed to Defendants' Motion to File a Motion to Compel in excess of 25 pages. Thank you,
—
Shyamie Dixit
3030 North Rocky Point Drive West, Suite 260, Tampa, Florida 33607
Tel: (813) 252-3999 | Fax: (813) 252-3997 | Cell: (813) 992-8118
Dixit Law Firm: www.dixitlaw.com

**NOTE:  This e-mail transmission originates from the sender.  This transmission, as well as any attached file transmitted contemporaneously, contain(s) confidential information that may be subject to certain and specific privileges, or otherwise protected against unauthorized use, all of which are hereby reserved.  The information contained in this transmission, as well as any file transmitted contemporaneously, is transmitted in this form based on a reasonable expectation of privacy, consistent with U.S. law.  Any disclosure, distribution, copying, or use of the information contained in this transmission by any person other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this transmission in error, please advise the sender by immediate reply, and delete the original message.

Begin forwarded message:

**From:** cmecf_flmd_notification@flmd.uscourts.gov
**Subject: Activity in Case 8:18-cv-02608-SDM-AAS Healthplan Services, Inc. v. Dixit et al Order on motion to compel**
**Date:** April 1, 2019 at 8:11:44 AM EDT
**To:** cmecf_flmd_notices@flmd.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

<div align="center">

**U.S. District Court**
**Middle District of Florida**

</div>

**Notice of Electronic Filing**

The following transaction was entered on 4/1/2019 at 8:11 AM EDT and filed on 4/1/2019
**Case Name:**         Healthplan Services, Inc. v. Dixit et al

**Case Number:** 8:18-cv-02608-SDM-AAS
**Filer:**
**Document Number:** 73(No document attached)
**Docket Text:**
**ENDORSED ORDER denying without prejudice for failure to comply with Local Rule 3.01(a) [72] motion to compel. Signed by Magistrate Judge Amanda Arnold Sansone on 4/1/2019. (DMP)**

**8:18-cv-02608-SDM-AAS Notice has been electronically mailed to:**

Peter John Grilli     peter@grillimediation.com, candace@grillimediation.com

William H. Frankel     wfrankel@brinksgilson.com, federalcourtemails@brinksgilson.com, lreyes@brinksgilson.com

Jeffrey W. Gibson     jg@macfar.com, ala@macfar.com, tamezquita@macfar.com

Shyam N.S. Dixit, Jr     shyamiedixit@gmail.com, cmoreno@dixitlaw.com, sdixit@dixitlaw.com

Justin L. Dees     jdees@macfar.com, ash@macfar.com, tlk@macfar.com, vac@macfar.com

Stephen J. Leahu     sleahu@brinksgilson.com, clovell@brinksgilson.com, federalcourts@brinksgilson.com

Alejandro J. Fernandez     afernandez@brinksgilson.com, clovell@brinksgilson.com, federalcourts@brinksgilson.com

Thomas Richard Farrior     trf@macfar.com, tamezquita@macfar.com

Andrew Avsec     aavsec@brinksgilson.com

Evi T. Christou     echristou@brinksgilson.com

**8:18-cv-02608-SDM-AAS Notice has been delivered by other means to:**