**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CASE NO.: 8:18-cv-02608-SDM-AAS

HEALTHPLAN SERVICES, INC.,

 Plaintiff,

v.

RAKESH DIXIT,
FERON KUTSOMARKOS,
E-INTEGRATE, INC.,
KNOWMENTUM, INC,
and
MEDIA SHARK PRODUCTIONS, INC.,

 Defendants.
_____/

## JOINT NOTICE OF COMPLIANCE

The parties, through their respective undersigned attorneys, hereby provide this Joint Notice of Compliance pursuant to the Court's Order (ECF No. 78, "Order"), directing the parties to hold a proper meet and confer in accordance with the Local Rules 3.01(a) in order to resolve discovery disputes.

A meet and confer was held as follows:

1. **Time/Place:** April 12, 2019, 1:30 p.m. ET at the offices of Brinks, Gilson & Lione, 401 E. Jackson St., Suite 3500, Tampa, FL 33602.

2. **In-Person Attendees:** Justin L. Dees (Counsel for Defendants Rakesh Dixit, E-Integrate, Inc., Knowmentum, Inc., and Media Shark Productions, Inc.), Shyamie Dixit, Jr., (Counsel for Defendants Feron Kutsomarkos, E-Integrate, Inc.,- Defendants), Alejandro J. Fernandez (Counsel for Plaintiff Healthplan Services).

3. **Video Attendees:** William H. Frankel, Evi Christou (Counsel for Healthplan Services).

4. **Duration of Meeting:** The meeting commenced at approximately 1:30 p.m. and concluded with Mr. Dees at 3:15 p.m., and Mr. Dixit at approximately 4:00 p.m.

Dated: April 15, 2019                                    Respectfully Submitted,

*/s/ Justin L. Dees*
Jeffrey W. Gibson (FBN: 568074)
Thomas R. Farrior (FBN: 111965)
Justin L. Dees (FBN: 48033)
MacFarlane, Ferguson & McMullen
201 N. Franklin Street, Suite 2000
Tampa, FL 33602
E-mail: jg@macfar.com
E-mail: trf@macfar.com
E-mail: jdees@macfar.com
Telephone No. (813) 273-4200
Telefacsimile No. (813) 273-4396

*Attorneys for Defendants Rakesh Dixit,
E-Integrate, Inc., Knowmentum, Inc., and
Media Shark Productions, Inc.*


*/s/ Shyamie Dixit, Jr.*
Shyamie Dixit, Jr. (FBN: 719684)
Robert L. Vessel (FBN: 314536)
3030 N. Rocky Point Drive West,
Suite 260
Tampa, FL 33607
E-mail: sdixit@dixitlaw.com
E-mail: rvessel@dixitlaw.com
Telephone No. (813) 252-3999
Telefacsimile No. (813) 252-3997

*Attorneys for Defendants Feron
Kutsomarkos and
co-counsel for E-Integrate, Inc.*

*/s/ Alejandro J. Fernandez*
Alejandro J. Fernandez (FBN: 32221)
Stephen J. Leahu (FBN: 54037)
**BRINKS GILSON & LIONE**
SunTrust Financial Centre, Suite 3500
401 E. Jackson Street
Tampa, FL 33602
E-mail: afernandez@brinksgilson.com
E-mail: sleahu@brinksgilson.com
Telephone No. (813) 275-5020
Telefacsimile No. (813) 275-5021

William H. Frankel (IL No. 3127933)
*Admitted Pro Hac Vice*
Andrew J. Avsec (IL No. 6292313)
*Admitted Pro Hac Vice*
**BRINKS GILSON & LIONE**
NBC Tower, Suite 3600
455 N. Cityfront Plaza Drive
Chicago, Illinois 60611
E-mail: aavsec@brinksgilson.com
E-mail: wfrankel@brinksgilson.com
Telephone No. (312) 321-4200
Telefacsimile No. (312) 321-4299

Evi T. Christou (D.C. Bar No.1600066)
*Admitted Pro Hac Vice*
**BRINKS GILSON & LIONE, P.C.**
1775 Pennsylvania Ave., NW, Suite 900
Washington, D.C. 20006
E-mail: echristou@brinksgilson.com
Telephone No. (202) 296-6923

Facsimile No. (202) 296-8701

*Attorneys for Plaintiffs
HealthPlan Services, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on April 15, 2019, I electronically filed the foregoing document with the Clerk of the Court CM/ECF, which will send notification of this filing to all counsel of record in this action.

*/s/ Alejandro J. Fernandez*
Alejandro J. Fernandez