# [Proposed] Meet/Confer Agenda [with Shyamie's Agenda]:

**Time/Place:** April 12, 2019, 1:30pm ET at Brinks, Gilson & Lione, 401 E. Jackson St., Suite 3500
**In-Person Attendees:** Justin Dees (Dixit Defendants), Shyamie Dixit (Kutsomarkos Defendants), Alejandro Fernandez (HealthPlan)
**Video Attendees:** William Frankel, Evi Christou
**Duration of Meeting:**

Topics:

I. **HealthPlan Discovery Issues:**
   A. Protective Order—Finalize and File
   B. ESI Agreement—Finalize and File
   C. Coordination/Collaboration between Dixit and Kutsomarkos Defendants
   D. Dixit's Initial Disclosures—Overinclusion of Individuals/Entities
   E. Dixit, Knowmentum and Media Shark's Document Production—Improper Objections; Lack of Production; Failure to ID Producing Party; Production of Metadata
   F. Kutsomarkos' Initial Disclosures—Too Many Parties Listed
   G. E-Integrate and Kutsomarkos' Document Production—Lack of Production; Failure to ID Producing Party; Production of Metadata/Forensic Imaging of Hard Drives
   H. Other:
   I. Deposition Scheduling (by Alpha):
      i. Gerald Beacht – unavailable May 17-27 and July 1-15
      ii. Anand Dixit
      iii. Rakesh Dixit
      iv. E-Integrate
      v. Knowmentum
      vi. Feron Kutsomarkos
      vii. Media Shark
      viii. Frank Perez, III – unavailable July 1-8
      ix. Alex Pokusholov – unavailable May 9-June 19

      *I am also unavailable some weeks this summer and will let you know when as soon as I know.*

II. **Kutsomarkos and E-Integrate Discovery Issues:**
   A. HealthPlan's Initial Disclosures – HPS failed to revise and amend by April 5th
   B. HealthPlan's Production of Documents— See Defendants' Motion to Compel (D.E. 72), see also Shyamie's emails dated March 16 and April 4 and the Court's Order (D.E. 78, p. 5)
   C. HealthPlan's Responses to Kutsomarkos' and E-Integrate's RFPs — See Defendants' Motion to Compel (D.E. 72), see also Shyamie's March 16 and April 4 emails and the Court's Order (D.E. 78, p. 5)
   D. HealthPlan's Objections and Answers to Interrogatories: See Defendants' Motion to Compel (D.E. 72), see also Shyamie's March 16 email, with word document attached, and April 4 email and the Court's Order (D.E. 78, p. 5)

E. Designation of Documents by HealthPlan – Can't designate everything as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY," e.g., how are you going to try your case, are you going to use at depositions, what are you going to show a jury?
F. Inspection of HealthPlan Source Code — See Defendants' Motion to Compel (D.E. 72) and the Court's Order (D.E. 78, p. 5)
G. Other:
H. Deposition Scheduling (by Alpha):
   i. All Witnesses listed by HPS in Rule 26 Disclosures and answers to Interrogatories.

III. **Dixit, Media Shark and Knowmentum Discovery Issues:**
   A. Deposition Scheduling (by Alpha):
      i. [INSERT DEPONENTS]