**From:** Fernandez, Alex <afernandez@brinksgilson.com>
**Sent:** Tuesday, March 26, 2019 6:54 PM
**To:** Shyamie Dixit <sdixit@dixitlaw.com>
**Cc:** Robert L. Vessel <rvessel@dixitlaw.com>; Christou, Evi <echristou@brinksgilson.com>; HPSv.Dixit et al Litigation Group <HPSvDixitetalLitigationGroup@brinksgilson.com>
**Subject:** Meet/Confer

Shyamie,

Per our meet/confer, HealthPlan will supplement its interrogatory responses by April 2 in connection with a number of the points you raised.

Regarding a review of software code, we maintain that a review of current software code is improper. Given your indication that you were only seeking code from 2013-2014, we proposed to negotiate a tightly limited software inspection agreement. Such an agreement would only allow access for inspection purposes to a software expert properly designated under the protective order and detailed inspection provisions. You insisted that you must personally have access to HealthPlan's software code.

We proposed a completion date for production of documents responsive to the current RFPs and ROGs of April 30. Despite this, you indicated you would file an anticipatory motion to compel to "lock us in" to the April 30 date, and because you are now concerned about the upcoming expert disclosure deadline, which you had not considered when you initially agreed to a start date of March 29.

Regarding our Rule 26 disclosures, by April 5, we will supplement section C to specify categories of damages, and provide further reservations regarding related computations.

Best,
Alex


**Alejandro J. Fernandez**
Shareholder
Board Certified in Intellectual Property
**813.275.5022 |** Direct
**813.420.8658 |** Mobile
afernandez@brinksgilson.com
www.brinksgilson.com
**BRINKS GILSON & LIONE**
SunTrust Financial Centre - Suite 3500 **|** 401 East Jackson Street **|** Tampa, FL 33602

**Please Note:** This message is intended for the individual or entity named above and may constitute a privileged and confidential communication. If you are not the intended recipient, please do not read, copy, use, or disclose this message. Please notify the sender by replying to this message, and then

delete the message from your system. Thank you.