# Christou, Evi

| | |
|---|---|
| **From:** | Christou, Evi |
| **Sent:** | Tuesday, April 16, 2019 3:56 PM |
| **To:** | DixitLaw Defendants EXT; MacFarLaw Defendants EXT |
| **Cc:** | HPSv.Dixit et al Litigation Group |
| **Subject:** | HPS v. Dixit - April 12th Meet and Confer |
| **Attachments:** | Proposed Final Protective Order HPS v. Dixit (4-16-2019).docx; Proposed Final ESI Order HPS v. Dixit (4-16-2019).docx |

Justin and Shyamie,

This memorializes the outstanding discovery issues we discussed, and the extent to which we reached agreement, during the meet and confer last Friday:

**Protective Order & ESI Agreement**
The parties agreed to the last version of the Protective Order (see attached). With respect to the ESI Agreement, please find attached a proposed final draft of the ESI order, which removes the patent language in what is now paragraph 9 and reflects the Dixit Defendants' proposal on January 15th, 2019 agreeing to ten custodians and ten search terms per custodians. Please confirm we have your authorization to file the PO and ESI Agreement with your electronic signatures.

**Initial Disclosures**
**Dixit, Knowmentum and Media Shark**
- Defendants agreed to amend its initial disclosures to reduce the number of individuals likely to have discoverable information by April 17th

**E-Integrate & Kutsomarkos**
- Defendants maintain their position that they will not amend its initial disclosures to reduce the number of individuals likely to have discoverable information

**Document Production**
**Dixit, Knowmentum and Media Shark**
- Defendants agreed to (i) give HPS its first round of documents by Friday, April 19th; (ii) a proposed end production date of April 30th; and (iii) correct its prior document production to delineate the individual/entity producing the relevant documents, and provide the document production in native or TIFF format with load files, along with metadata, as set forth in the proposed ESI Order.

**E-Integrate & Kutsomarkos**
- HealthPlan took issue with the absence of financials in March 15th document production. Defendants advised that they will not produce personal financials.

**HPS**
- Dixit Defendants took issue with the Highly-Confidential/Attorneys Eyes Only designations in HPS' first document production. The parties agreed that the Dixit Defendants will indicate which documents (by bates number/range) they believe require de-designation.

**Depositions**
The parties agreed to scheduling depositions July 10th-25th and will confer with their respective clients to provide specific dates of their availability during this time frame.

**Written Discovery**
- HPS agreed to supplement its responses to EI & Kutsomarkos' Requests for Production by April 17th to further clarify/specify its objections to each request, if any, and to provide a specific end production date. HPS agreed

- to supplement its responses again on April 30th to reflect its anticipated document production on or before April 30th.
- HPS agreed to supplement responses to EI Interrogatory Nos. 2, 4, 13, 16-18 and Kutsomarkos' Interrogatory No. 5 by April 30th
- Dixit, Knowmentum and Media Shark agreed to supplement and/or confirm its responses to HPS' First Set of Requests for Production

**Inspection of Source Code**

HPS will agree to a source code inspection agreement whereby only experts, with restricted access, have permission to view relevant portions of the 2013-2014 version(s) of HPS' software source code.  Defendants' counsel are excluded from reviewing the source code.  The parties agreed that this agreement shall be reciprocal and apply to Defendants' source code.  HPS is presently working on a proposal regarding this source code inspection.

If you disagree with any portion of the above, please let us know as soon as possible.

Regards,
Evi

**Evi Christou**
Intellectual Property Attorney

202.296.6923 **|** Direct
echristou@brinksgilson.com
www.brinksgilson.com

**BRINKS GILSON & LIONE**
1775 Pennsylvania Ave. NW - Suite 900 **|** Washington, DC 20006

**Please Note:** This message is intended for the individual or entity named above and may constitute a privileged and confidential communication. If you are not the intended recipient, please do not read, copy, use, or disclose this message. Please notify the sender by replying to this message, and then delete the message from your system. Thank you.