UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HEALTHPLAN SERVICES, INC.,

    Plaintiff,

v.                                          Case No. 8:18-cv-2608-T-23AAS

RAKESH DIXIT, et al.,

    Defendants.
_____/

## ORDER

This order follows review of the parties' motions to compel and responses. The parties reference supplemental discovery exchanges scheduled for yesterday. To streamline the preliminary pretrial conference, each party[1] must submit a notice summarizing—in no more than three pages and without argument—the supplemental exchanges' impact on outstanding discovery disputes. The notices are due by **3:00 p.m. tomorrow**. If disputes remain, counsel must meet and confer in person Friday at 8:30 a.m., as previously ordered.

**ORDERED** in Tampa, Florida, on May 1, 2019.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge

---

[1] Consistent with the motions to compel, there should be two notices submitted: one from HealthPlan and one from Rakesh Dixit, Knowmentum, and Media Shark.