UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HEALTHPLAN SERVICES, INC.,
a Florida corporation,

        CASE NO.: 8:18-cv-02608-SDM-AAS

    Plaintiff,

v.

RAKESH DIXIT, an individual,
FERON KUTSOMARKOS, an individual,
E-INTEGRATE, INC., a Florida corporation,
KNOWMENTUM, INC, a Florida corporation, and
MEDIA SHARK PRODUCTIONS, INC.,
a Florida corporation,

    Defendants.
_____/

## DEFENDANTS' NOTICE REGARDING SUPPLEMENTAL DISCOVERY EXCHANGE

Defendants, RAKESH DIXIT, KNOWMENTUM, INC., AND MEDIA SHARK PRODUCTIONS, INC. (collectively referred to herein as "Defendants"), by and through their undersigned counsel, hereby submit their Notice Regarding Supplemental Discovery Exchange pursuant to this Court's "Order" (DE 88), and state as follows:

1. On April 26, 2019, the Defendants responded to each of Plaintiff's second set of requests for production (the "Production Responses").

2. On April 30, 2019, the Defendants produced documents Bates Stamped DIXIT 000001-000295 and KNOW 000001-000241 in connection with their Production Responses.

3. On April 30, 2019, the Defendants served their "Amended Initial Rule 26 Disclosures" upon Plaintiff.

1

4. Defendants, along with Co-Defendants' counsel, are also working with Plaintiff on a protective agreement, ESI agreement, and computer code inspection agreement.

5. Given the above, Defendants believe that the majority of the issues raised by Plaintiff in its Motion to Compel (DE 81) have been resolved.

Dated this 2nd day of May, 2019.

/s/ Justin L. Dees
**Justin L. Dees, Esq.**
FBN: 48033
**Thomas R. Farrior, Esq.**
FBN: 111965
MACFARLANE FERGUSON& McMULLEN
Post Office Box 1531
Tampa, FL 33601
(813) 273-4200 (Telephone)/
(813) 273-4396 (Facsimile)
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically with the Clerk of Court by using the *CM/ECF* system which will send a notice of electronic filing and by email to Alejandro Fernandez, Esq. AFernandez@BrinksGilson.com; Stephen Leahu, Esq., SLeahu@BrinksGilson.com, Brinks Gilson & Lione, P.A. 401 E. Jackson Street, Suite 3500, Tampa, FL 33602, and William H. Frankel, Esq., wfrankel@brinksgilson.com; Andrew J. Avsec, Esq., aavsec@brinksgilson.com, Brinks Gilson & Lione, P.C., NBC Tower, Suite 3600, 455 N. Cityfront Plaza Drive, Chicago, Illinois 60611, Attorneys for Plaintiff, and Shyamie Dixit, Esq., sdixit@dixitlaw.com; Robert L. Vessel, Esq., rvessel@dixitlaw.com, Dixit Law Firm, 3030 N. Rocky Point Drive West, Suite 260, Tampa, FL 33607, Attorneys for Feron Kutsomarkos and E-Integrate, Inc., this 2nd day of May, 2019.

/s/ Justin L. Dees
**Attorney**
