**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

HEALTHPLAN SERVICES, INC.,

    Plaintiff,

v.                                           Case No. 8:18-cv-2608-T-23AAS

RAKESH DIXIT, et al.,

    Defendants.
_____/

## ORDER

This order follows today's preliminary pretrial conference. Consistent with the rulings from the bench the following is **ORDERED**:

1. The preliminary pretrial conference is **CONTINUED** to **May 23, 2019, at 9:30 a.m.** in Courtroom 10B so that the parties may further confer and narrow the discovery disputes.

2. HealthPlan's motion to compel (Doc. 81) is **GRANTED-IN-PART** to the extent that the defendants must amend their Rule 26 initial disclosures. By **May 10, 2019**, the defendants must revise their Rule 26 initial disclosures consistent with today's ruling and Rule 26(a)(1). The motions to compel (Docs. 81, 82) are otherwise **TAKEN UNDER ADVISEMENT** pending the parties further conferring and narrowing their discovery disputes. The parties must be prepared to address remaining disputes at the May 23rd preliminary pretrial conference.

3. By **May 10, 2019**, the parties must move for court approval of their proposed "Stipulated Agreement Regarding Inspection of Computer Code," "Protective Agreement," and "Stipulated Agreement Regarding Discovery of Electronically Stored Information." Paragraph 11 of the "Stipulated Agreement Regarding Discovery of Electronically Stored Information" must limit the parties' email production requests "to a sum total of fifteen custodians for all such requests." With respect to Paragraph 2(b) of the "Protective Agreement," HealthPlan's proposed language is adopted. Also, the parties must attempt to agree on language that addresses the defendants' concern that their expert(s) in this action will receive discoverable information also relevant to claims or defenses in another action, for which the same expert has been qualified to opine for the same party.

4. The June 20, 2019 discovery deadline is **STAYED** pending the May 23rd preliminary pretrial conference. All case-management deadlines will be addressed at the May 23rd conference.

**ENTERED** in Tampa, Florida, on May 3, 2019.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge