# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

## CLERK'S MINUTES - CIVIL GENERAL

CASE NO.   8:18-cv-2608-T-23AAS          DATE   May 3, 2019

TITLE        Healthplan Services v. Rakesh Dixit, et al

TIME        10:25 - 12:17                    TOTAL   1 hr 52 min.

Honorable  AMANDA ARNOLD SANSONE         Deputy Clerk      Cathy Morgan

Court Reporter/Tape   Digital                Courtroom          10B

| Attorney for Plaintiff | Attorney for Defendant: | Defendant(s): |
|---|---|---|
| William Frankel, Esq. | Shyam Dixit, Esq. | |
| Alejandro Fernandez, Esq. | Justin Dees, Esq. | |

**PROCEEDINGS:**
### PRELIMINARY PRETRIAL CONFERENCE

Parties review pending issues with court.  Plaintiff argues in favor of its Motion to Compel (Dkt. 81)
Defendant argues against said motion.  Court addresses their proposed agreements.  Court reviews
case management deadlines with parties.  Court sets a status hearing for May 23, 2019 at 9:30 a.m.
Court will issue a written order.