**From:** Shyamie Dixit <sdixit@dixitlaw.com>
**Subject: Re: [EXT] Motion for Entry due Friday**
**Date:** May 9, 2019 at 6:40:07 PM EDT
**To:** "Alejandro (Alex) J. Fernandez" <afernandez@brinksgilson.com>
**Cc:** "Frankel, William" <wfrankel@brinksgilson.com>, "Justin L. Dees" <JDees@macfar.com>, "Robert L. Vessel" <rvessel@dixitlaw.com>, Clarissa Moreno Dixit <cmoreno@dixitlaw.com>, "Valerie A. Cisco" <VAC@macfar.com>, "HPSv.Dixit et al Litigation Group" <HPSvDixitetalLitigationGroup@brinksgilson.com>

Alex, who are your experts? Maybe we can agree on experts, as I am that confident HPS is going to face-plant on its/Bojkovic's theories.

Otherwise, thanks for confirming you won't ask for help nor submit your own proposal or revisions, despite the Court giving "*the parties more time to work out language to address Mr. Dixit's concern, either including it in the stipulated agreement on ESI or else -- I'm sorry, not ESI, the computer code or including it in the actual protective agreement*."
--
Shyamie Dixit
3030 North Rocky Point Drive West, Suite 260, Tampa, Florida 33607
Tel: (813) 252-3999 l Fax: (813) 252-3997 l Cell: (813) 992-8118
Dixit Law Firm: www.dixitlaw.com

**NOTE:  This e-mail transmission originates from the sender.  This transmission, as well as any attached file transmitted contemporaneously, contain(s) confidential information that may be subject to certain and specific privileges, or otherwise protected against unauthorized use, all of which are hereby reserved.  The information contained in this transmission, as well as any file transmitted contemporaneously, is transmitted in this form based on a reasonable expectation of privacy, consistent with U.S. law.  Any disclosure, distribution, copying, or use of the information contained in this transmission by any person other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this transmission in error, please advise the sender by immediate reply, and delete the original message.

On May 9, 2019, at 6:31 PM, Fernandez, Alex <afernandez@brinksgilson.com> wrote:

Shyamie,

Who's your expert(s)?

Best,
Alex


PS—we can both agree that Stephen's an experienced, knowledgeable attorney.

**Alejandro J. Fernandez**
Shareholder
Board Certified in Intellectual Property
813.275.5022 **|** Direct
813.420.8658 **|** Mobile
afernandez@brinksgilson.com
www.brinksgilson.com



EXHIBIT A

**BRINKS GILSON & LIONE**

SunTrust Financial Centre - Suite 3500 **|** 401 East Jackson Street **|** Tampa, FL 33602

**Please Note:** This message is intended for the individual or entity named above and may constitute a privileged and confidential communication. If you are not the intended recipient, please do not read, copy, use, or disclose this message. Please notify the sender by replying to this message, and then delete the message from your system. Thank you.


**From:** Shyamie Dixit <sdixit@dixitlaw.com>
**Sent:** Thursday, May 9, 2019 6:10 PM
**To:** Fernandez, Alex <afernandez@brinksgilson.com>
**Cc:** Frankel, William <wfrankel@brinksgilson.com>; Justin L. Dees <JDees@macfar.com>; Robert L. Vessel <rvessel@dixitlaw.com>; Clarissa Moreno <cmoreno@dixitlaw.com>; Valerie A. Cisco <VAC@macfar.com>
**Subject:** Re: [EXT] Motion for Entry due Friday

Alex,

You have **not** "followed up with [me] repeatedly, by email and phone." You simply keep repeating the same demands over and over, *via 1 email and 1 phone call today (after 5 pm on my cell)*, and you refuse to have any dialogue or exchange whatsoever. Local Rule 3.01(g)'s "good faith" requirement involves more than curt and unproductive correspondence between counsel. In order to "confer," you must have a give-and-take exchange with opposing counsel. Sending an email and demanding an immediate or near immediate response and then filing a motion before having an actual substantive discussion with opposing counsel does not amount to a conference or consultation. Instead, it is a one-way missive.

A simple solution to our dispute regarding the inspection of the code is to do as the Court suggested and agree, ***now and in writing***, that HealthPlan shall permit Defendants' experts to use or disclose information in this case in the State court case. If the task of drafting or submitting a proposal of your own is too difficult or complicated for you, then maybe you can ask an experienced or knowledgeable attorney in your firm for help, like you did the first time with Stephen J. Leahu … *can't you ask him for help again??*

Otherwise, you are still just folding your arms and stomping your foot,

--
Shyamie Dixit
3030 North Rocky Point Drive West, Suite 260, Tampa, Florida 33607
Tel: (813) 252-3999 l Fax: (813) 252-3997 l Cell: (813) 992-8118
Dixit Law Firm: www.dixitlaw.com

**NOTE:  This e-mail transmission originates from the sender.  This transmission, as well as any attached file transmitted contemporaneously, contain(s) confidential information that may be subject to certain and specific privileges, or otherwise protected against unauthorized use, all of which are hereby reserved.  The information contained in this transmission, as well as any file transmitted contemporaneously, is transmitted in this form based on a reasonable expectation of privacy, consistent with U.S. law.  Any disclosure, distribution, copying, or use of the information contained in this transmission by any person other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this transmission in error, please advise the sender by immediate reply, and delete the original message.

EXHIBIT A

On May 9, 2019, at 5:43 PM, Fernandez, Alex <afernandez@brinksgilson.com> wrote:

Shyamie,

Further to our discussion, we've made our written proposal regarding the definition of litigation in connection with the PO.  We followed up with you repeatedly, by email and phone.  The bottom line is that we are not going to draft language on your client's behalf.  Your repeated statements that we were not having a good faith conversation because we were "folding our arms" and refused to draft language for you is nonsense.  At this point, unless you want to discuss it further, we are at an impasse.

Best,
Alex

**Alejandro J. Fernandez**
Shareholder
Board Certified in Intellectual Property
813.275.5022 | Direct
813.420.8658 | Mobile
afernandez@brinksgilson.com
www.brinksgilson.com



**BRINKS GILSON & LIONE**
SunTrust Financial Centre - Suite 3500 | 401 East Jackson Street | Tampa, FL 33602

**Please Note:** This message is intended for the individual or entity named above and may constitute a privileged and confidential communication. If you are not the intended recipient, please do not read, copy, use, or disclose this message. Please notify the sender by replying to this message, and then delete the message from your system. Thank you.


**From:** Shyamie Dixit <sdixit@dixitlaw.com>
**Sent:** Thursday, May 9, 2019 12:58 PM
**To:** Frankel, William <wfrankel@brinksgilson.com>
**Cc:** Justin L. Dees <JDees@macfar.com>; Fernandez, Alex <afernandez@brinksgilson.com>; Robert L. Vessel <rvessel@dixitlaw.com>; Clarissa Moreno <cmoreno@dixitlaw.com>; Valerie A. Cisco <VAC@macfar.com>
**Subject:** Re: [EXT] Re: Motion for Entry due Friday

I will set forth my position in my motion, as you have not made any actual effort to discuss these issues with us nor understand Defendants' issues regarding the two-front litigation campaign that you and Bojokivc have contrived; and, as I told you previously, I am not engaging in lengthy email campaigns that you and Alex can attach to your motions.
--
Shyamie Dixit

**EXHIBIT A**

3030 North Rocky Point Drive West, Suite 260, Tampa, Florida 33607
Tel: (813) 252-3999 I Fax: (813) 252-3997 I Cell: (813) 992-8118
Dixit Law Firm: www.dixitlaw.com

**NOTE:  This e-mail transmission originates from the sender.  This transmission, as well as any attached file transmitted contemporaneously, contain(s) confidential information that may be subject to certain and specific privileges, or otherwise protected against unauthorized use, all of which are hereby reserved.  The information contained in this transmission, as well as any file transmitted contemporaneously, is transmitted in this form based on a reasonable expectation of privacy, consistent with U.S. law.  Any disclosure, distribution, copying, or use of the information contained in this transmission by any person other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this transmission in error, please advise the sender by immediate reply, and delete the original message.

On May 9, 2019, at 12:48 PM, Frankel, William <wfrankel@brinksgilson.com> wrote:

Shyamie,

Understood and acknowledged.

The parties will submit separate motions.

Just one question – as to the Computer Code Agreement, concerning which there was no disagreement before, will you consent to submission of that one agreement for entry by the Court?   Or are you now refusing to agree to that document as well?

Thanks.

Bill

**From:** Shyamie Dixit <sdixit@dixitlaw.com>
**Sent:** Thursday, May 9, 2019 11:44 AM
**To:** Frankel, William <wfrankel@brinksgilson.com>
**Cc:** Justin L. Dees <JDees@macfar.com>; Fernandez, Alex <afernandez@brinksgilson.com>; Robert L. Vessel <rvessel@dixitlaw.com>; Clarissa Moreno <cmoreno@dixitlaw.com>; Valerie A. Cisco <VAC@macfar.com>
**Subject:** [EXT] Re: Motion for Entry due Friday

I do not agree and I am opposed to your motion, please remove my signature block, and I will file a separate motion,
--
Shyamie Dixit
3030 North Rocky Point Drive West, Suite 260, Tampa, Florida 33607
Tel: (813) 252-3999 I Fax: (813) 252-3997 I Cell: (813) 992-8118
Dixit Law Firm: www.dixitlaw.com

**NOTE:  This e-mail transmission originates from the sender.  This transmission, as well as any attached file transmitted contemporaneously, contain(s) confidential information that may be subject to certain and specific privileges, or otherwise protected against unauthorized use, all of which are hereby reserved.  The information

EXHIBIT A

contained in this transmission, as well as any file transmitted contemporaneously, is transmitted in this form based on a reasonable expectation of privacy, consistent with U.S. law.  Any disclosure, distribution, copying, or use of the information contained in this transmission by any person other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this transmission in error, please advise the sender by immediate reply, and delete the original message.

On May 9, 2019, at 12:26 PM, Frankel, William <wfrankel@brinksgilson.com> wrote:

Dear Shyamie and Justin,

We have reviewed your proposed edits to the three agreements.   We do not believe that they are responsive either to the Court's Order (Doc. 93) or to my letter of May 7.

HealthPlan rejects the proposed edits to paragraph 2 of the Protective Order Agreement, as ignoring and circumventing the Court's adoption of HealthPlan's definition of "Litigation".  Moreover, your proposed edits still fail to articulate your "expert" issue, which we still don't understand and which is what you represented to the Court was your real concern.

HealthPlan rejects the proposed edit of paragraph 12 of the ESI Agreement, as revisiting language that was previously agreed to and jointly submitted to the Court and as an attempt to circumvent the Court's ruling constraining email discovery by limiting it to 15 custodians per side in paragraph 11.  As you now propose 20 search terms per custodian instead of the 10 you previously suggested and agreed to, the defendants could require that HealthPlan conduct 300 discrete email searches, which is entirely disproportionate in terms of need, burden, and cost.

As for the Computer Code Inspection Agreement, the definition of "affiliates" in paragraph 2(e) (which you previously agreed to) is intended to encompass the broadest definition of that term for obvious reasons.  We ask that you give us your approval to execute this document on behalf of the defendants and file it for entry by the Court.

Pursuant to the Court's Order, please find enclosed a draft Motion for Entry for filing tomorrow.  Please let us have your comments on this draft soon.

Lastly, please be sure to copy Alex on all correspondence concerning this matter as I will be out of the office later this afternoon and all day tomorrow.

Thank you.

Regards,

EXHIBIT A

Bill

**William H. Frankel**
Intellectual Property Attorney
312.321.7736 **|** Direct
312.316.1872 **|** Mobile
wfrankel@brinksgilson.com
www.brinksgilson.com

**Administrative Assistant**:  Jacqueline M.  Masters
312.245.3452 **|** jmasters@brinksgilson.com



**BRINKS GILSON & LIONE**
NBC Tower - Suite 3600 **|** 455 N. Cityfront Plaza Drive **|** Chicago, IL 60611

**Please Note:** This message is intended for the individual or entity named above and may constitute a privileged and confidential communication. If you are not the intended recipient, please do not read, copy, use, or disclose this message. Please notify the sender by replying to this message, and then delete the message from your system. Thank you.

<Motion for Entry.doc>

EXHIBIT A