UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**HEALTHPLAN SERVICES, INC.,**

    **Plaintiff,**

v.                                      Case No. 8:18-cv-2608-T-23AAS

**RAKESH DIXIT, et al.,**

    **Defendants.**
_____/

## ORDER

HealthPlan moves for entry of a protective order, electronically-stored-information (ESI) order, and computer-code order. (Doc. 99). The defendants oppose HealthPlan's motion and submit their own proposed orders. (Doc. 100). After review of the parties' arguments and proposed language, HealthPlan's motion (Doc. 99) is **GRANTED**. Executed copies of the protective order, ESI order, and computer-code order will be docketed separately.

**ORDERED** in Tampa, Florida, on May 16, 2019.

*Amanda Arnold Sansone*
_____
AMANDA ARNOLD SANSONE
United States Magistrate Judge