UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES - CIVIL GENERAL**

| | |
|---|---|
| CASE NO.   8:18-cv-2608-T-23AAS | DATE   May 23, 2019 |
| TITLE   Healthplan Services v. Rakesh Dixit, et al | |
| TIME   9:41 - 10:50 | TOTAL   1 hr. 9 min. |
| Honorable  AMANDA ARNOLD SANSONE | Deputy Clerk   Cathy Morgan |
| Court Reporter/Tape   Claudia Spangler-Fry | Courtroom   10B |

| Attorney for Plaintiff | Attorney for Defendant: | Defendant(s): |
|---|---|---|
| Alejandro Fernandez, Esq. | Shyam Dixit, Esq. | |
| | Justin Dees, Esq. | |

**PROCEEDINGS:**

**MOTION HEARING**

Plaintiff argues in favor of its Motion to Compel (Dkt. 81). Defendant argues against said motion. Defendant argues in favor of its Motion to Compel (Dkt. 82). Plaintiff argues against said motion. Parties request an extension of case management deadlines. Court sets a discovery hearing for July 25, 2019. Court will issue a written order.