UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**HEALTHPLAN SERVICES, INC.,**

    **Plaintiff,**

v.                                   Case No. 8:18-cv-2608-T-23AAS

**RAKESH DIXIT, et al.,**

    **Defendants.**
_____/

## ORDER

This order and report follow today's continued preliminary pretrial conference. Consistent with today's rulings from the bench, the following is **ORDERED**:

1. HealthPlan's motion to compel (Doc. 81) is **GRANTED-IN-PART** and **DENIED-IN-PART** as follows:

    a. HealthPlan's motion to compel Request for Production Number 31 against Feron Kutsomarkos is **GRANTED** to the extent that Ms. Kutsomarkos must produce documents dated January 1, 2013, to the present.

    b. HealthPlan's motion to compel is otherwise **DENIED AS MOOT** because the parties resolved the remaining outstanding disputes.

2. Ms. Kutsomarkos and E-Integrate's motion to compel (Doc. 82) is **GRANTED-IN-PART** and **DENIED-IN-PART** as follows:

    a. Ms. Kutsomarkos and E-Integrate's motion to compel Request for

1

>     Production Numbers 42, 43, and 54 is **GRANTED**. HealthPlan must produce non-privileged responsive documents. For documents protected from production by a common-interest agreement, HealthPlan must produce a privilege log consistent with the Middle District Discovery handbook.
>
>   b. Ms. Kutsomarkos and E-Integrate's motion to compel is otherwise **DENIED AS MOOT** because the parties resolved the remaining outstanding disputes.

3. By **May 30, 2019**, the parties must submit an amended Case Management Report that includes the deadlines discussed during today's conference. After the parties submit their amended Case Management Report, an amended Case Management and Scheduling Order will be entered. The parties were advised to not expect future deadline extensions. The amended Case Management Report must include the following deadlines:

   a. deadline for expert disclosures and rebuttal: December 18, 2019, and January 31, 2020;

   b. discovery deadline: February 28, 2020;

   c. dispositive and *Daubert* motion deadline: May 1, 2020;

   d. pretrial conference: September 4, 2020, at 10:00 a.m.; and

   e. trial term: October 2020.

4. The parties' oral motion for a post-production discovery conference (Doc. 108) is **GRANTED**. A discovery conference is scheduled for **July 25, 2019, at 10:00 a.m.** in Tampa Courthouse 10B.

5. By **July 18, 2019**, the parties must submit a joint notice outlining any discovery issue to be addressed at the July 25th conference. The joint notice must list each discovery issue followed by each party's position. If no discovery issue exists, the parties instead may request that the July 25th conference be cancelled.

**ENTERED** in Tampa, Florida, on May 23, 2019.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge