**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

HEALTHPLAN SERVICES, INC.,
a Florida corporation,

    Plaintiff,

v.

CASE NO.:  8:18-cv-02608-SDM-AAS

RAKESH DIXIT, an individual,
FERON KUTSOMARKOS, an individual,
E-INTEGRATE, INC., a Florida corporation,
KNOWMENTUM, INC, a Florida corporation,  and
MEDIA SHARK PRODUCTIONS, INC.,
a Florida corporation,

    Defendants.
_____/

## NOTICE OF REDESIGNATION OF TRIAL COUNSEL

COME NOW, Defendants, RAKESH DIXIT, KNOWMENTUM, INC., and MEDIA SHARK PRODUCTIONS, INC., and E-INTEGRATE, INC. (collectively, the "Dixit Defendants"), and hereby notices the Court and opposing counsel, pursuant to Local Rule 1.05(c), that attorney, Dustin D. Deese, shall hereafter be designated "Trial Counsel" for Dixit Defendants.  Accordingly, Dustin D. Deese shall be the person responsible for the case with full authority, individually, to conduct all proceedings including trial.

    DATED: June 24, 2019.

                                                    */s/ Dustin Deese*
                                                  Dustin D. Deese, Esq.
                                                 FBN: 0634441
                                                 DUSTIN D. DEESE, P.A.
                                                 P.O. Box 1720
                                                 Dade City, FL 33526
                                                 Telephone: (813) 517-9732
                                                 Facsimile: (813) 574-2664
                                                 dustin@desselegal.com
                                                 Trial Counsel for Dixit Defendants

and

/s/ Justin L. Dees
Justin L. Dees, Esq.
FBN: 48033
MACFARLANE FERGUSON& McMULLEN
Post Office Box 1531
Tampa, FL  33601
(813) 273-4200 (Telephone)
(813) 273-4396 (Facsimile)
Primary email: jdees@macfar.com
Secondary email: vac@macfar.com
Secondary email: ash@macfar.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically to Alejandro Fernandez, Esq. AFernandez@BrinksGilson.com; Stephen Leahu, Esq., SLeahu@BrinksGilson.com, Brinks Gilson & Lione, P.A. 401 E. Jackson Street, Suite 3500, Tampa, FL 33602, and William H. Frankel, Esq., wfrankel@brinksgilson.com; Andrew J. Avsec, Esq., aavsec@brinksgilson.com, Brinks Gilson & Lione, P.C., NBC Tower, Suite 3600, 455 N. Cityfront Plaza Drive, Chicago, Illinois 60611, Attorneys for Plaintiff, and Shyamie Dixit, Esq., sdixit@dixitlaw.com; Robert L. Vessel, Esq., rvessel@dixitlaw.com, Dixit Law Firm, 3030 N. Rocky Point Drive West, Suite 260, Tampa, FL 33607, Attorneys for Feron Kutsomarkos and E-Integrate, Inc., Dustin D. Deese, Esq., dustin@desselegal.com, Dustin D. Deese, P.A. , P.O. Box 1720 , Dade City, FL 33526 , Trial Counsel for Dixit Defendants, this 24th day of June, 2019.

/s/ Justin L. Dees
**Attorney**