# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

|  |  |
|---|---|
| HEALTHPLAN SERVICES, INC., | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 8:18-cv-2608-T-23AAS |
| RAKESH DIXIT, et al., | ) |
| Defendants. | ) |

## MOTION FOR EXTENSION OF TIME TO ANSWER INTERROGATORIES

Defendants, Rakesh Dixit, KnowMentum, Inc., and Media Shark Productions, Inc., move for an order extending the time in which they must answer interrogatories to July 25th, as laid out below.

1. On June 10, 2019, Plaintiff HealthPlan Services, Inc. ("HPS") served its first interrogatories to Rakesh Dixit ("Dixit").

2. On June 11, 2019, HPS served its first interrogatories to KnowMentum, Inc. ("KnowMentum") and its first interrogatories to Media Shark Productions, Inc. ("Media Shark").

3. These three Defendants only recently retained undersigned counsel to substitute representation in the instant matter and a related matter pending in the Sixth Judicial Circuit in and for Pinellas County, Florida.

4. Consequently, undersigned counsel requires additional time to fully consult with these three Defendants and properly prepare their answers to the interrogatories.

5. The process of substituting counsel and transitioning case materials while maintaining responsibilities in both matters led to a mistake in calendaring the deadline for the interrogatories to Dixit on the same day as the deadline for KnowMentum and Media Shark, instead of one day earlier.

6. This Motion is made in good faith, and not merely for purposes of delay.

7. *Local Rule 3.01(g) Certification*. In accordance with Local Rule 3.01(g), undersigned counsel conferred with Plaintiff's counsel via telephone regarding the relief requested in this Motion and was advised that this Motion is opposed.

WHEREFORE, Defendants, Rakesh Dixit, KnowMentum, Inc., and Media Shark Productions, Inc., request this honorable Court enter an order extending the time to answer interrogatories to and including July 25th, 2019, and for such other relief that is equitable and just.

## CERTIFICATE OF SERVICE

I CERTIFY that on July 11, 2019, a true and accurate copy of this filing was filed via CM/ECF electronic filing system through which copies are served by email to all counsel of record. Dated: July 11, 2019.

**DUSTIN D. DEESE, P.A.**

/s/ *Dustin D. Deese*
**Dustin D. Deese, Esq.**
Florida Bar No. 634441
Primary: dustin@deeselegal.com
P.O. Box 1720
Dade City, FL 33526
Tel.: 813-517-9732
Fax: 813-574-2664
*Attorney for Rakesh Dixit, KnowMentum, Inc., Media Shark Productions, Inc., and E-Integrate, Inc.*