UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES - CIVIL GENERAL

CASE NO. 8:18-cv-2608-T-23AAS          JULY 29, 2019

HEALTHPLAN SERVICES, INC.

-v-

RAKESH DIXIT, *et al.*

## Honorable AMANDA ARNOLD SANSONE

| | |
|---|---|
| Deputy Clerk: Dawn M. Saucier | Courtroom 10B |
| Court Reporter: N/A | Tape: Digital |
| Time: 2:00-4:03 (2 hrs. 3 min.) | Interpreter: N/A |
| Attorneys for Plaintiff: | Alejandro Fernandez, Evi Christou |
| Attorneys for Defendants: | Shyam Dixit, Jr., John Hightower, Matthew Marquardt |

**PROCEEDING:** DISCOVERY and MOTION HEARING

Court convened.

Court addresses Joint Notice of Discovery Issues.

Oral argument by parties.

Court addresses discovery deadlines and plaintiff's motion to compel depositions (Doc. 120) and sets deadlines for production and depositions.

Order to be entered.

Court to set status conference on September 20, 2019, at 10:00 a.m.