**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**HEALTHPLAN SERVICES, INC.,**

    Plaintiff,

v.                                             Case No. 8:18-cv-2608-T-23AAS

**RAKESH DIXIT, et al.,**

    Defendants.
_____/

## ORDER

This order follows yesterday's discovery conference. For the reasons stated at the hearing, the following is **ORDERED**:

    1.    HealthPlan's oral motion to designate permanent lead counsel for the Dixit defendants (Rakesh Dixit, Knowmentum, Media Shark) (Doc. 130) is **GRANTED**. By **August 2, 2019**, the Dixit defendants must file a notice confirming who will be the Dixit defendants' permanent lead counsel for the remainder or the case. If Dustin Deese will not be permanent lead counsel for the remainder of the case, the Dixit defendants must state in the notice who will be permanent lead counsel. Lead counsel must be prepared for, and attend, all future hearings; have full settlement authority; and represent the Dixit defendants for purposes of Local Rule 3.01(g)'s meet-and-confer requirement.

    2.    HealthPlan's oral motion to compel the Dixit defendants to correct the

1

Bates prefixes and numbers on documents responsive to discovery requests (Doc. 131) is **GRANTED**. By **12:00 p.m. on August 26, 2019**, the Dixit defendants must provide HealthPlan with documents responsive to discovery requests and those documents must contain Bates prefixes and numbers accurately reflecting which defendant produced the document.

3. HealthPlan's oral motion to compel supplemental responses to Dixit Requests for Production Numbers 12, 17, 21, 24, 25, 26, 27, 30, 35, 38; Knowmentum Requests for Production Numbers 16, 21, 22, 30, 46, 48, 49, 58, 61; and Media Shark Requests for Production Numbers 21, 31, 59, 65, 68, 72 (Doc. 132) is **GRANTED**. By **August 12, 2019**, the Dixit defendants must amend their written responses to these discovery requests. Also, by **12:00 p.m. on August 26, 2019**, the Dixit defendants must produce the first batch of documents responsive to these discovery requests. Simultaneously, the Dixit defendants must provide HealthPlan with a reasonable estimate of the timeframe in which the Dixit defendants will produce the remaining responsive documents.

4. HealthPlan's oral motion to compel the Kutsomarkos defendants (Feron Kutsomarkos and E-Integrate) to identify by Bates numbers which documents are responsive to which requests (Doc. 133) is **GRANTED**. By **August 2, 2019**, HealthPlan must provide the Kutsomarkos

defendants with PDFs and a map of native documents and folders. Then, by **12:00 p.m. on August 26, 2019**, the Kutsomarkos defendants must identify by Bates numbers which documents are responsive to which requests.

5. HealthPlan's oral motion to compel amended responses to Kutsomarkos Requests for Production Numbers 26, 31, and 43 (Doc. 134) is **GRANTED**. By **12:00 p.m. on August 26, 2019**, Kutsomarkos must amend his responses to these discovery requests to reflect attorney Shyamie Dixit's representations at the July 29th discovery conference.

6. HealthPlan's oral motion to compel amended responses to E-Integrate Requests for Production Number 47 (Doc. 135) is **GRANTED**. By **12:00 p.m. on August 26, 2019**, E-Integrate must amend its responses to these discovery requests to reflect attorney Shyamie Dixit's representations at the July 29th discovery conference.

7. HealthPlan's oral motion to compel privilege logs from the defendants (Doc. 136) is **GRANTED**. By **September 9, 2019**, any defendant withholding a responsive document on the basis of privilege or work product protection must produce to Health Plan a privilege log identifying documents withheld as privileged. The privilege log must contain:

    a. the Bates number of the withheld document;

    b.    a description of the document;

    c.    the document's date;

    d.    the author of the document;

    e.    purpose for which the document was created and transmitted;

    f.    the subject of the document;

    g.    the persons to whom the document is addressed;

    h.    the persons indicated thereon as having received copies; and

    i.    any other facts relevant to the elements of the particular privilege or protection asserted.

8. The joint oral motion to compel phone numbers and addresses, if known, for individuals disclosed in a party's initial disclosures (Doc. 137) is **GRANTED**. By **August 12, 2019**, if any party wants an address or phone number of an individual listed on the opposing party's Rule 26 initial disclosures, that party must submit its request to the opposing party. Then, by **August 19, 2019**, the responding party must provide the most recent address or phone number, if known, of the requested individual.

9. The Kutsomarkos defendants' oral motion to compel Requests for Production Numbers 15, 17, 26, and 27 (Doc. 138) is **GRANTED**. By

**12:00 p.m. on August 26, 2019**, and consistent with its representations in the parties' notice of the discovery disputes, HealthPlan must produce documents responsive to these discovery requests.

10. HealthPlan's oral motion to compel the Dixit defendants to respond to HealthPlan's interrogatories (Doc. 139) is **GRANTED**. By **12:00 p.m. on August 26, 2019**, the Dixit defendants must respond to HealthPlan's interrogatories.

11. HealthPlan's motion to compel depositions (Doc. 120) is **GRANTED** to the extent that, if requested by HealthPlan, the records custodian depositions for Knowmentum, Media Shark, E-Integrate, Rakesh Dixit, and Feron Kutsomarkos must be completed between **September 3, 2019, and September 12, 2019**.

12. The joint oral motion for a follow-up discovery conference (Doc. 140) is **GRANTED**. A follow-up discovery conference is set for **September 20, 2019, at 10:00 a.m.** in Tampa Courtroom 10B. By **September 17th**, the parties must file a joint notice that lists any outstanding discovery issue. The notice must also include the parties' discovery plan for September and October, including scheduled depositions and remaining document productions and written discovery responses. Counsel for both parties must arrive at the courthouse by **9:00 a.m.** to discuss any outstanding discovery issues and to resolve any pending motions. The

parties may meet and confer in one of the conference rooms in front of Courtroom 10B. If the parties need more room, they must contact chambers to locate another suitable space for this meeting. Rakesh Dixit and Feron Kutsomarkos must personally attend the September 20th discovery conference.

**ENTERED** in Tampa, Florida, on July 30, 2019.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge