# Exhibit 1

| | |
|---|---|
| **From:** | Fernandez, Alex |
| **To:** | "Dustin Deese"; Robert L. Vessel |
| **Cc:** | HPSv.Dixit et al Litigation Group; DixitLaw Defendants EXT; Johnny Hightower (jrh@jrh.law) |
| **Subject:** | Meet/Confer Re Motion for Protective Order |
| **Date:** | Tuesday, August 13, 2019 4:30:55 PM |

Dustin,

This confirms my call earlier to meet/confer about the issue of assuring HealthPlan that Defendants have not produced to Blue Cross Blue Shield any documents having HealthPlan's confidential information. As I mentioned, this issue was memorialized in our letter last week, which the defendants have ignored. You refused to meet/confer about it today because it would require you to "immediately drop everything." Your response was to vacillate, i.e., maybe you'd try to get me some times later this week when you might be available for a meet/confer after Friday. Given your refusal to have a timely meet/confer after we've requested by letter, email and telephone, we will proceed with our motion for a protective order.

To ensure we comply with our continuing requirements under 3.01(g), please provide a time for a meet/confer in the next few days. Thanks.

Robert,

This confirms my voicemail attempt to have a meet/confer about the protective order mentioned above. Please let us know your availability. Thanks.

Best,

Alex

**Alejandro J. Fernandez**
Shareholder
Board Certified in Intellectual Property
813.275.5022 **|** Direct
813.420.8658 **|** Mobile
afernandez@brinksgilson.com
www.brinksgilson.com



**BRINKS GILSON & LIONE**
SunTrust Financial Centre - Suite 3500 **|** 401 East Jackson Street **|** Tampa, FL 33602

**Please Note:** This message is intended for the individual or entity named above and may constitute a privileged and confidential communication. If you are not the intended recipient, please do not read, copy, use, or disclose this message. Please notify the sender by replying to this message, and then delete the message from your system. Thank you.