# Exhibit 2

| | |
|---|---|
| **From:** | Fernandez, Alex |
| **To:** | Johnny Hightower (jrh@jrh.law) |
| **Cc:** | "Dustin Deese"; HPSv.Dixit et al Litigation Group |
| **Subject:** | Meet/Confer Re Knowmentum ROGs and Dixit/Media Shark Follow Up to 8/9 Meet and Confer |
| **Date:** | Monday, August 19, 2019 5:18:30 PM |

Counsel:

This memorializes our meet and confer today regarding Rak Dixit's, Media Shark's, and Knowmentum's (Dixit Defendants) interrogatory responses.  As raised during the call, Dustin Deese was not present as lead counsel for these defendants, in violation of the Court's order requiring that he be prepared and attend meet/confers. His absence prevented us from discussing those topics he was to address with Rak Dixit in preparation for today's call.  You indicated that it didn't make a difference that Dustin was not in attendance in that Rak hadn't addressed the issues raised at the 8/9 meet/confer anyway.

Regarding the topics that we discussed today, we reached the following agreements for supplementing ROGs:

**Global**

Knowmentum agreed to the same revisions set forth in the global section of our 8/9/19 email.

Knowmentum will produce last known contact information (addresses) for questions in which it is requested.

**Knowmentum**

Rog 1.a. Knowmentum will supplement with the total number of commercial client/customer relationships (not including relationships with Knowmentum vendors such as, e.g., cleaning staff).

Rog 1.h. Knowmentum will clarify the timing by year.

Rog 3.  Knowmentum agrees to provide same clarifications/expounded answers rather than 2-4 word responses.

Rog 4.  Knowmentum opposes financial production, although you intend to review the May 23 hearing transcripts (you've presently only reviewed the May 3 hearing transcripts), but you do not expect to produce further financials.

This supplementation should be made by Aug. 26, along with other production.  If I misstated any of these, please clarify at your earliest convenience.  Thanks.

Best,
Alex

**Alejandro J. Fernandez**
Shareholder
Board Certified in Intellectual Property
813.275.5022 **|** Direct
813.420.8658 **|** Mobile
[afernandez@brinksgilson.com](afernandez@brinksgilson.com)
[www.brinksgilson.com](www.brinksgilson.com)
**BRINKS GILSON & LIONE**
SunTrust Financial Centre - Suite 3500 **|** 401 East Jackson Street **|** Tampa, FL 33602



**Please Note:** This message is intended for the individual or entity named above and may constitute a privileged and confidential communication. If you are not the intended recipient, please do not read, copy, use, or disclose this message. Please notify the sender by replying to this message, and then delete the message from your system. Thank you.