Exhibit 3

| From: | Fernandez, Alex |
|---|---|
| To: | "Dustin Deese";  Johnny Hightower (jrh@jrh.law) |
| Cc: | HPSv.Dixit et al Litigation Group |
| Subject: | Meet/Confer |
| Date: | Tuesday, August 20, 2019 11:28:37 AM |

Counsel:

Please provide your availability today or tomorrow for a meet/confer on a motion concerning Rak Dixit, Knowmentum and Media Shark for failure to comply with  the Court's Order (ECF 141).  In particular, the Dixit defendants failed to have lead counsel attend to L.R. 3.01(g) meetings.  Further, they've failed to timely serve updated initial disclosures.  Thanks.

Best,
Alex

**Alejandro J. Fernandez**
Shareholder
Board Certified in Intellectual Property
813.275.5022 **|** Direct
813.420.8658 **|** Mobile
afernandez@brinksgilson.com
www.brinksgilson.com
**BRINKS GILSON & LIONE**
SunTrust Financial Centre - Suite 3500 **|** 401 East Jackson Street **|** Tampa, FL 33602



**Please Note:** This message is intended for the individual or entity named above and may constitute a privileged and confidential communication. If you are not the intended recipient, please do not read, copy, use, or disclose this message. Please notify the sender by replying to this message, and then delete the message from your system. Thank you.