Exhibit 4

| From: | Shyamie Dixit |
|---|---|
| To: | Fernandez, Alex |
| Cc: | Christou, Evi; Frankel, William; Johnny Hightower; Dustin Deese; J. Matthew Marquardt; Robert L. Vessel; Clarissa Moreno |
| Subject: | [EXT] Fwd: Activity in Case 8:18-cv-02608-SDM-AAS Healthplan Services, Inc. v. Dixit et al Motion to Compel |
| Date: | Tuesday, July 30, 2019 6:01:35 PM |

Alex, per the court's order, provide "**phone numbers and addresses, if known, for [ALL] individuals listed in [HPS's] initial disclosures**"

—

Mr. Shyamie Dixit

Begin forwarded message:

**From:** cmecf_flmd_notification@flmd.uscourts.gov
**Subject: Activity in Case 8:18-cv-02608-SDM-AAS Healthplan Services, Inc. v. Dixit et al Motion to Compel**
**Date:** July 30, 2019 at 5:41:51 PM EDT
**To:** cmecf_flmd_notices@flmd.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### Middle District of Florida

**Notice of Electronic Filing**

The following transaction was entered on 7/30/2019 at 5:41 PM EDT and filed on 7/30/2019

| | |
|---|---|
| **Case Name:** | Healthplan Services, Inc. v. Dixit et al |
| **Case Number:** | 8:18-cv-02608-SDM-AAS |
| **Filer:** | Rakesh Dixit |
| | E-Integrate, Inc. |
| | Peter J. Grilli |
| | Healthplan Services, Inc. |
| | Knowmentum, Inc. |
| | Feron Kutsomarkos |
| | Media Shark Productions, Inc. |

**Document Number:** 137(No document attached)

**Docket Text:**
**JOINT ORAL motion to compel phone numbers and addresses, if known, for individuals listed in initial disclosures. (DMP)**

**8:18-cv-02608-SDM-AAS Notice has been electronically mailed to:**

Peter John Grilli      peter@grillimediation.com, candace@grillimediation.com

William H. Frankel      wfrankel@brinksgilson.com, federalcourtemails@brinksgilson.com, lreyes@brinksgilson.com

Jeffrey W. Gibson      jg@macfar.com, ala@macfar.com, tamezquita@macfar.com

Dustin Duell Deese      dustin@deeselegal.com

Shyam N.S. Dixit, Jr      shyamiedixit@gmail.com, cmoreno@dixitlaw.com, sdixit@dixitlaw.com

Justin L. Dees      jdees@macfar.com, ash@macfar.com, tlk@macfar.com, vac@macfar.com

Stephen J. Leahu      sleahu@brinksgilson.com, clovell@brinksgilson.com, federalcourts@brinksgilson.com

Alejandro J. Fernandez      afernandez@brinksgilson.com, clovell@brinksgilson.com, federalcourts@brinksgilson.com

John R. Hightower, Jr      jrh@jrh.law, svc.flmd@jrh.law

Thomas Richard Farrior      trf@macfar.com, tamezquita@macfar.com

Andrew Avsec      aavsec@brinksgilson.com

Evi T. Christou      echristou@brinksgilson.com

**8:18-cv-02608-SDM-AAS Notice has been delivered by other means to:**