Exhibit 5

| | |
|---|---|
| **From:** | Fernandez, Alex |
| **To:** | Dustin Deese; Johnny Hightower (jrh@jrh.law); DixitLaw Defendants EXT |
| **Cc:** | HPSv.Dixit et al Litigation Group |
| **Subject:** | Rule 26(a) Contact Information |
| **Date:** | Wednesday, July 31, 2019 7:01:43 PM |

Counsel:

Per the Court's order, can you please provide the known contact information for all individuals listed on Defendants' initial disclosures?  We've seen a number that you have but have not disclosed.  This includes the parties for which you presently list law firms instead of direct contact information.  Thanks.

Best,
Alex

**Alejandro J. Fernandez**
Shareholder
Board Certified in Intellectual Property
813.275.5022 **|** Direct
813.420.8658 **|** Mobile
afernandez@brinksgilson.com
www.brinksgilson.com
**BRINKS GILSON & LIONE**
SunTrust Financial Centre - Suite 3500 **|** 401 East Jackson Street **|** Tampa, FL 33602



**Please Note:** This message is intended for the individual or entity named above and may constitute a privileged and confidential communication. If you are not the intended recipient, please do not read, copy, use, or disclose this message. Please notify the sender by replying to this message, and then delete the message from your system. Thank you.