

**From:** **Frankel, William** wfrankel@brinksgilson.com
**Subject:** RE: [EXT] HPS v. Dixit: Doug Brush
**Date:** August 20, 2019 at 6:16 PM
**To:** Shyamie Dixit sdixit@dixitlaw.com
**Cc:** Fernandez, Alex afernandez@brinksgilson.com, Christou, Evi echristou@brinksgilson.com, Robert L. Vessel rvessel@dixitlaw.com , Clarissa Moreno cmoreno@dixitlaw.com, Johnny Hightower jrh@jrh.law, Dustin Deese dustin@deeselegal.com

Shyamie,

We plan to have an early 2014 code set available for Mr. Brush's inspection, pursuant to the terms of the Order Regarding Inspection of Computer Code (Doc. 106) and the corresponding state court code inspection Order, in the latter part of September.

The only glitch in the schedule from our perspective is that you have said you will be filing a motion to inspect code from the 2018 time period, which motion we will oppose.  We will need for any such motion to be resolved, or for you to advise us in writing that you will not be seeking this or additional HPS code in connection with the Florida actions, before any inspection takes place.   We only intend for there to be one inspection of HPS code in the Florida actions.

Thank you.

Regards,

Bill

**From:** Shyamie Dixit <sdixit@dixitlaw.com>
**Sent:** Tuesday, August 20, 2019 12:17 PM
**To:** Frankel, William <wfrankel@brinksgilson.com>
**Cc:** Fernandez, Alex <afernandez@brinksgilson.com>; Christou, Evi <echristou@brinksgilson.com>; Robert L. Vessel <rvessel@dixitlaw.com>; Clarissa Moreno <cmoreno@dixitlaw.com>; Johnny Hightower <jrh@jrh.law>; Dustin Deese <dustin@deeselegal.com>
**Subject:** Re: [EXT] HPS v. Dixit: Doug Brush

Hi Bill,

Please remind me where we are with regard to the code inspection (e.g., are you all going to be ready for us to inspect the code in September)?

Thank you,
—
Mr. Shyamie Dixit
3030 North Rocky Point Drive West, Suite 260, Tampa, Florida 33607
Tel: (813) 252-3999 l Fax: (813) 252-3997 l Cell: (813) 992-8118
Dixit Law Firm: www.dixitlaw.com

**NOTE:  This e-mail transmission originates from the sender.  This transmission, as well as any attached file transmitted contemporaneously, contain(s) confidential information that may be subject to certain and specific privileges, or otherwise protected against unauthorized use, all of which are hereby reserved.  The information contained in this transmission, as well as any file transmitted contemporaneously, is transmitted in this form based on a reasonable expectation of privacy, consistent with U.S. law.  Any disclosure, distribution, copying, or use of the information contained in this transmission by any person other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this transmission in error, please advise the sender by immediate reply, and delete the original message.

On Aug 6, 2019, at 9:31 AM, Frankel, William <wfrankel@brinksgilson.com> wrote:

Thank you, Shyamie.

We will run with the information that you now have provided to us, and let you know if we or HealthPlan have any further questions.

Best regards,

Bill

**From:** Shyamie Dixit <sdixit@dixitlaw.com>
**Sent:** Tuesday, August 6, 2019 7:45 AM
**To:** Frankel, William <wfrankel@brinksgilson.com>
**Cc:** Alex Pokushalov <pokushalov@gmail.com>; Christou, Evi <echristou@brinksgilson.com>; Robert L. Vessel <rvessel@dixitlaw.com>; Clarissa Moreno <cmoreno@dixitlaw.com>; Johnny Hightower <jrh@jrh.law>; Dustin Deese <dustin@deeselegal.com>
**Subject:** Fwd: [EXT] HPS v. Dixit: Doug Brush

<span style="color:red">EXHIBIT 1</span>