# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

HEALTHPLAN SERVICES, INC.,

    Plaintiff,

vs.

RAKESH DIXIT, et al.,

    Defendants.

Case No. 8:18-cv-2608-T-23AAS

## DEFENDANTS' MOTION FOR EXTENSION OF TIME
## TO RESPOND TO MOTION FOR SANCTIONS [Doc. 168]

Defendants, Rakesh Dixit, KnowMentum, Inc., and Media Shark Productions, Inc. (collectively "Defendants"), move for an order extending by one (1) week the time in which they may respond to the Motion for Sanctions [Doc. 168] (the "Motion") filed by HealthPlan Services, Inc. ("HPS"), from September 9, 2019 to September 16, 2019, as laid out below.

1. The Motion was filed Saturday August 24, 2019 and the current deadline to respond is September 9, 2019.

2. Defendants' counsel have been heavily engaged in attempts to fulfill obligations on behalf of Defendants in this matter and a matter pending against Defendants in the Sixth Judicial Circuit Court of Florida.

3. Moreover, undersigned Defendants' counsel has been extremely ill for several days which has impeded efforts and progress on this and other work on behalf of Defendants, as well as work on behalf of other clients.

4. Consequently, undersigned counsel require one week of additional time to file Defendants' Response.

5. This Motion is made in good faith, and not merely for purposes of delay.

6. *Local Rule 3.01(g) Certification*. Undersigned counsel emailed opposing counsel to schedule a conference with opposing counsel. Undersigned counsel will continue efforts to confer and "supplement the motion promptly with a statement certifying whether or to what extent the parties have resolved the issue(s) presented" in this Motion. Local Rule, 3.01(g), Middle District of Florida.

WHEREFORE, Defendants, Rakesh Dixit, KnowMentum, Inc., and Media Shark Productions, Inc., request this honorable Court enter an order extending the time in which they may respond to the Motion for Sanctions [Doc. 168] (the "Motion") filed by HealthPlan Services, Inc. ("HPS"), from September 9, 2019 to September 16, 2019, and for such other relief that is equitable and just.

## CERTIFICATE OF SERVICE

I CERTIFY that on September 9, 2019, a true and accurate copy of this filing was filed via the CM/ECF electronic filing system through which copies are served by email to all counsel of record.

Dated: September 9, 2019.

> JRH.LAW PLLC
>
> /s/ *John R. Hightower, Jr.*
> **John R. Hightower, Jr., Esq.**
> Florida Bar No. 77478
> Primary: jrh@jrh.law
> Secondary: svc.flmd@jrh.law
> 5470 E. Busch Blvd. # 149

Temple Terrace, FL 33617-5417
Tel.: 813-252-1849
Fax: 813-354-3312
*Attorney for: Rakesh Dixit; KnowMentum, Inc.; Media Shark Productions, Inc.; and E-Integrate, Inc.*


**DUSTIN D. DEESE, P.A.**

**Dustin D. Deese, Esq.**
Florida Bar No. 634441
Primary: dustin@deeselegal.com
P.O. Box 1720
Dade City, FL 33526
Tel.: 813-517-9732
Fax: 813-574-2664
*Attorney for Rakesh Dixit, KnowMentum, Inc., Media Shark Productions, Inc., and E-Integrate, Inc.*