UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HEALTHPLAN SERVICES, INC., )
)
Plaintiff, )
)
vs. ) Case No. 8:18-cv-2608-T-23AAS
)
RAKESH DIXIT, et al., )
)
Defendants. )

**DEFENDANTS' SECOND MOTION FOR EXTENSION OF TIME
TO RESPOND TO MOTION FOR SANCTIONS [Doc. 168]**

Defendants, Rakesh Dixit, KnowMentum, Inc., and Media Shark Productions, Inc. (collectively "Defendants"), move for an order extending by two (2) days the time in which they may respond to the Motion for Sanctions [Doc. 168] (the "Motion") filed by HealthPlan Services, Inc. ("HPS"), from September 16, 2019 to September 18, 2019, as laid out below.

1. The Motion was filed Saturday August 24, 2019 and Defendants moved for a one-week extension of time to respond [Doc. 174] which was granted by order of this Court [Doc. 175], making the current deadline to respond September 16, 2019.

2. As noted in Defendants' previous motion for extension of time, Defendants' counsel have been heavily engaged in attempts to fulfill obligations on behalf of Defendants in this matter and a matter pending against Defendants in the Sixth Judicial Circuit Court of Florida.

3. Additionally, Defendants' previous motion for extension of time explained that undersigned Defendants' counsel has been extremely ill for several days which has

impeded efforts and progress on this and other work on behalf of Defendants, as well as work on behalf of other clients. After filing Defendants' previous motion for extension, this illness continued to create complications which led to precautionary hospital treatment on Thursday September 12, 2019.

4. Consequently, undersigned counsel require two days of additional time to file Defendants' Response.

5. Defendants submit that the above circumstances constitute good cause to grant the relief requested in this Motion. Rule 6(b), Fed. R. Civ. P.

6. This Motion is made in good faith, and not merely for purposes of delay.

7. *Local Rule 3.01(g) Certification*. Undersigned counsel emailed opposing counsel to schedule a conference with opposing counsel. Undersigned counsel will continue efforts to confer and "supplement the motion promptly with a statement certifying whether or to what extent the parties have resolved the issue(s) presented" in this Motion. Local Rule, 3.01(g), Middle District of Florida.

WHEREFORE, Defendants, Rakesh Dixit, KnowMentum, Inc., and Media Shark Productions, Inc., request this honorable Court enter an order extending the time in which they may respond to the Motion for Sanctions [Doc. 168] filed by HealthPlan Services, Inc., from September 16, 2019 to September 18, 2019, and for such other relief that is equitable and just.

## CERTIFICATE OF SERVICE

I CERTIFY that on September 16, 2019, a true and accurate copy of this filing was filed via the CM/ECF electronic filing system through which copies are served by email to all counsel of record.

Dated: September 16, 2019.

        **JRH.LAW PLLC**

        /s/ *John R. Hightower, Jr.*
        **John R. Hightower, Jr., Esq.**
        Florida Bar No. 77478
        Primary: jrh@jrh.law
        Secondary: svc.flmd@jrh.law
        5470 E. Busch Blvd. # 149
        Temple Terrace, FL 33617-5417
        Tel.: 813-252-1849
        Fax: 813-354-3312
        *Attorney for: Rakesh Dixit; KnowMentum, Inc.; Media Shark Productions, Inc.; and E-Integrate, Inc.*

        **DUSTIN D. DEESE, P.A.**

        **Dustin D. Deese, Esq.**
        Florida Bar No. 634441
        Primary: dustin@deeselegal.com
        P.O. Box 1720
        Dade City, FL 33526
        Tel.: 813-517-9732
        Fax: 813-574-2664
        *Attorney for Rakesh Dixit, KnowMentum, Inc., Media Shark Productions, Inc., and E-Integrate, Inc.*