UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| HEALTHPLAN SERVICES, INC., | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 8:18-cv-2608-T-23AAS |
| RAKESH DIXIT, et al., | ) |
| Defendants. | ) |

**DEFENDANTS' RESPONSE TO PLAINTIFF HEALTHPLAN SERVICES INC.'S MOTION FOR SANCTIONS, ET CETERA [Doc. 168]**

Defendants, Rakesh Dixit, KnowMentum, Inc., and Media Shark Productions, Inc. (collectively "Defendants"), respond in opposition to the "Motion for Sanctions" [Doc. 168][1] (the "Motion") filed by HealthPlan Services, Inc. ("HPS"), as laid out below.

Introduction – the Motion fails to properly apprise the Court of all the facts and history relevant to the issues presented by the Motion. Instead, the Motion selectively retells the history of events while purposefully withholding information and context. By design or accident, the Motion also makes wholesale mischaracterizations or misrepresentations of statements by counsel.

I. Lead Counsel and Local Rule 3.01(g) Conferences

On August 9, 2019, Lead Counsel, Dustin Deese ("Deese"), along with co-counsel, Johnny Hightower ("Hightower"), attended a telephonic 3.01(g) Conference with HPS's counsel, Alex Fernandez ("Fernandez"), lasting approximately 2.5 hours. The issues were thoroughly discussed in good faith. The follow up conference on August 19, 2019, was attended by Hightower with

---

[1] "Plaintiff HealthPlan Services Inc.'s Motion for Sanctions, Fees and Order to Show Cause Why Dixit Defendants Should Not Be Held in Contempt of Court Order [ECF NO. 141]" filed August 24, 2019.

Fernandez for approximately one hour. Fernandez was advised at the beginning of the conference that Deese was attending a doctor appointment that was running much longer than anticipated. At that time Fernandez could have chosen to continue the conference until Deese was available but elected to continue with Hightower instead.

II. Supplementation of Responses to Requests for Production

This Courts Order [Doc. 141] was based in part on misrepresentations made by HPS in the joint notice of discovery issues filed in relation to the hearing producing the Order. HPS misrepresented that the relevant Responses had never been amended and attached referenced the docket numbers of previously filed copies of the original Responses. However, the Responses had in fact been amended and HPS's representation to the Court was simply false.

III. Legal Standard

For the above and other reasons, sanctions or not appropriate under the given circumstances.

WHEREFORE, Defendants, Rakesh Dixit, KnowMentum, Inc., and Media Shark Productions, Inc., request that this honorable Court enter an order denying the Motion for Sanctions [Doc. 168] filed by HealthPlan Services, Inc., and for such other relief that is equitable and just.

**CERTIFICATE OF SERVICE**

I CERTIFY that on September 18, 2019, a true and accurate copy of this filing was filed via the CM/ECF electronic filing system through which copies are served by email to all counsel of record.

Dated: September 18, 2019.

**JRH.LAW PLLC**

/s/ *John R. Hightower, Jr.*

**John R. Hightower, Jr., Esq.**
Florida Bar No. 77478
Primary: jrh@jrh.law
Secondary: svc.flmd@jrh.law
5470 E. Busch Blvd. # 149
Temple Terrace, FL 33617-5417
Tel.: 813-252-1849
Fax: 813-354-3312
*Attorney for: Rakesh Dixit; KnowMentum, Inc.; Media Shark Productions, Inc.; and E-Integrate, Inc.*

**DUSTIN D. DEESE, P.A.**

**Dustin D. Deese, Esq.**
Florida Bar No. 634441
Primary: dustin@deeselegal.com
P.O. Box 1720
Dade City, FL 33526
Tel.: 813-517-9732
Fax: 813-574-2664
*Attorney for Rakesh Dixit, KnowMentum, Inc., Media Shark Productions, Inc., and E-Integrate, Inc.*