# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

HEALTHPLAN SERVICES, INC.,
    Plaintiff,

v.                                                                                     CASE NO.: 8:18-cv-02608-SDM-AAS

RAKESH DIXIT, *et al.*,
    Defendants.
_____/

## MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF
## MOTION FOR SANCTIONS [D.E. 168]

Pursuant to Local Rules 3.01(c) and (d), Plaintiff, HealthPlan Services, Inc. ("HealthPlan") respectfully requests leave to file a reply brief of no more than five (5) pages in support of its Motion for Sanctions, Fees and Order to Show Cause Why Dixit Defendants Should Not Be Held in Contempt of Court Order [D.E. 168, "Motion for Sanctions"] in order to address misstatements presented by Defendants Rakesh Dixit, Knowmentum, Inc., Media Shark Productions, Inc. (collectively, "Defendants") in their response to the Motion for Sanctions [D.E. 184, "Opposition"], and states as follows:

**I.    MEMORANDUM OF LEGAL AUTHORITY IN SUPPORT OF REQUEST**

Granting leave to file a reply brief is appropriate where the opposing party has misstated facts, or where the opposing brief raised additional issues not addressed in the original motion. *See, e.g., Ottaviano v. Nautilus Ins. Co.*, Case No. 08-cv-2204, 2009 WL 425976 (M.D. Fla. Feb. 19, 2009) (granting leave to file reply brief where movant asserted respondent's brief misstated facts). HealthPlan should be granted leave to file a reply brief to the Opposition because Defendants misstated certain facts concerning the issues raised in the

1

Motion for Sanctions.

Specifically, with respect to Defendants' failure to supplement their responses to numerous Requests for Production, the Opposition alleges: that "HPS misrepresented that the relevant Responses had never been amended and attached referenced the docket numbers of previously filed copies of the original Responses. However, the Responses had in fact been amended and HPS's representation to the Court was simply false." Opp. at p. 2. Because the Opposition misleadingly suggests that HealthPlan made false representations to the Court, a reply brief is required to clarify the reasons for HealthPlan's representations and explain that the amended responses are deficient for the same reasons as the original responses.

## II. CONCLUSION

To aid the Court's resolution of the Motion for Sanctions, a reply brief would allow HealthPlan to respond to dispel the misstatements of fact offered in the Opposition. Based on the foregoing, HealthPlan respectfully requests that the Court grant leave to file, no later than seven (7) days after the grant of this motion, a reply brief of no more than five (5) pages in length.

## LOCAL RULE 3.01(g) CERTIFICATION

The undersigned certifies that counsel for HealthPlan has conferred with counsel for Defendants, and Defendants do not oppose the relief sought in this motion for leave.

Dated: September 24, 2019                    Respectfully Submitted,

By: /s/ Evi T. Christou

Alejandro J. Fernandez (Fla. Bar No. 32221)
E-mail: afernandez@brinksgilson.com
Stephen J. Leahu (Fla. Bar. No. 54037)
E-mail: sleahu@brinksgilson.com
**BRINKS GILSON & LIONE, P.A.**
401 E. Jackson Street, Suite 3500
Tampa, FL 33602
Telephone No. (813) 275-5020
Facsimile No. (813) 275-5021

William H. Frankel (Ill. ARDC No. 3127933)
*Admitted Pro Hac Vice*
E-mail: wfrankel@brinksgilson.com
Andrew J. Avsec (Ill. ARDC No. 6292313)
*Admitted Pro Hac Vice*
E-mail: aavsec@brinksgilson.com
**BRINKS GILSON & LIONE, P.C.**
455 N. Cityfront Plaza Drive, Suite 3600
Chicago, Illinois 60611
Telephone No. (312) 321-4200
Facsimile No. (312) 321-4299

Evi T. Christou (D.C. Bar No.1600066)
*Admitted Pro Hac Vice*
E-mail: echristou@brinksgilson.com
**BRINKS GILSON & LIONE, P.C.**
1775 Pennsylvania Avenue, NW, Suite 900
Washington, D.C. 20006
Telephone No. (202) 296-6923
Facsimile No. (202) 296-8701

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY certify that on September 24, 2019, I electronically filed the foregoing document with the Clerk of the Court CM/ECF, which will send notification of this filing to all counsel of record in this action.

 */s/ Evi T. Christou* 