# Exhibit 1

| | |
|---|---|
| **From:** | Fernandez, Alex |
| **To:** | "Dustin Deese"; Johnny Hightower (jrh@jrh.law) |
| **Cc:** | HPSv.Dixit et al Litigation Group |
| **Subject:** | Meet/Confer Memorialization |
| **Date:** | Friday, August 9, 2019 5:58:20 PM |

Counsel:

This memorializes the agreements reached at todays' meet and confer regarding Dixit and Media Shark's responses to interrogatories. We'll discuss Knowmentum's ROGs responses at a follow on meet/confer on 8/19/19.

**Global:**

- "Subject to and without waiving" objections will be removed for answers that are complete and not limited by objections. For answers where information is withheld pursuant to an objection, "subject to and without waiving" language will be expounded on to specifically identify the nature of information withheld and the specific basis for the objection.
- Over breadth objections do not justify failure to answer. To the extent they're the basis for withholding information, a response to the scope that is not overly broad will be provided.
- Confidentiality objection will be removed from general objections. Where information is withheld pursuant to confidentiality objection, the objection will be interposed to permit evaluation of the basis for the specific confidentiality concern that may not be covered by protective order.
- I will evaluate whether Court ruled on waiver of objections based on untimely responses. To the extent no ruling made, I'll consider whether to assert waiver, and we'll have a meet/confer on a motion for extension of time to be filed by Defendants.

**Dixit Rogs and Responses:**

ROG 1: Responses 1.b-1.i are non-responsive to the interrogatories. You will speak with Dixit about the particulars sought in subparts of responses for the purpose of supplementing responses.

ROG 2: HealthPlan stipulates to change of dates in question to January 6, 2014-Oct. 31, 2014 rather than 2019. Dixit will respond. HealthPlan will not assert waiver argument regarding objections to this ROG.

ROG 3: No agreement reached regarding scope of request and response.

ROG 4: Dixit will answer subsections a-f. Regarding sub-part e, HealthPlan limits time period to 2013-present and narrows physical assets to all hardware/software assets, including computers, media storage devices and electronic devices.

ROG 5: Defendants will review hearing transcripts from May hearing, and re-evaluate whether to respond with financial information. Will advise by 8/19 at meet/confer follow-

up.

**Media Shark Rogs and Responses:**

ROG 1.f. Will seek clarification from Rak Dixit for detailed descriptions rather than 1-2 word responses.

ROG 2.c. Will amend response to indicate that "derivative" is construed pursuant to 17 USC s.101.

ROG 3  Will confirm that no IP ever transferred/licensed by any Defendant to MS.  Will clarify response by Rak Dixit.

ROG 4  You will check hearing transcript regarding financial information.

If I misstated any of these, please do not hesitate to clarify.  The one where I wasn't positive was ROG 2 to Dixit—I wasn't positive that's where we'd ended.

Again, thanks for your collegial and professional tone.  I look forward to keeping that going.

Best,
Alex

**Alejandro J. Fernandez**
Shareholder
Board Certified in Intellectual Property
813.275.5022 **|** Direct
813.420.8658 **|** Mobile
afernandez@brinksgilson.com
www.brinksgilson.com
**BRINKS GILSON & LIONE**
SunTrust Financial Centre - Suite 3500 **|** 401 East Jackson Street **|** Tampa, FL 33602



**Please Note:** This message is intended for the individual or entity named above and may constitute a privileged and confidential communication. If you are not the intended recipient, please do not read, copy, use, or disclose this message. Please notify the sender by replying to this message, and then delete the message from your system. Thank you.

| | |
|---|---|
| **From:** | Fernandez, Alex |
| **To:** | Johnny Hightower (jrh@jrh.law) |
| **Cc:** | "Dustin Deese"; HPSv.Dixit et al Litigation Group |
| **Subject:** | Meet/Confer Re Knowmentum ROGs and Dixit/Media Shark Follow Up to 8/9 Meet and Confer |
| **Date:** | Monday, August 19, 2019 5:18:30 PM |

Counsel:

This memorializes our meet and confer today regarding Rak Dixit's, Media Shark's, and Knowmentum's (Dixit Defendants) interrogatory responses.  As raised during the call, Dustin Deese was not present as lead counsel for these defendants, in violation of the Court's order requiring that he be prepared and attend meet/confers. His absence prevented us from discussing those topics he was to address with Rak Dixit in preparation for today's call.  You indicated that it didn't make a difference that Dustin was not in attendance in that Rak hadn't addressed the issues raised at the 8/9 meet/confer anyway.

Regarding the topics that we discussed today, we reached the following agreements for supplementing ROGs:

**Global**

Knowmentum agreed to the same revisions set forth in the global section of our 8/9/19 email.

Knowmentum will produce last known contact information (addresses) for questions in which it is requested.

**Knowmentum**

Rog 1.a. Knowmentum will supplement with the total number of commercial client/customer relationships (not including relationships with Knowmentum vendors such as, e.g., cleaning staff).

Rog 1.h. Knowmentum will clarify the timing by year.

Rog 3.  Knowmentum agrees to provide same clarifications/expounded answers rather than 2-4 word responses.

Rog 4.  Knowmentum opposes financial production, although you intend to review the May 23 hearing transcripts (you've presently only reviewed the May 3 hearing transcripts), but you do not expect to produce further financials.

This supplementation should be made by Aug. 26, along with other production.  If I misstated any of these, please clarify at your earliest convenience.  Thanks.

Best,
Alex

**Alejandro J. Fernandez**
Shareholder
Board Certified in Intellectual Property
813.275.5022 **|** Direct
813.420.8658 **|** Mobile
afernandez@brinksgilson.com
www.brinksgilson.com
**BRINKS GILSON & LIONE**
SunTrust Financial Centre - Suite 3500 **|** 401 East Jackson Street **|** Tampa, FL 33602



**Please Note:** This message is intended for the individual or entity named above and may constitute a privileged and confidential communication. If you are not the intended recipient, please do not read, copy, use, or disclose this message. Please notify the sender by replying to this message, and then delete the message from your system. Thank you.