# Exhibit 3

| | |
|---|---|
| **From:** | Johnny Hightower |
| **To:** | Fernandez, Alex; Dustin Deese |
| **Cc:** | HPSv.Dixit et al Litigation Group |
| **Subject:** | [EXT] RE: Meet/Confer Follow Up re ROGs and RFPs |
| **Date:** | Friday, August 30, 2019 11:58:52 PM |

Alex,

Dustin and I have been working on this as much as we can. But we lost over a day of work because I became ill late yesterday afternoon and couldn't do anything until this afternoon today. We tried to put everything together in the remaining time but just haven't been able to pull it off. We won't be able to serve the amended responses by midnight. However, we will continue to work until everything is finished and serve them tomorrow (Saturday).

**Johnny Hightower**
JRH**.LAW** | jrh@**jrh.law**
t: 813.252.1849
f: 813.354.3312

JRH.LAW PLLC - a professional limited liability company.
**Confidentiality**: This e-mail and attachments may be confidential and if you're not the intended recipient you don't have permission to use this information in any way. If you received this in error, please notify us by telephone at 813.252.1849. [Uniform Electronic Transactions Act, Florida Statutes s. 668.50, does not apply]

**From:** Fernandez, Alex <afernandez@brinksgilson.com>
**Sent:** Thursday, August 29, 2019 2:09 PM
**To:** Dustin Deese <dustin@deeselegal.com>; Johnny Hightower <jrh@jrh.law>
**Cc:** HPSv.Dixit et al Litigation Group <HPSvDixitetalLitigationGroup@brinksgilson.com>
**Subject:** Meet/Confer Follow Up re ROGs and RFPs

Dustin and Johnny,

Based on your repeated representations that you will fully respond by Friday to ROGs as memorialized in our previous meet/confers, we are going to wait to see what you produce before filing our motion for sanctions.  Should it be less than agreed or untimely, we will move for additional sanctions.

Regarding RFPs, the amended responses are defective for the same reasons we raised before the Court and during our meet/confer yesterday.  Among other things, they fail to identify responsive documents, fail to identify whether documents are being withheld, assert boilerplate objections and have not been updated subsequent to multiple productions, thus making it impossible to know what has been produced and what has not, or what documents are responsive.  As a result, the RFPs in fact should have been updated pursuant to the Court's order ECF No. 141, as we stated during our meet/confer.  Please update them by Friday to come into compliance with the Court order.

Thanks.

Best,
Alex

**Alejandro J. Fernandez**
Shareholder
Board Certified in Intellectual Property
813.275.5022 **|** Direct
813.420.8658 **|** Mobile
afernandez@brinksgilson.com
www.brinksgilson.com
**BRINKS GILSON & LIONE**
SunTrust Financial Centre - Suite 3500 **|** 401 East Jackson Street **|** Tampa, FL 33602



**Please Note:** This message is intended for the individual or entity named above and may constitute a privileged and confidential communication. If you are not the intended recipient, please do not read, copy, use, or disclose this message. Please notify the sender by replying to this message, and then delete the message from your system. Thank you.