Exhibit 5

| | |
|---|---|
| **From:** | Johnny Hightower |
| **To:** | Fernandez, Alex |
| **Cc:** | Dustin Deese; Shyamie Dixit; HPSv.Dixit et al Litigation Group; Clarissa Moreno; Robert L. Vessel |
| **Subject:** | [EXT] HPS v. Dixit // production by Dixit, KnowMentum, & Media Shark Productions |
| **Date:** | Monday, August 26, 2019 10:41:07 PM |

Counsel:

Below is a link to access the folder containing production by Dixit, KnowMentum, and Media Shark Productions.

https://jrh-law.sharefile.com/d-se6cc0c3e52145afa

The main folder is titled: DX.KM.MS-HPS production. This contains three subfolders: DX production; KM production; and MS production; for Dixit, KnowMentum, and Media Shark, respectively.

Documents are Bates marked in the format of DX-0000000; KM-0000000; or MS-0000000; for Dixit, KnowMentum, and Media Shark, respectively.

Because some documents are simultaneously produced by more than one party, these documents reflect the Bates marks for each producing party. For example, documents produced by both Dixit and KnowMentum will have the Bates marks formats of DX-0000000 and KM-0000000. I believe this is the most sensible way of dealing with this issue.

The rolling production of documents will continue to be made to this folder. Additional documents are still being uploaded and I'll continue to upload more through the night. The next major production will be completed by September 9. And the final production will be completed by September 16.

---

**Johnny Hightower**
JRH.**LAW** | jrh@**jrh.law**
t: 813.252.1849
f: 813.354.3312

JRH.LAW PLLC - a professional limited liability company.
**Confidentiality**: This e-mail and attachments may be confidential and if you're not the intended recipient you don't have permission to use this information in any way. If you received this in error, please notify us by telephone at 813.252.1849. [Uniform Electronic Transactions Act, Florida Statutes s. 668.50, does not apply]