# Exhibit 6

| | |
|---|---|
| **From:** | Fernandez, Alex |
| **To:** | Dustin Deese |
| **Cc:** | Johnny Hightower (jrh@jrh.law); HPSv.Dixit et al Litigation Group |
| **Subject:** | Meet/Confer re Dixit"s Deficient Responses to HealthPlan"s RFPs 51-78 |
| **Date:** | Thursday, August 29, 2019 5:52:09 PM |

Counsel:

We now turn to Dixit's responses to RFPs 51-78.  In the responses, Dixit refused to produce numerous discoverable documents and provided improper evasive answers on almost all his responses.  Please provide us with a time to discuss a production of these documents and updating of Dixit's RFP responses.  At this point we are available for a meet/confer on Sept. 4 or 5.  Please advise as to a suitable time.  We can use the call in number from our last calls.  Thanks.

Best,
Alex

**Alejandro J. Fernandez**
Shareholder
Board Certified in Intellectual Property
813.275.5022 **|** Direct
813.420.8658 **|** Mobile
afernandez@brinksgilson.com
www.brinksgilson.com



**BRINKS GILSON & LIONE**

SunTrust Financial Centre - Suite 3500 **|** 401 East Jackson Street **|** Tampa, FL 33602

**Please Note:** This message is intended for the individual or entity named above and may constitute a privileged and confidential communication. If you are not the intended recipient, please do not read, copy, use, or disclose this message. Please notify the sender by replying to this message, and then delete the message from your system. Thank you.