**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| HEALTHPLAN SERVICES, INC., a Florida corporation, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) )   Case No. 8:18-cv-2608-T-23AAS |
| RAKESH DIXIT, an individual, FERON KUTSOMARKOS, an individual, E-INTEGRATE, INC., a Florida corporation, KNOWMENTUM, INC., a Florida corporation, and MEDIA SHARK PRODUCTIONS, INC., a Florida corporation, | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |
| E-INTERGRATE, INC., | ) ) |
| Counter-Plaintiff, | ) ) |
| vs. | ) ) |
| HEALTHPLAN SERVICES, INC., | ) ) |
| Counter-Defendant. | ) ) ) |

**SUPPLEMENT TO JOINT NOTICE OF DISCOVERY ISSUES [Doc. 191]**

Defendants, Rakesh Dixit, KnowMentum, Inc., and Media Shark Productions, Inc. (collectively, the "Dixit Defendants"), submit this supplement to the Joint Notice of Discovery Issues [Doc. 191] filed October 9, 2019, as laid out below.

I.   **PLAINTIFF'S DISCOVERY ISSUES**

A.   **THE DIXIT DEFENDANTS**

1.   **Dixit Defendants' Initial Disclosures**

2.   **Dixit Defendants' Document Production & Responses to Document Requests**

### a. Responses to Document Requests

This Court's July 30th Order [Doc. 141] was based upon HPS's false pretenses presented in the Joint Notice of Discovery Issues [Doc. 123]. HPS misrepresented that the relevant responses of Dixit Defendants to HPS's requests for production had never been amended. This was false. Dixit Defendants' counsel notified HPS's counsel of this falsity. HPS's counsel advised that it would investigate this and immediately advise the Court accordingly if true. This was not done.

### b. Document Production

Dixit Defendants continue to process the document production. Due to health issues experienced by counsel, which will be laid out further at the hearing with this Court on October 16, 2019, this production has been delayed. However, counsel for the Dixit Defendants aim to complete this production before the hearing with this Court on October 16, 2019.

### 3. Dixit Defendants' Responses to HealthPlan's Interrogatories

Dixit Defendants continue to work on the amendment to these responses. Due to health issues experienced by counsel, which will be laid out further at the hearing with this Court on October 16, 2019, this amendment has been delayed. However, counsel for the Dixit Defendants aim to complete this amendment before the hearing with this Court on October 16, 2019.

### 4. Dixit Defendants' Privilege Log

Dixit Defendants continue to process the document production and related privilege log. Due to health issues experienced by counsel, which will be laid out further at the hearing with this Court on October 16, 2019, this production and the corresponding privilege log have been delayed. However, counsel for the Dixit Defendants aim to complete this production and the corresponding privilege log before the hearing with this Court on October 16, 2019.

Dated: October 11, 2019.

**JRH.LAW PLLC**

/s/ *John R. Hightower, Jr.*
**John R. Hightower, Jr., Esq.**
Florida Bar No. 77478
Primary: jrh@jrh.law
Secondary: svc.flmd@jrh.law
5470 E. Busch Blvd. # 149
Temple Terrace, FL 33617-5417
Tel.: 813-252-1849
Fax: 813-354-3312
*Attorney for: Rakesh Dixit; KnowMentum, Inc.; Media Shark Productions, Inc.; and E-Integrate, Inc.*


**DUSTIN D. DEESE, P.A.**

**Dustin D. Deese, Esq.**
Florida Bar No. 634441
Primary: dustin@deeselegal.com
P.O. Box 1720
Dade City, FL 33526
Tel.: 813-517-9732
Fax: 813-574-2664
*Attorney for Rakesh Dixit, KnowMentum, Inc., Media Shark Productions, Inc., and E-Integrate, Inc.*


## CERTIFICATE OF SERVICE

I certify that on October 11, 2019, I electronically filed this document with the Clerk of the

Court CM/ECF, which will send notification of this filing to all counsel of record in this action.

/s/ *John R. Hightower, Jr.*

SUPPLEMENT TO JOINT NOTICE OF DISCOVERY ISSUES [Doc. 191]