## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**HEALTHPLAN SERVICES, INC.,**

      **Plaintiff,**

**v.**                                         **Case No. 8:18-cv-2608-T-23AAS**

**RAKESH DIXIT, et al.,**

      **Defendants.**

_____/

## ORDER

The court's three-hour discovery conference on October 16, 2019 is the latest of many lengthy discovery conferences in this case. Many, if not all, of the parties' ongoing discovery issues could be resolved if counsel simply communicated with each other. Therefore, the following is **ORDERED**:

1.     Until all discovery disputes are resolved, lead counsel Alejandro Fernandez, Dustin Deese, and Shyam Dixit must meet and confer weekly in person for a minimum of one hour to discuss their discovery disputes.

2.     No later than 5 p.m. on Monday, October 21, 2019, lead counsel Alejandro Fernandez, Dustin Deese, and Shyam Dixit must agree and identify for the court the location, time, and weekday on which the weekly meeting will occur.

3.     If the parties cannot agree, lead counsel Alejandro Fernandez, Dustin Deese, and Shyam Dixit must meet at the federal courthouse in Tampa

1

every Friday at 3 p.m. in one of the conference rooms outside Tampa Courtroom 10B with the first meeting on Friday, October 25, 2019.

4. No later than the next business day after each weekly conference, counsel must file a notice briefly outlining what discovery disputes they discussed, any agreements or resolutions, and an update of the overall progress of discovery. No discovery motion may be filed until the filing party can certify that the issue was discussed at two separate weekly meetings.

**ORDERED** in Tampa, Florida, on October 18, 2019.

AMANDA ARNOLD SANSONE
United States Magistrate Judge