# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| HEALTHPLAN SERVICES, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )   Case No. 8:18-cv-2608-T-23AAS<br>) |
| RAKESH DIXIT, et al., | )<br>) |
| Defendants. | ) |

## NOTICE OF COMPLIANCE

Counsel for Rakesh Dixit gives notice that on Saturday October 19th, 2019, counsel for HealthPlan Services, Inc. was emailed to show that counsel for Rakesh Dixit was in receipt of each hard drive.

## CERTIFICATE OF SERVICE

I CERTIFY that on October 21, 2019, a true and accurate copy of this filing was filed via the CM/ECF electronic filing system through which copies are served by email to all counsel of record.

Dated: October 21, 2019.

**JRH.LAW PLLC**

/s/ *John R. Hightower, Jr.*

**John R. Hightower, Jr., Esq.**
Florida Bar No. 77478
Primary: jrh@jrh.law
Secondary: svc.flmd@jrh.law
5470 E. Busch Blvd. # 149
Temple Terrace, FL 33617-5417
Tel.: 813-252-1849
Fax: 813-354-3312

*Attorney for: Rakesh Dixit; KnowMentum, Inc.; Media Shark Productions, Inc.; and E-Integrate, Inc.*

**DUSTIN D. DEESE, P.A.**

**Dustin D. Deese, Esq.**
Florida Bar No. 634441
Primary: dustin@deeselegal.com
P.O. Box 1720
Dade City, FL 33526
Tel.: 813-517-9732
Fax: 813-574-2664
*Attorney for Rakesh Dixit, KnowMentum, Inc., Media Shark Productions, Inc., and E-Integrate, Inc.*