Exhibit 1(a)

**Federal ID** ███████████

**788238**

Intellectual Property
Law Worldwide

NBC Tower – Suite 3600
455 N. Cityfront Plaza Drive
Chicago, Illinois 60611-5599
Telephone 312.321.4200
Facsimile 312.321.4299
brinksgilson.com



Natarsha D. Nesbitt, Esq.
Corporate Counsel & Privacy Officer
HealthPlan Services, Inc.
3501 Frontage Road
Tampa, FL 33607
nnesbitt@healthplan.com

| | |
|---|---|
| Invoice: | 788238 |
| Date: | September 24, 2019 |
| Client: | 16355 |
| Matter: | 00003 |

**For Services Rendered Through August 31, 2019:**

Re:    00003        **HealthPlan Services - Trade Secret Misappropriation and Related
Actions From the Alleged Theft of Proprietary Software**

**Services**



**Brinks Gilson & Lione**
Invoice No.:788238
September 24, 2019



**Brinks Gilson & Lione**
Invoice No.:788238
September 24, 2019

**Brinks Gilson & Lione**
Invoice No.:788238
September 24, 2019



7.10

Drafting responsive correspondence to same; Preparing for meet and confer with opposing counsel regarding interrogatory responses; Attending extensive 2+ hour meet and confer with opposing counsel regarding interrogatory responses by multiple defendants

**Brinks Gilson & Lione**
Invoice No.:788238
September 24, 2019



**Brinks Gilson & Lione**
Invoice No.:788238
September 24, 2019



**Brinks Gilson & Lione**
Invoice No.:788238
September 24, 2019



**Brinks Gilson & Lione**
Invoice No.:788238
September 24, 2019

08/16/2019   Alejandro     Preparing for and attending meet and confer      1.80
             Fernandez     conference with Dustin Deese regarding motion for
                           protective order; Formulating strategy regarding
                           same; Reviewing and analyzing revised notice to
                           court in view of same;

**Brinks Gilson & Lione**                                              Page 10
Invoice No.:788238
September 24, 2019



| 08/19/2019 | Alejandro Fernandez | Preparing for meet and confer with opposing counsel Dustin Deese and Johnny Hightower regarding Knowmentum responses to interrogatories (2.1); Attending lengthy meet and confer with Johnny Hightower regarding same (.9); Memorializing meet and confer in correspondence to opposing counsel (.4); Conferring with Evi Christou regarding status of various discovery disputes, as well as review and production of documents (.8) | 5.00 |

| 08/20/2019 | William Frankel | Conferring regarding motion for sanctions; | 3.50 |

**Brinks Gilson & Lione**
Invoice No.:788238
September 24, 2019

**Brinks Gilson & Lione**
Invoice No.:788238
September 24, 2019



**Brinks Gilson & Lione**
Invoice No.:788238
September 24, 2019



**Brinks Gilson & Lione**                                                              Page 14
Invoice No.:788238
September 24, 2019

| 08/23/2019 | Alejandro Fernandez | Reviewing and analyzing history of correspondences to opposing counsel, including multiple correspondences memorializing meet and confer efforts and requesting meet and confer times (1.3); Reviewing and analyzing notes relating to meetings with opposing counsel regarding discovery deficiencies (.5); Researching and analyzing authorities relating to Rule 37 sanctions and show cause order for contempt (2.7); Outlining and drafting extensive motion for sanctions and to show cause why Dixit Defendants should not be held in contempt (5); Drafting correspondence regarding same to William Frankel and reviewing suggested revisions to same (.1); | 9.80 |

**Brinks Gilson & Lione**
Invoice No.:788238
September 24, 2019



**Brinks Gilson & Lione**
Invoice No.:788238
September 24, 2019



**Brinks Gilson & Lione**
Invoice No.:788238
September 24, 2019



**Brinks Gilson & Lione**
Invoice No.:788238
September 24, 2019

**Brinks Gilson & Lione**
Invoice No.:788238
September 24, 2019



**Brinks Gilson & Lione**
Invoice No.:788238
September 24, 2019



**Summary by Timekeeper**

Evi T. Christou                          Hrs at   $355.00  =

Alejandro J. Fernandez                   Hrs at   $605.00  =   $
William H. Frankel                       Hrs at   $825.00  =   $

**Total Services**

**Disbursements**

Lexis search charges                                         $345.00

**Brinks Gilson & Lione**
Invoice No.:788238
September 24, 2019

Page 21

**Total Amount of This Invoice**

**Federal ID** ███████

**788238**

Natarsha D. Nesbitt, Esq.
Corporate Counsel & Privacy Officer
HealthPlan Services, Inc.
3501 Frontage Road
Tampa, FL 33607
nnesbitt@healthplan.com

| | |
|---|---|
| Invoice: | 788238 |
| Date: | September 24, 2019 |
| Client: | 16355 |
| Matter: | 00003 |

**For Services Rendered Through August 31, 2019:**

Re:     00003          **HealthPlan Services - Trade Secret Misappropriation and Related
                        Actions From the Alleged Theft of Proprietary Software**

**Total Amount of This Invoice**                    $ ████████

**Please remit payment to:**
**BY WIRE:**



**BY CHECK:**
BRINKS GILSON & LIONE
75 REMITTANCE DRIVE
SUITE 6149
CHICAGO, IL 60675-6149

**All Invoices Due and Payable Within 30 Days.**

Exhibit 1(b)

**Federal ID** ██████

789643



Intellectual Property
Law Worldwide

NBC Tower – Suite 3600
455 N. Cityfront Plaza Drive
Chicago, Illinois 60611-5599
Telephone 312.321.4200
Facsimile  312.321.4299
brinksgilson.com

Natarsha D. Nesbitt, Esq.
Corporate Counsel & Privacy Officer
HealthPlan Services, Inc.
3501 Frontage Road
Tampa, FL 33607
nnesbitt@healthplan.com

| | |
|---|---|
| Invoice: | 789643 |
| Date: | October 14, 2019 |
| Client: | 16355 |

**For Services Rendered Through September 30, 2019:**

Re:     16355.00003     **HealthPlan Services - Trade Secret Misappropriation and Related Actions From the Alleged Theft of Proprietary Software**

**Services**





**Brinks Gilson & Lione**
Invoice No.:789643
October 14, 2019



**Brinks Gilson & Lione**
Invoice No.:789643
October 14, 2019



**Brinks Gilson & Lione**
Invoice No.:789643
October 14, 2019



**Brinks Gilson & Lione**
Invoice No.:789643
October 14, 2019

| | | | |
|---|---|---|---|
| ███████ | ████████ | ██████████████████ | ██ |
| 09/12/2019 | Evi T. Christou | Formulating strategy with Mr. Fernandez regarding outcome of custodian depositions of Rakesh Dixit and Feron Kutsomarkos and preparing Joint Notice to the Court in advance of upcoming discovery hearing; | 1.10 |
| ███████ | ████████ | ██████████████████ | ██ |
| 09/13/2019 | Evi T. Christou | Starting to prepare Joint Notice comprising outstanding discovery issues and disputes with Defendants; | 4.30 |
| ███████ | ████████ | ██████████████████ | ██ |
| ███████ | ████ | ██████████████████ | ██ |
| ███████ | ████████ | ██████████████████ | ██ |
| 09/16/2019 | Evi T. Christou | Continuing to prepare Joint Notice comprising outstanding discovery issues and disputes with Defendants; | 7.10 |

**Brinks Gilson & Lione**
Invoice No.:789643
October 14, 2019

Page 7



09/17/2019   Alejandro   Reviewing and revising draft joint notice for   4.50
Fernandez    discovery hearing; Conferring with Evi Christou
regarding same

09/17/2019   Evi T. Christou   Finalizing draft Joint Notice comprising
HealthPlan's outstanding discovery issues and
disputes with Defendants;



**Brinks Gilson & Lione**
Invoice No.:789643
October 14, 2019



09/20/2019    Alejandro Fernandez    Reviewing and analyzing Rakesh Dixit's response to motion for sanctions and to show cause; Formulating strategy regarding response to same; Drafting correspondence to Evi Christou regarding same;    1.30

**Brinks Gilson & Lione**                                                                       Page 10
Invoice No.:789643
October 14, 2019

09/23/2019   Alejandro          Beginning to draft second motion for sanctions          4.50
             Fernandez          and to show cause why Dixit Defendants should
                                not be held in contempt (1); Reviewing and
                                analyzing supporting documents and notes
                                regarding same (.7) Formulating strategy
                                regarding same (1.8); Conferring at length with
                                William Frankel and Evi Christou regarding
                                numerous discovery issues (1)



09/24/2019   Alejandro          Reviewing and analyzing authorities concerning          7.40
             Fernandez          interrogatory responses and sanctions (1.3);
                                Drafting extensive portions of second motion for
                                sanctions and order to show cause (6.9)



| | | | |
|---|---|---|---|
| 09/25/2019 | Alejandro Fernandez | Continuing to review and analyze documents and extensive notes regarding meet and confer efforts in support of second motion for sanctions and to show cause (1.2); Drafting and revising second motion for sanctions and to show cause (7); Conferring with Evi Christou regarding meet and confer efforts with opposing counsel (.3); Reviewing and analyzing transcripts of July 29 hearing (.8) | 8.30 |
| 09/25/2019 | William Frankel | Reviewing and revising draft motion for sanctions; | 2.50 |
| 09/26/2019 | Alejandro Fernandez | Continuing to draft and extensively revise second motion for sanctions and to show cause (2.6); Incorporating changes and recommendations from William Frankel and Evi Christou (1.9); | 7.40 |

**Brinks Gilson & Lione**                                          Page 12
Invoice No.:789643
October 14, 2019



| 09/26/2019 | Evi T. Christou | Reviewing and editing draft Motion for Sanctions; Formulating strategy with Mr. Fernandez regarding the same; | 1.90 |

| 09/26/2019 | Cynthia Lovell | Assembling and merging documents to create Exhibits 1-6 to be filed with Plaintiff's Second Motion For Sanctions, Fees and Order to Show Cause; Comparing exhibits against document references to same; Filing said document with the Middle District of Florida's electronic filing system; Downloading, merging and securing court-filed document; Circulating to in-house litigation team; | 1.50 |

**Total Hours**

**Summary by Timekeeper**

Cynthia Lovell                     Hrs at  $265.00  =

Evi T. Christou                    Hrs at  $355.00  =   $

**Brinks Gilson & Lione**                                                Page 13
Invoice No.:789643
October 14, 2019

Alejandro J. Fernandez          █████   Hrs at   $605.00   =   ███████
William H. Frankel              █████   Hrs at   $825.00   =   ███████

**Total Services**                                           █████████

**Disbursements**



Re:      16355.00004

**Services**

**Brinks Gilson & Lione**                                                    Page 14
Invoice No.:789643
October 14, 2019

                                                                    _____
                                                    **Total Hours**        █████

**Summary by Timekeeper**

████████████████        ████████    ███████    ██████

            ████████                                    ███████

            ████████████████                     _____
                                                        ██████
                                                 _____

            ████████████████                     _____
                                                        ██████
                                                 _____

**Federal ID** █████████

**789643**

Natarsha D. Nesbitt, Esq.
Corporate Counsel & Privacy Officer
HealthPlan Services, Inc.
3501 Frontage Road
Tampa, FL 33607
nnesbitt@healthplan.com

| | |
|---|---|
| Invoice: | 789643 |
| Date: | October 14, 2019 |
| Client: | 16355 |

**For Services Rendered Through September 30, 2019:**

**Total Amount of This Invoice**  $█████ 

**Please remit payment to:**
**BY WIRE:**



**BY CHECK:**
BRINKS GILSON & LIONE
75 REMITTANCE DRIVE
SUITE 6149
CHICAGO, IL 60675-6149

**All Invoices Due and Payable Within 30 Days.**

Exhibit 1(c)

**Federal ID** ████████

790764

Intellectual Property
Law Worldwide



NBC Tower – Suite 3600
455 N. Cityfront Plaza Drive
Chicago, Illinois 60611-5599
Telephone 312.321.4200
Facsimile  312.321.4299
brinksgilson.com

Natarsha D. Nesbitt, Esq.
Corporate Counsel & Privacy Officer
HealthPlan Services, Inc.
3501 Frontage Road
Tampa, FL 33607
nnesbitt@healthplan.com

| | |
|---|---|
| Invoice: | 790764 |
| Date: | October 25, 2019 |
| Client: | 16355 |

For Services Rendered Through October 24, 2019:

Re:    16355.00003    **HealthPlan Services - Trade Secret Misappropriation and Related
Actions From the Alleged Theft of Proprietary Software**

**Services**



| 10/02/2019 | Alejandro Fernandez | Preparing for and attending meeting with William Frankel and Evi Christou to discuss multiple pending discovery matters, including scheduling of depositions, expert discovery, upcoming hearing concerning motions for sanctions and motions to compel (1.3); Formulating strategy regarding same (.4); | 3.00 |
|---|---|---|---|



**Brinks Gilson & Lione**                                                     Page 2
Invoice No.:790764
October 25, 2019

| | | | |
|---|---|---|---|
| 10/02/2019 | William Frankel | ████████████████████████ onferring with co-counsel regarding hearing preparation, discovery, and case strategy; Following up regarding same; ██████ | 2.50 |
| 10/02/2019 | Evi T. Christou | Formulating strategy with team regarding scheduling of depositions and upcoming discovery hearing; | 1.10 |
| 10/02/2019 | Evi T. Christou | Continuing to draft HealthPlan's Motion to Compel the Dixit Defendants to amend their responses to HealthPlan's Second Set of Requests for Production; | 1.90 |
| 10/03/2019 | Alejandro Fernandez | ████████████████████████ Reviewing and analyzing correspondence from William Frankel regarding allocation of arguments for discovery hearing (.3); Drafting correspondence to Evi Christou regarding same (.1) | 2.00 |

**Brinks Gilson & Lione**                                                              Page 3
Invoice No.:790764
October 25, 2019

| | | | |
|---|---|---|---|
| 10/04/2019 | Alejandro Fernandez | ███████████████ Preparing for and attending lengthy teleconference with opposing counsel regarding motion to compel production of documents and inspection of laptop identified during records custodian depositions (.2); Memorializing agreements reached with opposing counsel in correspondence to Dustin Deese and Johnny Hightower (.4); ███████████████ | 6.00 |
| ██████ | ██████ | ██████████████ | ██ |
| 10/04/2019 | Evi T. Christou | Preparing for and participating in meet and confer to discuss Dixit Defendants' deficient responses to HealthPlan's Second Requests for Production (.9); Continuing to draft HealthPlan's Motion to Compel the Dixit Defendants to amend their responses to HealthPlan's Second Set of Requests for Production (3.0); | 3.90 |
| ██████ | ██████ | ██████████████ | ██ |
| 10/07/2019 | Alejandro Fernandez | Reviewing and revising extensive proposed joint notice of discovery issues in advance of discovery hearing, including drafting and revising section relating to improper handling of laptop by Kutsomarkos and Rakesh Dixit (2.5); Reviewing and analyzing related exhibits, including deposition transcripts and related correspondences to opposing counsel (1.0); Formulating strategy regarding hearing arguments (.7); Conferring with Evi Christou regarding same (.4); Drafting correspondence to Evi Christou regarding estimated production of documents by HealthPlan Services to defendants (.1); | 4.70 |
| 10/07/2019 | William Frankel | Reviewing and revising draft Notice of Discovery Issues and conferring with associate regarding same; ███████████████ | 2.60 |

**Brinks Gilson & Lione**                                              Page 4
Invoice No.:790764
October 25, 2019

| | | ████████████████████ | ██ |
|---|---|---|---|
| 10/07/2019 | Evi T. Christou | Updating Joint Notice of Discovery Issues regarding October 16, 2019 discovery hearing; Formulating strategy with Mr. Frankel and Mr. Fernandez regarding the same; | 4.90 |
| ████ | ████ | ████████████████████ | ██ |
| ████ | ████ | ████████████████ | ██ |
| ████ | ████ | ████████████ | ██ |
| 10/08/2019 | Alejandro Fernandez | ████████████████ Reviewing and responding to correspondence from Evi Christou regarding notice of discovery issues (.4); | 1.90 |
| 10/08/2019 | William Frankel | Reviewing and revising Notice of Discovery Disputes; Preparing for hearing regarding same; and conferring with team regarding above; ████████████ | 2.80 |
| 10/08/2019 | Evi T. Christou | Finalizing Joint Notice of Discovery Issues regarding October 16, 2019 discovery hearing and circulating same to counsel for Defendants to add in responses to HealthPlan's respective sections; Formulating strategy with Mr. Frankel regarding the same; | 4.80 |
| ████ | ████ | ████████████ | ██ |
| ████ | ████ | ████████ | ██ |

**Brinks Gilson & Lione**
Invoice No.:790764
October 25, 2019

Page 5

| 10/09/2019 | Alejandro Fernandez | ████████████████████████ | 3.00 |
| | | Reviewing and analyzing arguments raised by Shyamie Dixit in connection with discovery issues in responses to Joint Notice of Discovery arguments (.5); Reviewing and analyzing correspondences and productions from HealthPlan to counter arguments raised by Shyamie Dixit in Kutsomarkos Defendants' portion of motion (1.5); Conferring with Evi Christou regarding same (.7) | |
| 10/09/2019 | Evi T. Christou | Formulating strategy regarding finalizing and filing Joint Notice outlining discovery issues (.8); Reviewing and responding to sections from E-Integrate and Kutsomarkos regarding the Joint Notice (2.5); Revising and editing Joint Notice and electronically filing same along with corresponding exhibits (1.9); | 5.20 |

**Brinks Gilson & Lione**
Invoice No.:790764
October 25, 2019

Page 6



**Brinks Gilson & Lione**
Invoice No.:790764
October 25, 2019



**Brinks Gilson & Lione**
Invoice No.:790764
October 25, 2019



**Brinks Gilson & Lione**
Invoice No.:790764
October 25, 2019



**Brinks Gilson & Lione**
Invoice No.:790764
October 25, 2019



**Brinks Gilson & Lione**
Invoice No.:790764
October 25, 2019



**Brinks Gilson & Lione**
Invoice No.:790764
October 25, 2019

Page 12



Total Hours ▪

**Summary by Timekeeper**



Cynthia Lovell                    Hrs at   $265.00   =

Evi T. Christou                   Hrs at   $355.00   =

Alejandro J. Fernandez            Hrs at   $605.00   =
William H. Frankel                Hrs at   $825.00   =

**Brinks Gilson & Lione**
Invoice No.:790764
October 25, 2019



|  | **Total Services** | $███ |
| --- | --- | --- |

**Disbursements**

| Lexis search charges | $315.00 |
| --- | --- |
| ████████████████████ | ███ |
| **Total Disbursements** | $███ |
| **Total Amount of This Matter** | $███ |

Re:      16355.00004   ████████████████████████ ) –

**Services**

**Brinks Gilson & Lione**                                                          Page 14
Invoice No.:790764
October 25, 2019

**Summary by Timekeeper**

**Federal ID** ████████

**790764**

Natarsha D. Nesbitt, Esq.
Corporate Counsel & Privacy Officer
HealthPlan Services, Inc.
3501 Frontage Road
Tampa, FL 33607
nnesbitt@healthplan.com

| | |
|---|---|
| Invoice: | 790764 |
| Date: | October 25, 2019 |
| Client: | 16355 |

**For Services Rendered Through October 24, 2019:**

**Total Amount of This Invoice**  $████████ 

**Please remit payment to:**
**BY WIRE:**


**BY CHECK:**
BRINKS GILSON & LIONE
75 REMITTANCE DRIVE
SUITE 6149
CHICAGO, IL 60675-6149

**All Invoices Due and Payable Within 30 Days.**