Exhibit 3(a)



# WILLIAM H. FRANKEL  SHAREHOLDER

455 N. Cityfront Plaza Drive | Suite 3600
Chicago, IL 60611

P 312.321.7736
F 312.321.4299
wfrankel@brinksgilson.com

| EDUCATION | BAR ADMISSIONS |
|---|---|
| J.D., cum laude | Illinois |
| Tulane University School of Law, 1980 | Supreme Court of the United States |
| B.S., cum laude, Mechanical Engineering | U.S. Patent & Trademark Office |
| Tulane University, 1977 | U.S. Dist. Court, N.D. Illinois, Trial Bar |
|  | U.S. Court of Appeals, Fed. Cir. |
|  | U.S. Court of Appeals, 7th Circuit |

Clients and colleagues alike recognize Bill Frankel for his extraordinary range of experience and his effective advocacy in intellectual property disputes. His litigation practice encompasses patent, trademark, copyright, trade secrets and unfair competition litigation in the U.S. and abroad; he also counsels clients on evaluating, protecting, procuring and transferring IP rights. Bill is known for helping clients think ahead to prepare for any situation that may arise in litigation. His maxim is, "Continuously communicate with clients and avoid surprises."

In over three decades of practice, Bill has earned a reputation for his uncompromising ethics and dedication to client needs. He has been honored as an Illinois Super Lawyer in Intellectual Property Litigation since 2005, has been named in *Euromoney's Guides to the World's Leading Patent and Trademark Law Experts*, and has been recognized by *Chambers U.S.A.*, *The Best Lawyers in America*, and *Who's Who Legal*, among other accolades. He is also a trained mediator, using his judgment and experience to help both clients and litigants resolve intellectual property disputes outside the courtroom.

Bill represents clients in leading cases in federal trial and appellate courts, the U.S. Patent and Trademark Office, the International Trade Commission and alternative dispute resolution fora. His engineering background and communication skills have helped him distill complex fact patterns into compelling arguments involving medical devices, packaging materials, hydraulics, consumer electronics, navigation systems, telecommunications, Internet and e-commerce matters, social media, software applications, automotive technologies, oil and gas drilling technologies, and cargo restraint apparatus.

Businesses with global aspirations rely on Bill for worldwide IP protection, as well as the coordination of legal strategies in cross-border IP disputes. He has worked with clients throughout Europe, as well as in Canada, Israel, Australia and China, and has represented domestic and foreign companies before the International Trade Commission.

As Chair of Brinks Gilson & Lione's Copyright Group, Bill handles a range of cutting-edge copyright disputes. He is a past President and active Board member of Lawyers for the Creative Arts, an association that provides pro bono legal assistance to artists and arts organizations in the Chicago area.

### EXPERIENCE | OVERVIEW

- Bill regularly handles business-critical patent infringement litigation for a worldwide medical device company.

Biographies | William H. Frankel

- In a case that reached the U.S. Supreme Court, Bill represented a worldwide offshore drilling contractor in a patent infringement case involving an offshore drilling apparatus. The case made two trips to the Federal Circuit Court of Appeals, and then settled on appeal to the Supreme Court after to the Court referred the case to the Solicitor General for review and comment.
- Staying on the leading edge of copyright litigation, Bill has represented both a major airline and a consumer products company in cutting edge copyright disputes and litigation with the record companies over the use of music in inflight entertainment and in videos posted on social media.
- As part of his recent ITC practice, Bill represented a Chinese manufacturer and its U.S. subsidiary in a Section 337 case relating to microprocessors in wireless communication devices. After a five-day hearing, the ITC found the patent not infringed and refused to issue an exclusion order against the client.
- In a record-breaking Illinois case, Bill and his colleagues won a $102 million jury verdict for a global food packaging company in a patent infringement case relating to heat-shrinkable plastic films. The case settled on appeal.
- Bill co-authors a number of influential IP law publications, including *Designing an Effective Intellectual Property Compliance Program* (West Group); *Copyright Permissions* (Copyright Committee of the Intellectual Property Law Association of Chicago); and the *Intellectual Property Law Handbook* (Illinois Institute of Continuing Legal Education).

### EXPERIENCE | LEGAL EXPERIENCE

- **Brinks Gilson & Lione**, Chicago, Illinois
  Shareholder, May 1991-Present
- **Neuman, Williams, Anderson & Olson**, Chicago, Illinois
  Partner, June 1980-April 1991

### EXPERIENCE | CIVIC ACTIVITIES

- **Lawyers for the Creative Arts**
  Volunteer Lawyer, 1982-Present
  President, 2004-2008
  Board of Directors, 2000-present

### EXPERIENCE | TEACHING EXPERIENCE

- **DePaul University College of Law**, Chicago, Illinois
  Adjunct Professor, Patent Law, 1993-1995

### PRACTICE GROUPS
International Trade Commission (ITC)
Licensing
Litigation
Post-Grant Patent
Trade Secrets
Trademarks & Unfair Competition
Design Protection
Appellate
Copyright

Biographies | William H. Frankel

## FORWARD THINKING

**Alerts**

- Revisiting Octane Fitness and Highmark: Attorneys' Fees for "Exceptional" Cases, September 08, 2015
- Authors Guild, Inc. v. Google, Inc., October 21, 2015
- New DMCA Registration Requirements, December 07, 2016
- TTAB Rule Changes Effective January 14, 2017, January 24, 2017
- SCOTUS Determines That Decorations on Cheerleading Uniforms Are Conceptually Separable From Uniforms and Eligible For Copyright Protection, March 24, 2017
- Modernizing Digital Licensing: Introducing the Music Modernization Act, January 03, 2018
- BLURRED LINES: Bringing Focus to the 9th Circuit's Copyright Decision In Williams v. Gaye, March 26, 2018
- A Tune of Modernity: The Music Modernization Act, October 17, 2018
- Supreme Court Holds That Copyright Owners Must Wait for Registration Before Filing Suit, March 05, 2019
- SCOTUS Agrees To Address Edicts Doctrine For First Time In 130 Years, June 26, 2019

**Presentations**

Worldwide presentations, as a speaker and guest lecturer, on intellectual property issues to clients, associations, groups and students.

- "Pretrial Issues and Strategies Relating to Patent Damages," The University of Arizona's IP Conference On Issues That Make A Difference conference, March 5, 2018
- "2018 IP Developments," Brinks Webinar, February 7, 2018
- "2016 IP Developments," Brinks Webinar, January 28, 2016
- "Recent Developments in Copyright Law," The John Marshall Law School's 59th Annual Intellectual Property Law conference, Chicago, February 27, 2015
- "Recent Developments in Copyright Law," The John Marshall Law School's 58th Annual Intellectual Property Law conference, Chicago, February 28, 2014
- "Recent Developments in Copyright Law," The John Marshall Law School's 57th Annual Intellectual Property Law conference, Chicago, February 22, 2013
- "Licensing Agreements 101," Illinois Institute for Continuing Legal Education, Chicago, June 22, 2012
- "Recent Developments in Copyright Law," The John Marshall Law School 56th Annual Intellectual Property Law Conference, Chicago, February 24, 2012
- "The Use of Social Media Sites At Home and In The Workplace", Speaker, American Airlines Legal Department Meeting, Dallas, Texas, August 2010
- Presentation on Effective U.S. IP Litigation Strategies to the Shunde Industrial Design Society, Shunde, China, June 2010
- Participated in International Mock Copyright Trial, with SIPO and the Copyright Center of China, Beijing University, China, June 2010
- Chicago Bar Association's YLS Intellectual Property Law Committee Meeting, Presenter, Chicago, Illinois, March 3, 2010
- "Enforcing Copyrights," speaker, PLI's Understanding Copyright Law 2009, Chicago, Illinois, June 2009
- "Recent Developments in Copyright Law," speaker, The John Marshall Law School 53rd Annual Intellectual Property Law Conference, Chicago, Illinois, February 2009
- Participated in International Mock Patent Trial, International Intellectual Property Law Symposium, Oxford University, England, June 2007
- "Copyright Licensing," speaker, IICLE Licensing Agreements 2007, Chicago, Illinois, June 2007
- "Copyright Ethics," speaker, Copyright 2007, Practising Law Institute, Chicago, Illinois, June 2007

Biographies | William H. Frankel

- "Shelter From The Internet Copyright Storm – The Safe Harbor of the Digital Millennium Copyright Act," speaker, Kimberly-Clark 2007 General Counsel Conference, Neenah, Wisconsin, May 2007
- "Recent Developments in Copyright Law," speaker, The John Marshall Law School 51st Annual Intellectual Property Law Conference, Chicago, Illinois, February 2007
- "Google's Grand Plan – Is It Grand Infringement?," speaker, Intellectual Property in Global Mainstream Practice, University of British Columbia, Vancouver, British Columbia, Canada, July 2006
- "Copyright Law and Technological Activism," speaker, Update on Intellectual Property Law and the Internet, Brinks Gilson & Lione Seminar, Chicago, Illinois, April 18, 2006
- "Jury Trials: Strategies for Success," speaker, Managing the Risks of IP Litigation, Brinks Gilson & Lione Litigation Seminar, Chicago, Illinois, October 25, 2005
- "Strategic IP Asset Management & The IP Audit," speaker, Intellectual Asset Management Update: Translating Intellectual Property and Business Strategies into Bottom Line Value, Brinks Gilson & Lione Seminar, Menlo Park, California, September 7, 2005
- "Willful Infringement and Claim Construction: The Federal Circuit Attempts to Fix U.S. Patent Law in 2004," presenter, *Perspectives on U.S. IP Law and Practices in 2004*, Ottawa, Ontario, Canada, December 22, 2004
- "Legal Strategies: Key Elements in Defending Patent Lawsuits," Mining Patent Portfolios Conference, Law Seminars International, Chicago, Illinois, October 29, 2004

### HONORS

- *The Best Lawyers in America,* Litigation - Intellectual Property and Copyright Law, 2013, 2015-2020
- Copyright Law "Lawyer of the Year" - Chicago, *The Best Lawyers in America*, 2020
- Copyright Law "Lawyer of the Year" - Chicago, *The Best Lawyers in America*, 2018
- *Chambers USA:* America's Leading Lawyers for Business, Illinois IP Lawyers, 2013-2018
- Illinois Super Lawyers, Intellectual Property Litigation, 2005-2017
- IP Star, *Managing Intellectual Property* magazine, 2013, 2014, 2016-2018
- *Who's Who Legal – Patents 2015, 2018*
- *Who's Who Legal - Trademarks, 2010-2012, 2014, 2015, 2017, 2018*
- *Named, Euromoney Expert Guide to the World's Leading Patent Law Practitioners, 2009, 2015, 2017*
- *Leading Patent Practitioner, Intellectual Asset Management magazine's "IAM Patent 1000: The World's Leading Patent Practitioners," 2012-2017*
- *Leading Intellectual Property Lawyer, Leading Lawyers Network, Law Bulletin Publishing Company, 2004-2014*
- *Leading Lawyer, Trade Secrets/Unfair Competition Law, 2009*
- *Named, Euromoney Guide to the World's Leading Trademark Law Experts, 2000*
- *"AV" Peer-Review Rated, highest ranking for Ethical Standards and Legal Ability, Martindale-Hubbell, since 1984*
- *Qualified Lanham Act Neutral in Voluntary Mediation Program, N.D. Ill.*

### AFFILIATIONS

- American Bar Foundation
  Fellow, 2018
- American Bar Association
  Litigation Section
  Patent, Trademark & Copyright Section
- American Intellectual Property Law Association
- Chicago Bar Association
- Federal Circuit Bar Association

Biographies | William H. Frankel

- Seventh Circuit Bar Association
- Intellectual Property Law Association of Chicago
  Secretary, 2001-2003
  Board of Managers, 1999-2001
  Copyright Committee
- Intellectual Property Owners Association
- International Association for the Protection of Intellectual Property
- International Patent and Trademark Association
- International Trade Commission Trial Lawyers Association
- Lawyers for the Creative Arts
  President, 2004-2008
  Board Member, 1985-Present
- Richard Linn American Inn of Court
  Master
- The Copyright Society of the USA, Trustee

**REPRESENTATIVE MATTERS**

- *HealthPlan Services, Inc. v. Rakesh Dixit, et al.,* Civil Action No. 8:18-cv-2608; Middle District of Florida (2018-present). Representing HealthPlan Services in a trade secret and copyright infringement case involving software for a healthcare exchange.
- *Trudell Medical International v. D R Burton Healthcare LLC,* Case No. 4:18-cv-00009-H-KS, E.D.N.C. (2018-present). Representing Trudell in action relating to an oscillating positive expiratory pressure device used for respiratory therapy.
- *The Wave Studio, LLC v. General Hotel Management Ltd. et al*, 7-13-cv-09239, S.D. NY (2014-present). Representing American Airlines and British Airways in this copyright infringement lawsuit involving hotel photographs appearing in vacation travel booking sites.
- *Brian Dybdal Andersen v. ZTE (USA) Inc.*, D.N.J. (2017-2018). Represented ZTE in a copyright infringement lawsuit alleging unauthorized use of a photographer's image on its phones. The case was resolved quickly and favorably.
- *Monaghan Medical Corp. v. Smiths Medical ASD, Inc.*, Case No. 1:17-cv-00712 (LPS), District of Delaware (2017-2018). Represent Monaghan in a medical device patent infringement action relating to respiratory therapy product. The case settled following claim construction and mediation.
- *Ramirez v. Cheapcaribbean.com*, Middle District of Florida (2016-2017). Represented travel company in a copyright case involving alleged unauthorized use of photographs. Case was quickly and successfully resolved.
- *S-Line LLC v. B2B Supply and Jerrell P. Squyres,* Case No. 3:14-cv-02284, Northern District of Texas, Dallas Division (2014-2016). Represented S-Line in a patent infringement action relating to a bulkhead device.
- *Arista Records, Inc., et al. v. Amway Corporation, et al.*, M.D. Fla. (2012-2016). Represented Amway Corporation in a copyright infringement case involving sound recordings. The case settled.
- *UMG Recordings Inc. et al. v. Global Eagle Entertainment, et al.,* Civil Action No. 14-cv-03466; Central District of California (2014-2015). Represented American Airlines in a copyright case involving music licensing issues. The case settled successfully as to American.
- *Trudell Medical International v. RPC Formatec GMBH,* Civil Action No. 1:14-cv-032, Eastern District of Virginia, Alexandria Division (2014). Represented Trudell in a medical device patent infringement action relating to a dose counter. This case settled successfully.

- *Northgate Technologies, Inc. v. Stryker Corporation d/b/a Stryker Endoscopy; and W.O.M. World of Medicine AG,* Case No. 1:12-cv-7032, Northern District of Illinois (2012-2014). Represented Northgate in a medical device patent infringement action relating to an insufflator. The case settled successfully.
- *Transocean Offshore Drilling, Inc. v. Maersk Contractors USA, Inc.*, Civil Action No. 4:07-CV-02392, S.D. Texas, Houston (2007-2014). Represented Maersk Drilling in a patent infringement action relating to an apparatus for multi-activity offshore drilling. The case settled on appeal after the Supreme Court referred the case to the Solicitor General for review.
- *Mougin v. French Lick Resorts and Casino, LLC*, Southern District of Indiana (2011-2012). Represented resort in copyright infringement case involving artist's claim of unauthorized use of paintings of angels. Case favorably settled after discovery.
- *Trudell Medical International v. PARI Respiratory Equipment, et al.*, Civil Action No. 1:10-CV-00955, USDC, Eastern District of Virginia, Alexandria (2010-2011). Represented Trudell in a patent infringement action relating to a nebulizer. This case was filed in a "rocket docket," and was quickly and successfully resolved.
- *Arimathea LLC v. Wm. Wrigley Jr. Company et al.*, Civil Action No. 08cv3796, N. D. IL, Eastern Div. (2008). Represented Wm. Wrigley Jr. Company in a patent infringement action relating to a hinged lid container. The case settled successfully.
- *Centre National de Recherche Scientifique and Commissariat A L'Energie Atomique*, Civil Action No. C 08-1217 PJH, N.D. Cal., San Jose Division (2008). Represented French governmental research agencies in action for declaration of inventorship and patent ownership concerning patents relating to magnetic memory devices. The case settled successfully for the firm's clients.
- *Pro Tech Monitoring, Inc. v. Elmo-Tech Ltd. and ADT Security Systems, Inc.*, M.D. Fla., Tampa Division (2004-2007). Represented Elmo-Tech in a patent infringement case involving electronic monitoring of offenders. Pro Tech's complaint was voluntarily dismissed.
- *Western Pennsylvania Conservancy v. Thomas A. Heinz*, N.D. Ill., Eastern Div. (2005-2006). Represented Western Pennsylvania Conservancy and owner of Frank Lloyd Wright's famous Fallingwater® in copyright infringement action. The case settled successfully.
- *TNI Packaging, Inc. v. Perdue Farms Inc.*, N.D. Ill., Eastern Div. (2005-2006). Represented Perdue Farms in a patent infringement action relating to a method for identifying the cooking process applied to fowl. The case settled successfully.
- *Freni Brembo, S.p.A. and Brembo North America, Inc. v. Alcon Components, Ltd., et al.*, N.D. Ill., Eastern Div. (2004-2005). Represented Freni Brembo and Brembo North America in a patent infringement case relating to consumer automobile and Formula 1/NASCAR disk brake systems. The case settled successfully.
- *Overture Services, Inc. v. Google Inc.*, N.D. Calif., San Francisco Div. (2002-2004). Represented Overture Services, Inc. in a patent infringement action relating to on-line paid search services. The case settled successfully.
- *Vicky Howard v. Revere Mills, Inc.*, and Walgreen Co., N.D. Kansas (2003-2004). Represented Revere Mills in copyright infringement lawsuit. The case settled.
- *BI Incorporated v. Elmo-Tech, Ltd. and SecurityLink, Inc.*, U.S.D.C. Colo. (2001-2002) Represented Elmo-Tech and SecurityLink in a patent infringement action relating to electronic monitoring of offenders. The case settled successfully.
- *Blount, Inc. and Hamby v. CSI*, W.D. N.C., Charlotte Div. (2000-2002). Represented Blount in a patent infringement case relating to tree delimbers. The case settled successfully.
- *Multi-Tech v. VocalTec et al.*, D. Minn. (2000-2001). Represented Multi-Tech in patent infringement lawsuit involving VoiP technologies. The case settled.
- *ibid., Inc. v. Tomatsu Yagi Design*, N.D. Calif., San Francisco Div. (2000-2001). Represented ibid in a copyright infringement action involving misappropriation of stock photographs. The case settled successfully.

Biographies | William H. Frankel

- *Varis v. Scitex Digital Printing, Inc. and Scitex Corporation Ltd.*, S.D. Ohio, Western Div. at Dayton (1999-2001). Represented Scitex in a patent infringement case relating to printing variable data with a page description language. The case settled successfully.
- *Energy Absorption, Inc. v. Traffix*, C.D. Calif., Southern Div. (1999-2000). Represented Energy Absorption in a case involving theft of trade secrets and patent infringement relating to highway safety barriers. The case settled successfully.
- *Arista Records, Inc., et al. v. Amway Corporation, et al.*, M.D. Fla. (1996-1997). Represented Amway Corporation in a copyright infringement case involving sound recordings. The case settled.
- *The Rival Company v. Sunbeam Corporation et al.*, W.D. Missouri (1995-1999). Represented The Rival Company through appeal in a patent infringement case relating to food steamers.
- *Personal Awareness Systems, Inc. v. Financial Training Resources, Inc.*, N.D. Ill. (1995-1996). Represented Personal Awareness Systems in a copyright infringement case relating to performance testing materials. The case settled successfully.
- *Re-Source America, Inc. v. Republic Packaging Corp*. (1994). Represented Republic Packaging in a patent infringement case relating to recyclable packaging. The case was settled on appeal to the Federal Circuit.
- *Viskase Corp. v. W.R. Grace & Co.-Conn*, N.D. Ill. (1993-1992). Represented Viskase in a patent infringement case relating to heat-shrinkable plastic films. The case settled successfully.
- *Roadmaster Corp. v. NordicTrack, Inc.*, N.D. Ill. (1993-1994). Represented Roadmaster in a patent and trade dress infringement case relating to an exercise apparatus. The case settled successfully.
- *Rockwell Graphic Systems, Inc. v. DEV Industries, Inc., et al.*, N.D. Ill. (1990-1991). Represented Rockwell Graphic Systems on appeal in a trade secret misappropriation case relating to the theft of manufacturing *drawings for printing press components.*
- *Mechanical Dynamics & Analysis, LLC v. Richard J. Ruzzo,* Case No. 1:18-cv-05639, N.D. Ill. (2018). Represented MD&A in Trade Secret Action. Case resolved on Consent Judgment.
- *Trudell Medical International v. D R Burton Healthcare LLC,* Case No. 4:18-cv-00009-H-KS, E.D.N.C. (2018-present). Action relating to an Oscillating Positive Expiratory Pressure Device.
- *In The Matter of Innovaro, Inc. f/k/a UTEK Corporation v. Peter Skarzynski and David Crosswhite*, AAA Arbitration No. 01-15-0002-8130 (2014-2017). Represented respondents in employment arbitration dispute involving alleged improper use of confidential information. Respondents prevailed on summary judgment and were awarded fees and costs of the arbitration.
- **Trials**
- *Certain Wireless Consumer Devices and Components Thereof,* Inv. No. 337-TA-853. Represented ZTE Corporation and ZTE (USA) Inc. in an ITC Section 337 case relating to microprocessors in wireless communication devices and the clocking thereof. After a five day hearing and Commission review, the ITC found the asserted patent not infringed and refused to issue an exclusion order against ZTE and its co-respondents.
- *Transocean Offshore Drilling, Inc. v. Maersk Contractors USA, Inc.*, Civil Action No. 4:07-CV-02392, S.D. Texas, Houston (2007-2011). Represented Maersk Drilling in a patent infringement action relating to an apparatus for multi-activity offshore drilling. After a seven-day jury trial, and despite a jury verdict in favor of Transocean, the court rejected the jury's factual findings as based on insufficient evidence, and ruled in Maersk's favor on all issues as a matter of law. Transocean's patents were held invalid and not infringed. The Federal Circuit reversed, but then the case settled on appeal after the Supreme Court referred the case to the Solicitor General for review and comment.
- *Aero Products International, Inc. and Robert Chaffee v. Intex Recreation Corp. et al.,* N.D. Ill. (2002-2004). Represented Aero Products International and Robert Chaffee in a patent and trademark case relating to inflatable beds. After a seven-day jury trial, the jury awarded Aero $13 million for willful patent and

- trademark infringement, including interest and fees. Intex was subsequently found to be in contempt of the court's injunction, and the patent award was affirmed on appeal.
- *Viskase Corp. v. American National Can Co.*, N.D. Ill. (1993-1996). Represented Viskase Corp. in a patent infringement case relating to heat-shrinkable plastic films. The case settled on appeal after a 12-day jury trial and an award to Viskase of $102 million.
- *Peabody Myers v. Vac-Con,* D. Fla. (1987-1990). Represented Peabody Myers in a patent infringement action relating to sewer cleaning equipment. The case settled on appeal after a 10-day bench trial.
- *Those Characters from Cleveland v. J.J. Gams, Inc., et al.,* S.D. N.Y. (1986-1992). Represented J.J. Gams, Inc., et al. in a contract, trade dress, unfair competition and copyright infringement case relating to toy products. Successfully obtained reversal of TRO and won the IP side of the case after a five-day bench trial.
- *American Photo-Graphics v. Ronald D. Edhlund,* Chicago, American Arbitration Association (1985-1986). Represented Ronald D. Edhlund in employment agreement dispute. Won case after six-day arbitration.
- *Oshkosh Truck v. Lockheed,* N.D.Calif. (1985-1987). Represented Oshkosh Truck in a DJ action involving patent infringement, validity and license issues relating to an articulated vehicle. Won case after a four-week jury trial.
- *Moore v. Stewart, D. Arkansas* (1982-1983). Represented Moore in design patent infringement, copyright infringement and unfair competition case relating to toy train whistles. Won case after four-day bench trial.
- **TROs and Preliminary Injunctions**
- *World Kitchen (GHC), LLC v. Zyliss Haushaltwaren, AG and Zyliss USA Corporation*, N.D. Ill. (2005-2006). Represented Zyliss Haushaltwaren and Zyliss USA in patent infringement action relating to salad spinner with a brake. Successfully defeated plaintiff's request for a preliminary injunction. Affirmed on appeal.
- *Tilia International, Inc. v. The Rival Company, In the Matter of Certain Home Vacuum Packaging Machines,* U.S. International Trade Commission (2003-2004). Represented The Rival Company in a patent infringement action relating to vacuum packaging machines and bags used therewith. The case settled after Tilia's Motion for a Temporary Exclusion Order was successfully defeated.
- *The Rival Company v. TPI Corporation*, N.D. Georgia (1996-1997). Represented The Rival Company in a copyright infringement, trade secrets, patent infringement case relating to an industrial fan company's unauthorized use of Rival's business materials and information. Filed TRO and the case settled after consent order obtained against defendant.
- *Those Characters from Cleveland v. J.J. Gams, Inc., et al.,* S.D. N.Y. (1986-1992). Represented J.J. Gams, Inc., et al. in a contract, trade dress, unfair competition and copyright infringement case relating to toy products. Successfully obtained reversal of TRO and won the IP side of the case after a five-day bench trial.
- *Keystone Camera Products Corporation v. Ansco Photo-Optical Products Corporation v. W. Haking Enterprises Limited*, N.D. Ill. (1987-1988). Represented Keystone Camera Products in trade dress infringement case relating to colored cameras. The case settled after denial of preliminary injunction.
- *Pizazz v. Perfect Pearl*, N.D. Ill. (1984). Represented Pizazz in a copyright infringement case relating to costume jewelry. Successfully obtained a TRO and case settled shortly thereafter.

# Exhibit 3(b)



# ALEJANDRO (ALEX) J. FERNANDEZ SHAREHOLDER

401 East Jackson Street | Suite 3500
Tampa, Florida 33602

**P** 813.275.5022
**F** 813.275.5021
AFernandez@brinksgilson.com

### EDUCATION
J.D.,
University of New Hampshire School of Law (formerly Franklin Pierce Law Center), 2001
B.S., Biology
Palm Beach Atlantic College, 1998
Minor, Chemistry
Palm Beach Atlantic College, 1998

### BAR ADMISSIONS
Illinois
Florida
U.S. Patent & Trademark Office
Board Certified in Intellectual Property Law, Florida Bar

Clients hire Alex to creatively and strategically protect their most valuable brands and products. Because of his experience and collaborative approach, other law firms often retain Alex to represent their clients with IP needs.  Alex was named among the *Top 100 Super Lawyers* in Florida and the *Top 50 Super Lawyers* in Tampa Bay.

Alex is a board certified expert in intellectual property law.  He passionately litigates patent, trademark, trade dress, copyright and cybersquatting disputes.  Alex is especially at home in Florida's district courts, where he's distinguished himself by successfully arguing numerous times before federal judges and magistrates.

Alex is also an experienced patent attorney that ably applies his litigation experience to drafting heavy-duty patents.  He's prosecuted patents involving mechanical, fluid power, medical, energy and consumer devices.  He also represents clients in transactions involving patents, trademarks and copyrights.

### EXPERIENCE | LEGAL
- **Brinks Gilson & Lione**
  Shareholder, 2018-Present
  Partner, 2016-2017
- **Feldman Gale, P.A.**, Tampa, Florida
  Managing Partner, 2010-2016: Chair of Trademark Group
- **Broad and Cassel**, Tampa, Florida
  Of Counsel; IP Practice Group Chair, 2007-2010
- **Shumaker, Loop & Kendrick, LLP**, Tampa, Florida
  Patent Counsel, 2005-2007
- **Brinks Gilson & Lione**, Chicago, Illinois
  Associate, Summer Associate and Law Clerk, 2000-2005

### EXPERIENCE | CLERKSHIPS AND INTERNSHIPS
- **U.S. Court of Appeals, Federal Circuit**
  Judicial Intern, Chief Judge Randall Rader, 2000

Biographies | Alejandro (Alex) J. Fernandez

- **Garrigues, Anderson, Patentes, y Marcas (Arthur Anderson Worldwide)**, Madrid, Spain
  Law Clerk, Summer 1999

**PRACTICE GROUPS**
Litigation
Patent Prosecution
Trade Secrets
Trademarks & Unfair Competition

**FORWARD THINKING**
**Alerts**
- Give Me a ©!: U.S. Supreme Court Set to Determine the Proper Test for the Separability of Design Features from Useful Articles under §101 of the Copyright Act, August 24, 2016

**Presentations**
- "Essential IP and Related Transactions," Florida Bar Association, Speaker, April 5, 2018
- "IP Essentials in Advertising," American Advertising Federation, Speaker, March 22, 2018
- "2017 Litigation Update," Brinks Webinar, Speaker, June 14, 2017
- "Trademark Law", Hillsborough County Bar Association, Speaker, 2012
- "The Venture Capitalist Is In", BioFlorida, Moderator, 2011

**HONORS**
- IP Star, *Managing Intellectual Property* magazine, 2013-2019
- *Best Lawyers in America,* Litigation-Intellectual Property, Litigation-Patent, Trade Secrets Law, 2016-2020
- *Florida Super Lawyers*, 2010-Present
- *Florida Super Lawyers*, Top 50 Tampa Bay Attorneys, 2018
- *Florida Super Lawyers*, Top 100 Attorneys, 2018
- *Florida Trend Legal Elite*, 2012, 2016

**AFFILIATIONS**
- Florida Bar IP Board Certification Committee, 2008-2014

**LANGUAGES**
- Spanish

**REPRESENTATIVE MATTERS**
- Representing defendant firearms parts manufacturer in utility and design patent infringement litigation.
- Secured acknowledgement of validity and infringement of client's trademarks after three days of a ten day trial; multiple sanctions and a preclusion order against defendants; and summary judgment on more than 25 counterclaims asserted by defendants.
- Secured cancellation of all patent claims of patent owner in *Inter Partes* Review before Patent Trial and Appeal Board of U.S. Patent & Trademark Office.
- Represented plaintiff medical device company in successfully asserting patent against competitor, including securing sanctions award for discovery abuses by defendants.
- Represented plaintiff vapor cigarette company in multi-national trademark action, including taking of depositions in Copenhagen, Denmark.
- Represented plaintiff vapor cigarette company in seizure of domain name and shut down of website owned by company perpetrating bait-and-switch fraud.

Biographies | Alejandro (Alex) J. Fernandez

- Secured Temporary Restraining Order and *ex parte* seizure orders for counterfeit cosmetics in Las Vegas trade shows.
- Secured dismissal of patent infringement lawsuit against financial institution.
- Provided extensive due diligence counsel and assessment to private equity group in connection with acquisition of portfolio of 400 families of patents in telecommunications/wireless industry.
- Drafted and prosecuted numerous seating related patents, which were then purchased by a top seating manufacturer.
- Drafted and prosecuted complex hydraulics-related patents for publicly traded fluid power company.