Exhibit 5

Exhibit 5

| Date | Attorney | Task | Time | Rate | Fee |
|---|---|---|---|---|---|
| 8/9/2019 | Alejandro Fernandez | Drafting responsive correspondence to same; Preparing for meet and confer with opposing counsel regarding interrogatory responses; Attending extensive 2+ hour meet and confer with opposing counsel regarding interrogatory responses by multiple defendants | 3.50 | 605 | $ 2,117.50 |
| 8/16/2019 | Alejandro Fernandez | Preparing for and attending meet and confer conference with Dustin Deese regarding motion for protective order; Formulating strategy regarding same; Reviewing and analyzing revised notice to court in view of same; | 1.70 | 605 | $ 1,028.50 |
| 8/19/2019 | Alejandro Fernandez | Preparing for meet and confer with opposing counsel Dustin Deese and Johnny Hightower regarding Knowmentum responses to interrogatories (2.1); Attending lengthy meet and confer with Johnny Hightower regarding same (.9); Memorializing meet and confer in correspondence to opposing counsel (.4); Conferring with Evi Christou regarding status of various discovery disputes, as well as review and production of documents (.8); | 3.30 | 605 | $ 1,996.50 |
| 8/23/2019 | Alejandro Fernandez | Reviewing and analyzing history of correspondences to opposing counsel, including multiple correspondences memorializing meet and confer efforts and requesting meet and confer times (1.3); Reviewing and analyzing notes relating to meetings with opposing counsel regarding discovery deficiencies (.5); Researching and analyzing authorities relating to Rule 37 sanctions and show cause order for contempt (2.7); Outlining and drafting extensive motion for sanctions and to show cause why Dixit Defendants should not be held in contempt (5); Drafting correspondence regarding same to William Frankel and reviewing suggested revisions to same (.1); Revising draft motion for sanctions in view of suggested changes from William Frankel (1); | 9.60 | 605 | $ 5,808.00 |
| 9/17/2019 | Alejandro Fernandez | Reviewing and revising draft joint notice for discovery hearing; Conferring with Evi Christou regarding same | 4.50 | 605 | $ 2,722.50 |
| 9/20/2019 | Alejandro Fernandez | Reviewing and analyzing Rakesh Dixit's response to motion for sanctions and to show cause; Formulating strategy regarding response to same; Drafting correspondence to Evi Christou regarding same; | 1.00 | 605 | $ 605.00 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/23/2019 | Alejandro Fernandez | Beginning to draft second motion for sanctions and to show cause why Dixit Defendants should not be held in contempt (1); Reviewing and analyzing supporting documents and notes regarding same (.7) Formulating strategy regarding same (1.8); Conferring at length with William Frankel and Evi Christou regarding numerous discovery issues (1) | 4.50 | 605 | $ 2,722.50 |
| 9/24/2019 | Alejandro Fernandez | Reviewing and analyzing authorities concerning interrogatory responses and sanctions (1.3); Drafting extensive portions of second motion for sanctions and order to show cause (6.9) | 7.40 | 605 | $ 4,477.00 |
| 9/25/2019 | Alejandro Fernandez | Continuing to review and analyze documents and extensive notes regarding meet and confer efforts in support of second motion for sanctions and to show cause (1.2); Drafting and revising second motion for sanctions and to show cause (7); Conferring with Evi Christou regarding meet and confer efforts with opposing counsel (.3); Reviewing and analyzing transcripts of July 29 hearing (.8) | 8.30 | 605 | $ 5,021.50 |
| 9/26/2019 | Alejandro Fernandez | Continuing to draft and extensively revise second motion for sanctions and to show cause (2.6); Incorporating changes and recommendations from William Frankel and Evi Christou (1.9); | 4.50 | 605 | $ 2,722.50 |
| 10/2/2019 | Alejandro Fernandez | Preparing for and attending meeting with William Frankel and Evi Christou to discuss multiple pending discovery matters, including scheduling of depositions, expert discovery, upcoming hearing concerning motions for sanctions and motions to compel (1.3); Formulating strategy regarding same (.4); | 1.70 | 605 | $ 1,028.50 |
| 10/3/2019 | Alejandro Fernandez | Reviewing and analyzing correspondence from William Frankel regarding allocation of arguments for discovery hearing (.3); Drafting correspondence to Evi Christou regarding same (.1) | 0.40 | 605 | $ 242.00 |
| 10/3/2019 | Alejandro Fernandez | Preparing for and attending lengthy teleconference with opposing counsel regarding motion to compel production of documents and inspection of laptop identified during records custodian depositions (.2); Memorializing agreements reached with opposing counsel in correspondence to Dustin Deese and Johnny Hightower (.4); | 0.60 | 605 | $ 363.00 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/7/2019 | Alejandro Fernandez | Reviewing and revising extensive proposed joint notice of discovery issues in advance of discovery hearing, including drafting and revising section relating to improper handling of laptop by Kutsomarkos and Rakesh Dixit (2.5); Reviewing and analyzing related exhibits, including deposition transcripts and related correspondences to opposing counsel (1.0); Formulating strategy regarding hearing arguments (.7); Conferring with Evi Christou regarding same (.4); Drafting correspondence to Evi Christou regarding estimated production of documents by HealthPlan Services to defendants (.1); | 4.70 | 605 | $ 2,843.50 |
| 10/8/2019 | Alejandro Fernandez | Reviewing and responding to correspondence from Evi Christou regarding notice of discovery issues (.4); | 0.40 | 605 | $ 242.00 |
| 10/9/2019 | Alejandro Fernandez | Reviewing and analyzing arguments raised by Shyamie Dixit in connection with discovery issues in responses to Joint Notice of Discovery arguments (.5); Reviewing and analyzing correspondences and productions from HealthPlan to counter arguments raised by Shyamie Dixit in Kutsomarkos Defendants' portion of motion (1.5); Conferring with Evi Christou regarding same (.7) | 2.70 | 605 | $ 1,633.50 |
| | **Alejandro Fernandez Total** | | **58.80** | | **$ 35,574.00** |
| 9/26/2019 | Cynthia Lovell | Assembling and merging documents to create Exhibits 1-6 to be filed with Plaintiff's Second Motion For Sanctions, Fees and Order to Show Cause; Comparing exhibits against document references to same; Filing said document with the Middle District of Florida's electronic filing system; Downloading, merging and securing court-filed document; Circulating to in-house litigation team; | 1.50 | 265 | $ 397.50 |
| | **Cynthia Lovell Total** | | **1.50** | | **$ 397.50** |
| 9/12/2019 | Evi Christou | Formulating strategy with Mr. Fernandez regarding outcome of custodian depositions of Rakesh Dixit and Feron Kutsomarkos and preparing Joint Notice to the Court in advance of upcoming discovery hearing; | 1.10 | 355 | $ 390.50 |
| 9/13/2019 | Evi Christou | Starting to prepare Joint Notice comprising outstanding discovery issues and disputes with Defendants; | 3.30 | 355 | $ 1,171.50 |
| 9/16/2019 | Evi Christou | Continuing to prepare Joint Notice comprising outstanding discovery issues and disputes with Defendants; | 2.90 | 355 | $ 1,029.50 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/17/2019 | Evi Christou | Finalizing draft Joint Notice comprising HealthPlan's outstanding discovery issues and disputes with Defendants; | 3.10 | 355 | $ 1,100.50 |
| 9/26/2019 | Evi Christou | Reviewing and editing draft Motion for Sanctions; Formulating strategy with Mr. Fernandez regarding the same; | 1.90 | 355 | $ 674.50 |
| 10/2/2019 | Evi Christou | Formulating strategy with team regarding scheduling of depositions and upcoming discovery hearing; | 1.10 | 355 | $ 390.50 |
| 10/2/2019 | Evi Christou | Continuing to draft HealthPlan's Motion to Compel the Dixit Defendants to amend their responses to HealthPlan's Second Set of Requests for Production; | 1.90 | 355 | $ 674.50 |
| 10/4/2019 | Evi Christou | Preparing for and participating in meet and confer to discuss Dixit Defendants' deficient responses to HealthPlan's Second Requests for Production (.9); Continuing to draft HealthPlan's Motion to Compel the Dixit Defendants to amend their responses to HealthPlan's Second Set of Requests for Production (3.0); | 3.90 | 355 | $ 1,384.50 |
| 10/7/2019 | Evi Christou | Updating Joint Notice of Discovery Issues regarding October 16, 2019 discovery hearing; Formulating strategy with Mr. Frankel and Mr. Fernandez regarding the same; | 4.90 | 355 | $ 1,739.50 |
| 10/8/2019 | Evi Christou | Finalizing Joint Notice of Discovery Issues regarding October 16, 2019 discovery hearing and circulating same to counsel for Defendants to add in responses to HealthPlan's respective sections; Formulating strategy with Mr. Frankel regarding the same; | 4.80 | 355 | $ 1,704.00 |
| 10/9/2019 | Evi Christou | Formulating strategy regarding finalizing and filing Joint Notice outlining discovery issues (.8); Reviewing and responding to sections from EIntegrate and Kutsomarkos regarding the Joint Notice (2.5); Revising and editing Joint Notice and electronically filing same along with corresponding exhibits (1.9); | 5.20 | 355 | $ 1,846.00 |
| | **Evi Christou Total** | | **34.10** | | **$ 12,105.50** |
| 8/20/2019 | William Frankel | Conferring regarding motion for sanctions; | 0.50 | 825 | $ 412.50 |
| 9/25/2019 | William Frankel | Reviewing and revising draft motion for sanctions; | 1.25 | 825 | $ 1,031.25 |
| 10/2/2019 | William Frankel | Conferring with co-counsel regarding hearing preparation, discovery, and case strategy; Following up regarding same; | 0.50 | 825 | $ 412.50 |
| 10/7/2019 | William Frankel | Reviewing and revising draft Notice of Discovery Issues and conferring with associate regarding same; | 2.00 | 825 | $ 1,650.00 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/8/2019 | William Frankel | Reviewing and revising Notice of Discovery Disputes; Preparing for hearing regarding same; and conferring with team regarding above; | 2.40 | 825 | $ 1,980.00 |
| | **William Frankel Total** | | **6.65** | | **$ 5,486.25** |
| | **Fees Total** | | 101.05 | | $ 53,563.25 |
| | | Lexis search charges in August | | | $ 345.00 |
| | | Lexis search charges in October | | | $ 315.00 |
| | | Costs Total | | | $ 660.00 |
| | | Fees Total | | | $ 53,563.25 |
| | | **Grand Total (Fees + Costs)** | | | **$ 54,223.25** |