# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

HEALTHPLAN SERVICES, INC.,

    Plaintiff,

vs.                                            Case No. 8:18-cv-2608-T-23AAS

RAKESH DIXIT, et al.,

    Defendants.

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO COMPLY WITH AMENDED ORDER [Doc. 200]

Defendants, Rakesh Dixit, KnowMentum, Inc., and Media Shark Productions, Inc. (collectively "Defendants"), move for an extension of time to Monday November 4, 2019 to comply with this Court's October 10, 2019 Amended Order [Doc. 200] (the "Order") at paragraph 1(a)(i), as laid out below.

1. Thursday October 31, 2019 was the deadline to comply with paragraph 1(a)(i) and other sections of the Order.

2. On Thursday October 31, 2019, Defendants' counsel complied with paragraphs 1(a)(ii)-(iii) by serving amended responses to interrogatories for each of the three Defendants and amended initial disclosures consolidated for all three Defendants.

3. However, due to Defendants' counsel's technical complications, compliance with paragraph 1(a)(i) of the Order could not be completed by October 31, 2019. These obstacles combined with simultaneous efforts to timely comply with other parts of the

Order prevented Defendants' counsel from filing a motion for extension of time on October 31, 2019.

4. Defendants' counsel has since resolved the above technicalities and will be able to fully comply with the remaining obligations in paragraph 1 of the Order by no later than Monday November 4, 2019.

5. It is submitted that the above circumstances constitute good cause and otherwise support granting the relief requested in this Motion. Rule 6(b), Fed. R. Civ. P.

6. This Motion is made in good faith, and not merely for purposes of delay.

7. *Local Rule 3.01(g) Certification*. Undersigned counsel was advised via email on November 1, 2019 by opposing counsel that the relief requested in this Motion is not opposed.

WHEREFORE, Defendants, Rakesh Dixit, KnowMentum, Inc., and Media Shark Productions, Inc., request this honorable Court enter an order extending the time in which they must comply with paragraph 1 of the Order, from October 31, 2019 to November 4, 2019, and for such other relief that is equitable and just.

## CERTIFICATE OF SERVICE

I CERTIFY that on November 1, 2019, a true and accurate copy of this filing was filed via the CM/ECF electronic filing system through which copies are served by email to all counsel of record.

Dated: November 1, 2019.

                                                              JRH.LAW PLLC

                                                              /s/ *John R. Hightower, Jr.*
                                                              **John R. Hightower, Jr., Esq.**

Florida Bar No. 77478
Primary: jrh@jrh.law
Secondary: svc.flmd@jrh.law
5470 E. Busch Blvd. # 149
Temple Terrace, FL 33617-5417
Tel.: 813-252-1849
Fax: 813-354-3312
*Attorney for: Rakesh Dixit; KnowMentum, Inc.; Media Shark Productions, Inc.; and E-Integrate, Inc.*

**DUSTIN D. DEESE, P.A.**

**Dustin D. Deese, Esq.**
Florida Bar No. 634441
Primary: dustin@deeselegal.com
P.O. Box 1720
Dade City, FL 33526
Tel.: 813-517-9732
Fax: 813-574-2664
*Attorney for Rakesh Dixit, KnowMentum, Inc., Media Shark Productions, Inc., and E-Integrate, Inc.*