**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

HEALTHPLAN SERVICES, INC.,

    Plaintiff,

vs.                                    Case No. 8:18-cv-2608-T-23AAS

RAKESH DIXIT, et al.,

    Defendants.

## DEFENDANTS' UNOPPOSED MOTION FOR RELIEF FROM ORDER [Doc. 199]

The undersigned, counsel for Defendants, Rakesh Dixit, KnowMentum, Inc., and Media Shark Productions, Inc. (collectively "Defendants"), moves for limited relief from this Court's October 18, 2019 Order [Doc. 199] directing lead counsel for all Parties to conduct weekly meet and confers in person, to permit Defendants' lead counsel, Dustin Deese, to appear by telephone for just the meet and confer scheduled for this Friday November 8, 2019.

1. In accordance with this Court's order, all counsel previously scheduled a meet and confer for Friday, November 8, 2019, at 10:00 a.m.

2. Since the scheduling of the meet and confer, the undersigned was presented with an opportunity to attend a family vacation from November 7, 2019 – November 12, 2019. There are no conflicts on the undersigned's schedule other than the weekly meet and confer on November 8, 2019.

3. The undersigned can attend the meet and confer telephonically on November 8, 2019. In addition, co-counsel, John Hightower, can and will attend the meet and confer in person.

4. This Motion is made in good faith, and not merely for purposes of delay.

5. *Local Rule 3.01(g) Certification*. Undersigned counsel was advised via email on November 5, 2019 by opposing counsel that the relief requested in this Motion is not opposed.

WHEREFORE, Defendants, Rakesh Dixit, KnowMentum, Inc., and Media Shark Productions, Inc., request this honorable Court enter an order permitting lead counsel for Defendants to appear telephonically at the meet and confer scheduled for this Friday November 8, 2019, and for such other relief that is equitable and just.

## CERTIFICATE OF SERVICE

I CERTIFY that on November 7, 2019, a true and accurate copy of this filing was filed via the CM/ECF electronic filing system through which copies are served by email to all counsel of record.

Dated: November 7, 2019.

**DUSTIN D. DEESE, P.A.**

/s/ *Dustin D. Deese*
**Dustin D. Deese, Esq.**
Florida Bar No. 634441
Primary: dustin@deeselegal.com
P.O. Box 1720
Dade City, FL 33526
Tel.: 813-517-9732
Fax: 813-574-2664
*Attorney for Rakesh Dixit, KnowMentum, Inc., Media Shark Productions, Inc., and E-Integrate, Inc.*

**JRH.LAW PLLC**

**John R. Hightower, Jr., Esq.**
Florida Bar No. 77478
Primary: jrh@jrh.law
Secondary: svc.flmd@jrh.law

                                5470 E. Busch Blvd. # 149
Temple Terrace, FL 33617-5417
Tel.: 813-252-1849
Fax: 813-354-3312
*Attorney for: Rakesh Dixit; KnowMentum, Inc.; Media Shark Productions, Inc.; and E-Integrate, Inc.*