# EXHIBIT A

**From:** Shyamie Dixit <sdixit@dixitlaw.com>
**Sent:** Thursday, October 31, 2019 8:42 AM
**To:** Frankel, William <wfrankel@brinksgilson.com>; Alex Pokushalov <pokushalov@gmail.com>; Dustin Deese <dustin@deeselegal.com>; Johnny Hightower <jrh@jrh.law>
**Cc:** Robert L. Vessel <rvessel@dixitlaw.com>; Clarissa Moreno <cmoreno@dixitlaw.com>
**Subject:** [EXT] HPS v. Dixit, et al, Shyamie Motion to Withdraw as Counsel for EI and Kutsomarkos

Counselors,

See attached, pursuant to Local Rule 3.01(g), let me know whether you are opposed to my motion to withdraw *asap*.

If I don't hear or read from you before the close of business today, I will file my motion tomorrow, stating that you are opposed to the relief requested.

—
Mr. Shyamie Dixit
3030 North Rocky Point Drive West, Suite 260, Tampa, Florida 33607
Tel: (813) 252-3999 | Fax: (813) 252-3997 | Cell: (813) 992-8118
Dixit Law Firm: www.dixitlaw.com

**NOTE:  This e-mail transmission originates from the sender.  This transmission, as well as any attached file transmitted contemporaneously, contain(s) confidential information that may be subject to certain and specific privileges, or otherwise protected against unauthorized use, all of which are hereby reserved.  The information contained in this transmission, as well as any file transmitted contemporaneously, is transmitted in this form based on a reasonable expectation of privacy, consistent with U.S. law.  Any disclosure, distribution, copying, or use of the information contained in this transmission by any person other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this transmission in error, please advise the sender by immediate reply, and delete the original message.