# Exhibit 2

| | |
|---|---|
| **From:** | Johnny Hightower |
| **To:** | Fernandez, Alex |
| **Cc:** | Leahu, Stephen J.; Christou, Evi; Frankel, William; Dustin Deese; Shyamie Dixit |
| **Subject:** | [EXT] HPS v. Dixit // objection to designation |
| **Date:** | Friday, November 8, 2019 10:41:25 PM |

Alex,

To confirm our conversations on this subject, we object to your expert designation in relation to the hard drive matter addressed in the Order at Doc. 200.

---

Johnny Hightower
JRH.LAW | jrh@jrh.law
t: 813.252.1849
f: 813.354.3312

sent from Outlook for iOS