**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| HEALTHPLAN SERVICES, INC., a Florida corporation, | |
| Plaintiff, | |
| vs. | Case No. 8:18-cv-2608-T-23AAS |
| RAKESH DIXIT, an individual, FERON KUTSOMARKOS, an individual, E-INTEGRATE, INC., a Florida corporation, KNOWMENTUM, INC., a Florida corporation, and MEDIA SHARK PRODUCTIONS, INC., a Florida corporation, | **Unopposed Motion** |
| Defendants. | |
| E-INTERGRATE, INC., | |
| Counter-Plaintiff, | |
| vs. | |
| HEALTHPLAN SERVICES, INC., | |
| Counter-Defendant. | |

**MOTION FOR WITHDRAWAL OF JOHN R. HIGHTOWER, JR.
AS CO-COUNSEL FOR DEFENDANTS RAKESH DIXIT,
KNOWMENTUM, INC., MEDIA SHARK PRODUCTIONS, INC.,
AND DEFENDANT/COUNTER-PLAINTIFF E-INTEGRATE, INC.**

Attorney John R. Hightower, Jr., of JRH.LAW PLLC ("JRH"), per Local Rule 2.03(b), moves for withdrawal as co-counsel of record for Defendants RAKESH DIXIT, KNOWMENTUM, INC., MEDIA SHARK PRODUCTIONS, INC., and Defendant/Counter-Plaintiff E-INTEGRATE, INC. (collectively "Defendants"). On July 29 2019, JRH entered his appearance in this case as co-counsel for Defendants [Doc. 127], but now must withdraw due

to a medical condition. Defendants continue to be represented in this case by lead counsel, Dustin D. Deese.

*Local Rule 2.03(b) Certification*: Ten days ago, on November 19, 2019, the Defendants and counsel for HPS were notified of JRH's intent to withdraw as counsel. They do not object to this withdrawal.

*Local Rule 3.01(g) Certification*: Motion is **Unopposed**. On November 27, 2019, opposing counsel advised via email that this requested relief is not opposed.

WHEREFORE, the undersigned respectfully requests that this Court grant the withdrawal of John R. Hightower, Jr., of JRH.LAW PLLC, as counsel of record for Defendants Rakesh Dixit, Knowmentum, Inc., Media Shark Productions, Inc., and Defendant/Counter-Plaintiff E-Integrate, Inc., being relieved of all responsibilities for the Defendants in this case, and for such other relief that is equitable and just.

Respectfully submitted on November 29, 2019.

**JRH.LAW PLLC**

/s/ *John R. Hightower, Jr.*
**John R. Hightower, Jr., Esq.**
Florida Bar No. 77478
Primary: jrh@jrh.law
Secondary: svc.flmd@jrh.law
5470 E. Busch Blvd. # 149
Temple Terrace, FL 33617-5417
Tel.: 813-252-1849
Fax: 813-354-3312
*Attorney for: Rakesh Dixit; KnowMentum, Inc.; Media Shark Productions, Inc.; and E-Integrate, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that this paper is served by filing it with the court's CM/ECF system on November 29, 2019.

/s/ *John R. Hightower, Jr.*
Attorney
