# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| HEALTHPLAN SERVICES, INC., ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 8:18-cv-2608-T-23AAS |
| RAKESH DIXIT, et al., ) | |
| Defendants. ) | |

**DEFENDANTS' SECOND MOTION FOR EXTENSION OF TIME
TO RESPOND TO RENEWED MOTION FOR SANCTIONS [Doc. 226]**

Defendants, Rakesh Dixit, KnowMentum, Inc., and Media Shark Productions, Inc. (collectively "Defendants"), move to extend by an additional three (3) days the time to respond to the Renewed Motion for Sanctions, Fees and Order to Show Cause Why Dixit Defendants Should Not Be Held in Contempt [Doc. 226] (the "Motion"), filed Plaintiff HealthPlan Services, Inc. ("HPS"), from December 20, 2019 to December 23, 2019, as laid out below.

1. The Motion was filed Thursday December 5, 2019 and the current deadline to respond is December 20, 2019 per this Court's order [Doc. 232] on December 16, 2019 granting Defendants' first motion for extension.

2. Undersigned counsel requires the input of former co-counsel Mr. Hightower who has withdrawn from the instant matter due to health reasons. Mr. Hightower was directly and substantially involved in the matters at issue in the Motion and a proper response requires his complete input.

3. However, Mr. Hightower has been ill this week such that he has been unable to assist undersigned counsel until just today December 20, 2019.

4. Undersigned counsel with work with Mr. Hightower over the weekend to finish Defendants' response for filing on Monday December 23, 2019.

5. Consequently, undersigned counsel requires three days of additional time to file Defendants' Response.

6. It is submitted that the above circumstances constitute good cause and otherwise support granting the relief requested in this Motion. Rule 6(b), Fed. R. Civ. P.

7. This Motion is made in good faith, and not merely for purposes of delay.

8. *Local Rule 3.01(g) Certification*. Undersigned counsel emailed opposing counsel to schedule a conference with opposing counsel. Undersigned counsel will continue efforts to confer and "supplement the motion promptly with a statement certifying whether or to what extent the parties have resolved the issue(s) presented" in this Motion. Local Rule, 3.01(g), Middle District of Florida.

WHEREFORE, Defendants, Rakesh Dixit, KnowMentum, Inc., and Media Shark Productions, Inc., request this honorable Court enter an order extending the time in which they may respond to the Motion [Doc. 226] filed by HealthPlan Services, Inc., from December 20, 2019 to December 23, 2019, and for such other relief that is equitable and just.

## CERTIFICATE OF SERVICE

I CERTIFY that on December 20, 2019, a true and accurate copy of this filing was filed via the CM/ECF electronic filing system through which copies are served by email to all counsel of record.

Dated: December 20, 2019.

        Respectfully submitted,

        /s/ *Dustin D. Deese*

        **Dustin D. Deese, Esq.**
        Florida Bar No. 634441
        Primary: dustin@deeselegal.com
        **DUSTIN D. DEESE, P.A.**
        P.O. Box 1720
        Dade City, FL 33526
        Tel.: 813-517-9732
        Fax: 813-574-2664
        *Attorney for Rakesh Dixit, KnowMentum, Inc., Media Shark Productions, Inc., and E-Integrate, Inc.*