UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| HEALTHPLAN SERVICES, INC., a Florida corporation, <br><br>  Plaintiff, <br> vs. <br><br> RAKESH DIXIT, an individual, FERON KUTSOMARKOS, an individual, E-INTEGRATE, INC., a Florida corporation, KNOWMENTUM, INC., a Florida corporation, and MEDIA SHARK PRODUCTIONS, INC., a Florida corporation, <br><br> Defendants. | Case No. 8:18-cv-2608-T-23AAS <br><br> **EMERGENCY MOTION** |
| E-INTERGRATE, INC., <br><br>  Counter-Plaintiff, <br> vs. <br><br> HEALTHPLAN SERVICES, INC., <br><br>  Counter-Defendant. | |

*EMERGENCY* **MOTION FOR WITHDRAWAL
OF DUSTIN D. DEESE AS COUNSEL FOR DEFENDANTS
RAKESH DIXIT, KNOWMENTUM, INC., MEDIA SHARK PRODUCTIONS,
INC., AND DEFENDANT/COUNTER-PLAINTIFF E-INTEGRATE, INC.**

Attorney Dustin D. Deese, of Dustin D. Deese, P.A. ("Deese"), per Local Rule 2.03 and in accordance with Local Rule 3.01(e), emergently moves for withdrawal as counsel of record for Defendants RAKESH DIXIT, KNOWMENTUM, INC., MEDIA SHARK PRODUCTIONS, INC., and Defendant/Counter-Plaintiff E-INTEGRATE, INC. (collectively "Defendants").

Previously, Deese intended to seek the Court's leave to withdraw as counsel as "allowed" under Rule 4-1.16(b). In compliance with Local Rule 2.03(b), on December 13, 2019, the Defendants and HPS's counsel were notified of Deese's intent to withdraw. Defendants expressed that they do not object to this withdrawal.

Since then, mandatory and immediate withdrawal became necessary because ***professional considerations require termination of the representation***.[1] Local Rule 2.03(c). This prohibits Deese from acting on Defendants' behalves in meeting the urgent and serious obligations that become due in less than 24 hours. Pointedly, Deese is in possession of the hard drives this Court ordered him to turn over to HPS's counsel by 5:00 P.M. on Monday December 23, 2019. (Doc. 233, p. 6). On Sunday December 22, 2019, Mr. Dixit directed Deese to "make the position with the court that all actions, including the handing over of any personal items of mine, are suspended, while you move to withdraw, by your own decision, and I retain replacement counsel . . ." Therefore, Deese seeks the Court's direction on dispossession of the hard drives to comply with this Court's order and maintain professional duties to the Defendants.

<u>Local Rule 2.03(b) Certification</u>: On December 13, 2019, the Defendants and counsel for HPS were notified of Deese's intent to withdraw as counsel. Defendants do not object to this withdrawal and counsel for HPS has not conveyed a position. As of December 23, 2019, the requisite 10-day notice will be satisfied.

---

[1] *See* comment to Rule 4-1.16, RRTFB.

*Local Rule 3.01(g) Certification*: HPS's position is **unknown**. Deese conferred with HPS's counsel regarding the requested relief but HPS's position was unascertained and remains unconveyed as of the filing of this Motion.

WHEREFORE, the undersigned respectfully requests that this Court grant the withdrawal of Dustin D. Deese, of Dustin D. Deese, P.A., as counsel of record for Defendants Rakesh Dixit, Knowmentum, Inc., Media Shark Productions, Inc., and Defendant/Counter-Plaintiff E-Integrate, Inc., being relieved of all responsibilities for the Defendants in this case, and for such other relief that is equitable and just.

Dated: December 22, 2019.

Respectfully submitted,

/s/ *Dustin D. Deese*
**Dustin D. Deese, Esq.**
Florida Bar No. 634441
Primary: dustin@deeselegal.com
**DUSTIN D. DEESE, P.A.**
P.O. Box 1720
Dade City, FL 33526
Tel.: 813-517-9732
Fax: 813-574-2664
*Attorney for Rakesh Dixit,*
*KnowMentum, Inc., Media Shark*
*Productions, Inc., and E-Integrate, Inc.*

**CERTIFICATE OF SERVICE**

I CERTIFY that on December 22, 2019, a true and accurate copy of this filing was filed via the CM/ECF electronic filing system through which copies are served by email to all counsel of record.

/s/ *Dustin D. Deese*
Attorney