UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| HEALTHPLAN SERVICES, INC., | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 8:18-cv-2608-T-23AAS |
| RAKESH DIXIT, et al., | ) |
| Defendants. | ) |

**DEFENDANTS' NOTICE OF FILING: E-MAIL FROM
OPPOSING COUNSEL STATING OPPOSITION TO EMERGENCY MOTION FOR
WITHDRAWAL OF DUSTIN D. DEESE AS COUNSEL FOR DEFENDANTS [Doc. 236]**

Defendants, Rakesh Dixit, KnowMentum, Inc., and Media Shark Productions, Inc. (collectively "Defendants"), give notice of filing attached **Exhibit "A"**:

**E-mail from opposing counsel stating opposition to Emergency Motion for Withdrawal of Dustin D. Deese as Counsel for Defendants Rakesh Dixit, Knowmentum, Inc., Media Shark Productions, Inc., and Defendant/Counter-Plaintiff E-Integrate, Inc. [Doc. 236]**

**CERTIFICATE OF SERVICE**

I CERTIFY that on December 23, 2019, a true and accurate copy of this filing was filed via the CM/ECF electronic filing system through which copies are served by email to all counsel of record.

Dated: December 23, 2019.

Respectfully submitted,

/s/ *Dustin D. Deese*

**Dustin D. Deese, Esq.**
Florida Bar No. 634441
Primary: dustin@deeselegal.com
**DUSTIN D. DEESE, P.A.**
P.O. Box 1720
Dade City, FL 33526
Tel.: 813-517-9732
Fax: 813-574-2664
*Attorney for Rakesh Dixit, KnowMentum, Inc., Media Shark Productions, Inc., and E-Integrate, Inc.*

**From:** "Fernandez, Alex" <afernandez@brinksgilson.com>
**Date:** December 23, 2019 at 9:17:31 AM EST
**To:** Dustin Deese <dustin@deeselegal.com>
**Cc:** HPSv.Dixit et al Litigation Group <HPSvDixitetalLitigationGroup@brinksgilson.com>
**Subject: Emergency Motion**

Dustin,

Immediately inform the Court that no meet and confer was had prior to your filing your "emergency" motion and that we are opposed.

We expect you to hand over the laptop and hard drives as ordered or we will seek sanctions against you personally.

Alex

