# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**HEALTHPLAN SERVICES, INC.,**

    **Plaintiff,**

v.                                          **Case No. 8:18-cv-2608-T-23AAS**

**RAKESH DIXIT, et al.,**

    **Defendants.**

_____/

## ORDER

After consultation with the parties, the following is **ORDERED**:

1. An evidentiary hearing[1] is now set for **January 24, 2020, at 2:00 p.m.** in Tampa Courthouse 10B.

2. Individual defendants Rakesh Dixit and Feron Kutsomarkos must attend the hearing and, if necessary, testify.

**ENTERED** in Tampa, Florida, on December 30, 2019.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge

---

[1] As stated in prior order, the court will address Attorneys Dixit and Deese's motions to withdraw (Docs. 208, 236) and HealthPlan's motion for sanctions (Doc. 226).