# EXHIBIT 1

| | |
|---|---|
| **From:** | Johnny Hightower |
| **To:** | Fernandez, Alex |
| **Cc:** | Dustin Deese; Shyamie Dixit; Christou, Evi; Frankel, William; Leahu, Stephen J. |
| **Subject:** | [EXT] HPS v. Dixit // receipt of hard drives |
| **Date:** | Saturday, October 19, 2019 7:17:55 PM |

Alex,

I am in receipt of the original hard drive and the external hard drive.

_____

Johnny Hightower
JRH.LAW | jrh@jrh.law
t: 813.252.1849
f: 813.354.3312

sent from Outlook for iOS