EXHIBIT 3

| | |
|---|---|
| **From:** | Fernandez, Alex |
| **To:** | Dustin Deese |
| **Cc:** | "Rak Dixit"; HPSv.Dixit et al Litigation Group |
| **Subject:** | RE: [EXT] Re: Laptop and Hard Drive Encryption Passwords |
| **Date:** | Monday, January 6, 2020 5:09:42 PM |

Dustin,

The continuing discovery games demonstrated by your client below will be considered by the Court in assessing bad faith litigation tactics.  Further, delaying in providing the requested information will delay any return of hardware and result in imposition of further sanctions against your clients.

What we've requested is clear: produce each username/password (and if applicable, all encryption keys) to access the contents of the laptop you produced on Dec. 23, including its operating system files, FileVault2, and all devices and applications thereon.  We also need each username/password to access the hard drive you produced under Court order on Dec. 23.

At this point, since we haven't received the requested information, we'll proceed with a meet/confer at 4pm tomorrow at the same number provided for today.  Thanks.

Best,
Alex

**Alejandro J. Fernandez**
Shareholder
Board Certified in Intellectual Property
813.275.5022 **|** Direct
813.420.8658 **|** Mobile
afernandez@brinksgilson.com
www.brinksgilson.com
**BRINKS GILSON & LIONE**
SunTrust Financial Centre - Suite 3500 **|** 401 East Jackson Street **|** Tampa, FL 33602



**Please Note:** This message is intended for the individual or entity named above and may constitute a privileged and confidential communication. If you are not the intended recipient, please do not read, copy, use, or disclose this message. Please notify the sender by replying to this message, and then delete the message from your system. Thank you.

---

**From:** Rak Dixit <rak@rakdixit.com>
**Sent:** Monday, January 6, 2020 4:43 PM
**To:** Fernandez, Alex <afernandez@brinksgilson.com>
**Cc:** Dustin Deese <dustin@deeselegal.com>; HPSv.Dixit et al Litigation Group <HPSvDixitetalLitigationGroup@brinksgilson.com>

**Subject:** [EXT] Re: Laptop and Hard Drive Encryption Passwords

Hi again Alex,

It's no wonder nothing's happened in this case if this is what it's been like; one day in and I'm already seeing so much opportunity for process optimization. From a practical matter, since the legal ones obviously have been of no concern by either counsels, I'm amazed you would expect for things & rules to suddenly become efficient & followed, respectively... no such execution has been realized on either side since you first submitted the weak complaint over a year ago.

If you want something, state it in reply, here, with detailed Bullets ("•"). "Passwords?" For what device and or application? Be clear. You obviously love typing, so let's get productive and not use up your talents on invoicing your client for more motions or complaints.

I'm wondering what you're trying to get into? No need for a call & please save the process-based formalities that have served no one, including you, well... if you take the time to type up exactly that for which you seek, we can get to it; If, however, you can't just get to work on behalf of your client, consider taking your opposing counsel's lead, head for a nap & pass this off to someone that can. I need my property that you have kept from me, returned, now.

Best regards,

Rak.

On Jan 6, 2020, at 3:47 PM, Fernandez, Alex <afernandez@brinksgilson.com> wrote:

Dustin,

As a legal matter, you're still lead counsel of record.  Therefore you have a duty under the Court's orders, local rules, discovery manual and Florida Rules of Professional Responsibility to directly respond to meet/confers.  Until you're motion is granted, you **must** abide by these rules and continue to serve as lead counsel, and your clients' directive to the contrary is of no moment.  In short, no matter how clear you want to be about it, you can't sit there on "sleep mode" acting as if you have no responsibility while blaming it on your client.

If your clients refuse to provide the passwords, please provide your availability for a meet/confer tomorrow regarding a motion to compel on this issue.  Thanks.

Alex

**Alejandro J. Fernandez**
Shareholder
Board Certified in Intellectual Property
813.275.5022 | Direct
813.420.8658 | Mobile



afernandez@brinksgilson.com
www.brinksgilson.com

**BRINKS GILSON & LIONE**

SunTrust Financial Centre - Suite 3500 **|** 401 East Jackson Street **|** Tampa, FL 33602

**Please Note:** This message is intended for the individual or entity named above and may constitute a privileged and confidential communication. If you are not the intended recipient, please do not read, copy, use, or disclose this message. Please notify the sender by replying to this message, and then delete the message from your system. Thank you.

---

**From:** Dustin Deese <dustin@deeselegal.com>
**Sent:** Monday, January 6, 2020 3:35 PM
**To:** Fernandez, Alex <afernandez@brinksgilson.com>
**Cc:** HPSv.Dixit et al Litigation Group <HPSvDixitetalLitigationGroup@brinksgilson.com>
**Subject:** [EXT] Re: Laptop and Hard Drive Encryption Passwords

Please resend copying Rak. All all matters. He is handling directly per his directive to me. Sorry if I was not clear earlier.

Best,

Dustin D. Deese

Sent from my iPhone

> On Jan 6, 2020, at 3:33 PM, Fernandez, Alex <afernandez@brinksgilson.com> wrote:
>
> Dustin,
>
> Our expert informs us that the laptop and hard drive are encrypted. In particular, Rak encrypted the laptop with FileVault2. As a result, to complete the imaging/analysis, it is necessary that the Rak provide us with his username and password, and if applicable, the necessary encryption key(s). Please provide those ASAP. Thanks.
>
> Best,
> Alex
>
> **Alejandro J. Fernandez**
> Shareholder
> Board Certified in Intellectual Property



813.275.5022 **|** Direct
813.420.8658 **|** Mobile
afernandez@brinksgilson.com
www.brinksgilson.com

**BRINKS GILSON & LIONE**
SunTrust Financial Centre - Suite 3500 **|** 401 East Jackson Street **|** Tampa, FL 33602

**Please Note:** This message is intended for the individual or entity named above and may constitute a privileged and confidential communication. If you are not the intended recipient, please do not read, copy, use, or disclose this message. Please notify the sender by replying to this message, and then delete the message from your system. Thank you.