# EXHIBIT 5

| | |
|---|---|
| **From:** | Fernandez, Alex |
| **To:** | Dustin Deese |
| **Cc:** | HPSv.Dixit et al Litigation Group |
| **Subject:** | Meet/Confer Confirmation |
| **Date:** | Tuesday, January 7, 2020 4:24:06 PM |

Dustin,

This memorializes our follow-up meet/confer this afternoon concerning production of the username/password and or encryption key necessary to access the laptop and hard drive produced by you on Dec. 23.  As you confirmed, neither you nor Johnny have received such information from any defendant, including Rak Dixit.  Moreover, Rak Dixit has refused to provide such information in response to your recent requests to him.

In any case, you oppose our requested relief of an order compelling production of the username/password and or encryption key to the laptop and hard drive.  Accordingly, we will proceed with our motion to compel production of such information.  Thanks.

Best,
Alex

**Alejandro J. Fernandez**
Shareholder
Board Certified in Intellectual Property
813.275.5022 **|** Direct
813.420.8658 **|** Mobile
afernandez@brinksgilson.com
www.brinksgilson.com



**BRINKS GILSON & LIONE**
SunTrust Financial Centre - Suite 3500 **|** 401 East Jackson Street **|** Tampa, FL 33602

**Please Note:** This message is intended for the individual or entity named above and may constitute a privileged and confidential communication. If you are not the intended recipient, please do not read, copy, use, or disclose this message. Please notify the sender by replying to this message, and then delete the message from your system. Thank you.