# EXHIBIT 6

| | |
|---|---|
| **From:** | Fernandez, Alex |
| **To:** | Dustin Deese |
| **Cc:** | Johnny Hightower (jrh@jrh.law); HPSv.Dixit et al Litigation Group |
| **Subject:** | Memorialized Meet/Confer re Laptop Credentials |
| **Date:** | Wednesday, January 8, 2020 3:38:09 PM |
| **Importance:** | High |

Dustin,

This memorializes our further meet and confer a few minutes ago about the laptop and hard drive credentials/passcode. You believed the meet/confer was necessary because of an email you received from Rak Dixit yesterday afternoon. According to the email, his username and password will not provide access to the laptop. Rather, the **sole** way to access the laptop is with a one-time use, uniquely generated encryption key. Further, according to Rak Dixit, he produced the encryption key to you at the time he delivered the laptop. He claims the encryption key was hand-written on a post-it note. Rak Dixit did **not** retain a copy of the encryption key, even knowing there would be no other way to access the laptop if the post-it were lost.

Apart from Rak Dixit's story, Johnny is certain that no such post-it note was ever produced at the time he was given the laptop, and he confirmed as much during our call. You, likewise, represented with certainty that no post-it note was ever produced with the laptop at the time you were given the laptop.

Ultimately, the result of losing the password is that there is no way to access the laptop. You and Johnny, therefore, do not understand why Rak Dixit is insistently demanding the return of his laptop so he can get "back to the business at hand."

Please let me know immediately if there is any aspect of this account that you take issue with. Thanks.

Best,
Alex


**Alejandro J. Fernandez**
Shareholder
Board Certified in Intellectual Property
813.275.5022 **|** Direct
813.420.8658 **|** Mobile
afernandez@brinksgilson.com
www.brinksgilson.com



**BRINKS GILSON & LIONE**
SunTrust Financial Centre - Suite 3500 **|** 401 East Jackson Street **|** Tampa, FL 33602

**Please Note:** This message is intended for the individual or entity named above and may constitute a privileged and confidential communication. If you are not the intended recipient, please do not read, copy, use, or disclose this message. Please notify the sender by replying to this message, and then

delete the message from your system. Thank you.