# EXHIBIT 7

| | |
|---|---|
| **From:** | Fernandez, Alex |
| **To:** | Dustin Deese |
| **Cc:** | HPSv.Dixit et al Litigation Group |
| **Subject:** | RE: Meet/Confer Re Laptop Fees and Expert Disclosure Deadline |
| **Date:** | Friday, January 3, 2020 5:01:17 PM |

Dustin,

One other point that warrants memorialization—you indicated you are experiencing an ongoing and increasing difficulty in getting Rak to respond in a meaningful way to your communications. If this is incorrect, please let me know. Thanks.

Best,
Alex

**Alejandro J. Fernandez**
Shareholder
Board Certified in Intellectual Property
813.275.5022 **|** Direct
813.420.8658 **|** Mobile
afernandez@brinksgilson.com
www.brinksgilson.com
**BRINKS GILSON & LIONE**
SunTrust Financial Centre - Suite 3500 **|** 401 East Jackson Street **|** Tampa, FL 33602



**Please Note:** This message is intended for the individual or entity named above and may constitute a privileged and confidential communication. If you are not the intended recipient, please do not read, copy, use, or disclose this message. Please notify the sender by replying to this message, and then delete the message from your system. Thank you.

**From:** Fernandez, Alex
**Sent:** Friday, January 3, 2020 3:29 PM
**To:** Dustin Deese <dustin@deeselegal.com>
**Cc:** HPSv.Dixit et al Litigation Group <HPSvDixitetalLitigationGroup@brinksgilson.com>
**Subject:** Meet/Confer Re Laptop Fees and Expert Disclosure Deadline

Dustin,

At our meet/confer concerning the fees on the laptop motion, you indicated that Rak Dixit did not authorize you to negotiate any fees payment whatsoever—despite the Court's order. Moreover, you indicated he first wanted to know whether we had sent the laptop to an expert yet and whether he can have it back. In response to his urgency, I asked why he needs it back so urgently. You indicated you would raise the topic with him.

Regardless, we indicated HealthPlan would accept $5100 in fees to avoid further motions practice

on fees.  You indicated that you would speak with him again before 1/6 to determine whether he would agree to any payment.  We agreed on a follow-up meet/confer on 1/6 at 4pm.

We also discussed adding a rescheduling of the expert disclosure deadline to the 1/24 hearing.  You didn't oppose any extension of time to the expert disclosure deadline.

If this is not accurate, please let us know.  Thanks.

Best,
Alex

**Alejandro J. Fernandez**
Shareholder
Board Certified in Intellectual Property
813.275.5022 **|** Direct
813.420.8658 **|** Mobile
afernandez@brinksgilson.com
www.brinksgilson.com
**BRINKS GILSON & LIONE**
SunTrust Financial Centre - Suite 3500 **|** 401 East Jackson Street **|** Tampa, FL 33602

**Please Note:** This message is intended for the individual or entity named above and may constitute a privileged and confidential communication. If you are not the intended recipient, please do not read, copy, use, or disclose this message. Please notify the sender by replying to this message, and then delete the message from your system. Thank you.