# EXHIBIT 8

| Date | Attorney | Task | Time | Rate | Fee |
|---|---|---|---|---|---|
| 11/13/2019 | Alejandro Fernandez | Preparing for and attending Court ordered meet and confer with Shyamie Dixit and Dustin Deese; Drafting and revising motion for sanctions in connection with refusal to schedule inspection of laptop of Kutsomarkos as ordered by Court; Formulating strategy regarding same | 7.30 | $400 | $ 2,920.00 |
| 11/14/2019 | Alejandro Fernandez | Continuing to draft and revise motion for sanctions in connection with refusal to produce laptop for inspection by Defendants; Reviewing and analyzing authorities regarding same | 3.90 | $400 | $ 1,560.00 |
| 11/15/2019 | Alejandro Fernandez | Drafting and revising motion for sanctions in connection with refusal by defendants to produce laptop and associated hard drives for inspection | 3.30 | $400 | $ 1,320.00 |