UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**HEALTHPLAN SERVICES, INC.,**

    **Plaintiff,**

v.                                                       Case No. 8:18-cv-2608-T-23AAS

**RAKESH DIXIT, et al.,**

    **Defendants.**
_____/

## ORDER

On Friday January 24, 2020, the court addressed HealthPlan's amended motion to compel compliance with this court's order at Docket 233, for sanctions, a finding of contempt and for specific attorney's fees, and renewed motion. (Doc. 248). For the reasons stated at the hearing, the following is **ORDERED**:

1. HealthPlan's motion to compel compliance with court order is **GRANTED.**

2. Mr. Rakesh Dixit must search for any back-up hard drives of Ms. Feron Kutsomarkos's laptop within his possession.

3. Mr. Rakesh Dixit must deliver all back-up hard drives in his possession to Brinks, Gilson & Lione, PC, 401 East Jackson Street, Suite 3500, Tampa, Florida 33602 ("HealthPlan's law firm") by **Tuesday January 28, 2020 by 12 p.m.**

4. Mr. Rakesh Dixit must not access these hard drive(s), including the data

on the hard drive(s), under any circumstances.

5. When Mr. Rakesh Dixit delivers the hard drive(s) to HealthPlan's law firm, he must also provide all passwords to those hard drive(s) in a sealed envelope marked "CONFIDENTIAL PASSWORD."

6. A staff member of HealthPlan's law firm[1] is to pack up the hard drive(s) and the sealed password envelope and ship them, via a trackable delivery method, to EPIQ headquarters in Phoenix, Arizona. Mr. Rakesh Dixit is permitted to observe the staff member pack and seal the box for shipping.

7. No one at HealthPlan's law firm is to access the hard drive(s), including the data on the hard drive(s), or open the sealed password envelope.

8. Once EPIQ receives the package, they can access the hard drive(s) to change or remove any passwords, but no password should remain the same password used by Mr. Rakesh Dixit and the password paper must be destroyed after EPIQ successfully accesses the hard drive(s).

9. No later than **12 p.m. on Wednesday, January 29, 2020**, Mr. Rakesh Dixit must file a sworn declaration. The sworn declaration must contain the following information:

   a. A description of how he thoroughly looked for every hard drive

---

[1] This person at HealthPlan cannot be any attorney associated with case but rather a staff member of Brinks, Gilson & Lione, PC.

        containing a back-up of Ms. Kutsomarkos's laptop and how many he located.

    b.    The number and a description (brand and color) of the hard drive(s) given to HealthPlan's law firm.

    c.    The time of delivery at HealthPlan's law firm and to whom the hard drive(s) were delivered.

    d.    His compliance with providing any passwords in a sealed envelope.

    e.    Whether he observed the staff member of HealthPlan's law firm package the hard drive(s) and password envelope for shipment.

    f.    An affirmation he did not access the hard drive(s) or any data on the hard drive(s) between the Friday January 24th hearing and when he delivered the hard drive(s) to HealthPlan's law firm.

10.    No later than **12 p.m. on Wednesday, January 29, 2020**, HealthPlan must file a Notice of Compliance stating:

    a.    No one at HealthPlan's law firm accessed the hard drive(s), any data on the hard drive(s), or the sealed password envelope.

    b.    The date and time the package enclosing the hard drive(s) and password were sent to EPIQ in Arizona.

    c.    HealthPlan's counsel advised EPIQ to treat the password envelope in accord with this Order.

11. Previously, HealthPlan moved to have the Dixit defendants turn over the ordered hard drives and laptop. (Doc. 218). The court granted the motion and awarded HealthPlan reasonable attorney's fees incurred for the meet and confers with the Dixit defendants on this issue and filing its motion. (Doc. 233). HealthPlan calculated $5,800.00 will reimburse its reasonable attorney's fees. HealthPlan's motion for $5,800.00 (Doc. 248) is **GRANTED.** HealthPlan is awarded reasonable attorney's fees of $5,800.00 to be paid by the February 25, 2020 hearing.

12. HealthPlan also moves for attorney's fees and costs incurred preparing the current motion. HealthPlan's motion for fees and costs incurred preparing the current motion is **GRANTED**. HealthPlan is entitled to its reasonable attorney's fees and costs. Awarded costs include the reasonable charges of EPIQ and expert Russell Brown billed from December 23, 2019 through January 24, 2020.

    a. HealthPlan's motion specifying the amount of requested reasonable attorney's fees and costs must be filed with support from affidavits and invoices by **Monday, February 3rd.**

    b. If the Dixit defendants wish to object to the amount HealthPlan requests, their response is due by **Monday, February 10th.**

4

13. HealthPlan's requests for additional sanctions of a daily monetary sanction, finding the Dixit defendants in contempt of court orders, and default judgment continue to be **TAKEN UNDER ADVISEMENT** pending EPIQ's access and review of the additional hard drive(s).

**ORDERED** in Tampa, Florida, on January 24, 2020.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge