UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES - CIVIL GENERAL**

| | |
|---|---|
| CASE NO.   8:18-cv-2608-T-23AAS | DATE   January 24, 2020 |
| TITLE   Healthplan Services v. Rakesh Dixit, Feron Kutsomarkos, et al. | |
| TIME   2:00 – 4:46 | TOTAL   2 hrs 46 min. |
| Honorable   AMANDA ARNOLD SANSONE | Deputy Clerk   Cathy Morgan |
| Court Reporter/Tape   David Collier/Digital | Courtroom   10B |

| Attorney for Plaintiff | Attorney for Defendant: | Defendant(s): |
|---|---|---|
| Alejandro Fernandez, Esq. | Dustin Deese, Esq. | |
| William Frankel, Esq. | Shaym Dixit, Jr., Esq. | |

**PROCEEDINGS:**

**MOTIONS HEARING**

The court hears argument on Defendant's Motion to Withdraw as Attorney (Dkt. 208); Plaintiff's Motion for Sanctions (Dkt. 226); Defendant's Emergency Motion to Withdraw as Attorney (Dkt. 236); and Plaintiff's Amended Motion to Compel (Dkt. 248). Court questions Rakesh Dixit, witness sworn. Plaintiff cross examines witness. Defendant Kutsomarkos cross examines witness. Defendant calls Feron Kutsomarkos, witness sworn. Court will issue a written orders.