UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HEALTHPLAN SERVICES, INC.,
a Florida corporation,
    Plaintiff,

vs.                                          Case No.:  8:18-cv-02608-SDM-AAS

RAKESH DIXIT, an individual,
FERON KUTSOMARKOS, an individual,
E-INTEGRATE, INC., a Florida corporation,
KNOWMENTUM, INC, a Florida
corporation, and
MEDIA SHARK PRODUCTIONS, INC., a
Florida corporation,

    Defendants.
_____/

**SECOND MOTION TO WITHDRAW AS CO-COUNSEL FOR DEFENDANT
E-INTEGRATE, INC. AND COUNSEL FOR FERON KUTSOMARKOS**

Attorneys Shyamie Dixit and Robert Vessel, of the Dixit Law Firm (collectively referred to as "Counsel" or "Dixit Law Firm"), pursuant to Local Rule 2.03(b), file this Second Motion to Withdraw, requesting an order from the Court allowing them to withdraw as co-counsel for Defendant E-INTEGRATE, INC. ("E-Integrate") and counsel FERON KUTSOMARKOS ("Kutsomarkos") (collectively referred to as "Defendants "). In support, Dixit Law Firm states the following:

1.    Since Dixit Law Firm's First Motion to Withdraw (Doc. No. 208), circumstances continue to make it mandatory for Dixit Law Firm to withdraw as attorneys for Defendants.

2.    However, on January 24, 2020, the Magistrate denied Dixit Law Firm's First Motion to Withdraw, *without prejudice*, and it suspended, *inter alia*, discovery deadlines "pending

1

[the] February 25, 2020 hearing" regarding, among other things, whether Co-Defendants complied with certain orders (*see, e.g.,* Doc. 252) and/or they obtain new counsel.

3.     After the hearing on January 24, 2020, and despite the Magistrate's order denying Dixit Law Firm's First Motion to Withdraw, Defendants specifically and explicitly discharged Dixit Law Firm as their counsel in this action.  Accordingly, undersigned counsel is ethically obligated to file this motion for leave to withdraw pursuant to Rule 4-1.16(a)(3) of the Rules Regulating the Florida Bar, which provides:

> **When Lawyer Must Decline or Terminate Representation**. Except as stated in subdivision (c), a lawyer shall not represent a client or, where representation has commenced, shall withdraw from the representation of a client if […] the lawyer is discharged.

4.     In addition, irreconcilable differences continue between Counsel and the Defendants that preclude Counsel from continuing to represent them in these proceedings; and, Dixit Law Firm is not able to provide further assistance or work for the Defendants in this lawsuit. *See* Rule 4-1.16(b) of the Rules Regulating the Florida Bar.  Defendants have indicated that they will not be retaining new counsel.

5.     In light of the foregoing, the undersigned attorneys and law firm move to withdraw as counsel for the Defendants.  If the Court requests additional information underlying this motion, undersigned counsel will offer further details in an *in camera* setting in order to preserve attorney-client confidences.  However, "[t]he lawyer's statement that professional considerations require termination of the representation ordinarily should be accepted as sufficient" (*see* Comment, Rule 4-1.16 of the Rules Regulating the Florida Bar).

6.     This motion should be granted because Counsel has shown that withdrawal will not prejudice any party *and* that there is good cause.  Therefore, Counsel requests permission to withdraw from further representation of the Defendants.

WHEREFORE, for the reasons stated above, Shyamie Dixit and Robert L. Vessel, and the Dixit Law Firm, and all its attorneys, pray for an Order of this Court permitting them to withdraw as counsel.

### CERTIFICATE OF CONFERENCE PURSUANT TO LOCAL RULE 3.01(g)

Pursuant to Local Rule 3.01(g), Plaintiff's counsel has consistently and repeatedly opposed the relief requested, including during the hearing on January 24, 2020.

### CERTIFICATE THAT THE PARTIES CONFERRED

Pursuant to Local Rule 2.03(b), undersigned counsel has given more than ten (10) days' notice to the parties and/or client affected thereby, and to opposing counsel.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing is being emailed on January 27, 2020, to all counsel of record who are CM/ECF participants, and by email delivery to Feron Kutsomarkos and E-Integrate, Inc., c/o Rakesh Dixit.

> Respectfully submitted,
> **DIXIT LAW FIRM**
> */s/ Shyamie Dixit*
> Shyamie Dixit, Esq. (sdixit@dixitlaw.com)
> Florida Bar No.: 719684
> Robert L. Vessel, Esq. (rvessel@dixitlaw.com)
> Florida Bar No.: 314536
> 3030 N. Rocky Point Drive West, Suite 260
> Tampa, FL 33607
> Telephone: (813) 252-3999
> Fax: (813) 252-3997