**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

CASE NO.: 8:18-cv-02608-SDM-AAS

HEALTHPLAN SERVICES, INC.,
a Florida corporation,

    Plaintiff,

v.

RAKESH DIXIT, an individual,
FERON KUTSOMARKOS,
an individual,
E-INTEGRATE, INC.,
a Florida corporation,
KNOWMENTUM, INC,
a Florida corporation,
and
MEDIA SHARK PRODUCTIONS, INC.,
a Florida corporation,

    Defendants.
_____/

## **NOTICE OF COMPLIANCE**

PLEASE TAKE NOTICE, that in accordance with Order (D.E. 252), signed by Amanda Arnold Sansone, the undersigned counsel, Alejandro J. Fernandez, states the following:

1) On January 28, 2020 at approximately 11:25 a.m. Rakesh Dixit hand-delivered to the office of Brinks Gilson & Lione, 401 E. Jackson Street, Suite 3500, Tampa, FL 33602, a single Backup Plus Ultra Touch Seagate Rescue Edition hard drive, serial no. NAB1816C. The hard drive label states that the hard drive has a 2TB capacity.

2) In strict compliance with the Court's order, no one at Brinks Gilson & Lione accessed the hard drive or any data on the hard drive.

3) Rakesh Dixit did *not* produce a sealed envelope containing any password(s) together with the hard drive.

4) Said hard drive was received by Cynthia Lovell. In the presence of Rakesh Dixit, Ms. Lovell photographed, bubble wrapped, and sealed the hard drive in a FedEx box with a label addressed to EPIQ, 3255 E. Elwood Street, Suite 110, Phoenix, AZ 85034.

5) Mr. Dixit declined to accompany Ms. Lovell to deliver said FedEx package to a FedEx dropbox.

6) On January 28, 2020, at 11:35 a.m., Ms. Lovell delivered the packaged hard drive to FedEx for next day delivery to EPIQ.

7) Although HealthPlan's counsel previously notified EPIQ to treat the password envelope in accordance with said Court order [D.E. #252], there was no password provided so such instructions are moot.

Dated: January 28, 2020          Respectfully Submitted,

By: */s/ Alejandro J. Fernandez*

Alejandro J. Fernandez
Fla. Bar No. 32221
Board Certified in Intellectual Property Law
E-mail: afernandez@brinksgilson.com
Stephen J. Leahu
Fla. Bar No. 54037
Board Certified in Intellectual Property Law
E-mail: sleahu@brinksgilson.com
**BRINKS GILSON & LIONE, P.A.**
401 E. Jackson Street, Suite 3500
Tampa, FL 33602
Telephone No. (813) 275-5020

Facsimile No. (305) 275-5021

William H. Frankel
IL ARDC No. 3127933
*Admitted Pro Hac Vice*
wfrankel@brinksgilson.com
Andrew J. Avsec
IL ARDC No. 6292313
*Admitted Pro Hac Vice*
aavsec@brinksgilson.com
**BRINKS GILSON & LIONE, P.C.**
NBC Tower, Suite 3600
455 N. Cityfront Plaza Drive
Chicago, Illinois 60611
Telephone No. (312) 321-4200
Facsimile No. (312) 321-4299
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on January 28, 2020, I electronically filed the foregoing document with the Clerk of the Court CM/ECF.

*/s/ Alejandro J. Fernandez*
Alejandro J. Fernandez