UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**HEALTHPLAN SERVICES, INC.,**

    **Plaintiff,**

v.                                          Case No. 8:18-cv-2608-T-23AAS

**RAKESH DIXIT, et al.,**

    **Defendants.**
_____/

## ORDER

At the January 24, 2020 hearing, the court addressed HealthPlan's two pending motions for sanctions (Docs. 226, 248) and defense counsel's then-pending motions to withdraw (Docs. 208, 236).

For the reasons stated at the hearing, the following is **ORDERED**:

1. At the joint request of the parties, the January 24th hearing is continued to **Tuesday February 25, 2020 at 10 a.m.**

2. Ms. Feron Kutsomarkos and Mr. Rakesh Dixit must attend the hearing and be prepared to testify—answering questions presented by the court or counsel.

3. No later than **5 p.m. on Friday, February 21, 2020**, the Dixit defendants must comply with **all** discovery orders (Docs. 93, 141, 200, 234, 252).

4. If the Dixit defendants fail to comply with any of these discovery orders by 5 p.m. on Friday, February 21, 2020, the Dixit defendants must be prepared to show cause at the February 25th hearing as to why they should not be sanctioned. If necessary, at the February 25th hearing, the court will set deadlines for the parties to brief what specific sanction is appropriately tailored to any discovery misconduct or failure to comply with prior orders. If HealthPlan continues to seek default judgment as the sanction, HealthPlan must supplement its briefing and detail the facts supporting this most extreme case-dispositive sanction.

5. At the January 24th hearing, the Dixit defendants stated they intend to hire substitute counsel even though they offer no information about any ongoing efforts to hire new counsel despite Attorney Deese advising them of his intent to withdraw on December 13, 2019. (Doc. 236). Ms. Kutsomarkos and E-Integrate, Inc. have known about Attorney Dixit's intent to withdraw for over three months. (Doc. 208). To date, no substitute counsel has appeared for any defendant.[1]

---

[1] Another January 28, 2020 order denies without prejudice defense counsel's requests to withdraw. (Doc. 257). Though Mr. Dixit and Ms. Kutsomarkos can appear pro se if the court ultimately permits their current counsel to withdraw, the corporate defendants cannot. Local Rule 2.03(e), M.D. Fla. Because the corporate defendants cannot proceed without counsel, permitting current counsel to withdraw without substitute counsel for the corporate defendants could result in such severe consequences as striking the corporate defendants' pleadings and entry of a clerk's default.

6. A January 24th order required Mr. Rakesh Dixit to provide any back-up hard drives of Ms. Kutsomarkos's laptop to HealthPlan for expert review. (Doc. 252). Pending the outcome of the expert's review, the court took HealthPlan's requests for additional sanctions (Doc. 248) under advisement.

7. Consequently, HealthPlan's two motions for sanctions (Docs. 226 and 248) continue to be **TAKEN UNDER ADVISEMENT** pending the February 25th hearing and any subsequent deadlines for supplemental briefing.

8. Any status reports or other information for the court's consideration in advance of the February 25th hearing must be filed no later than **2 p.m. on Monday, February 24, 2020**.

**ORDERED** in Tampa, Florida, on January 28, 2020.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge