| | |
|---|---|
| HEALTHPLAN SERVICES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 8:18-cv-2608-T-23AAS |
| ) | |
| RAKESH DIXIT, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## AFFIDAVIT OF RAKESH DIXIT

STATE OF FLORIDA             :

COUNTY OF __Pinellas_____             :

**BEFORE ME**, the undersigned authority, personally appeared RAKESH DIXIT, who, after being duly sworn, deposes and says:

1. A description of how I thoroughly looked for every hard drive:
   I went to where the drive was stored after recovering the native email flies requested (provided to counsel on the October 16th mandatory hearing) and of drives made and delivered from the computer provided to counsel on October 19th, per court order. It is the only drive remaining. Seagate: S/N - NAB1816C. **Exhibit 1.**

2. The Drive was received & documented by Cynthia Lovell of Brinks, Gilson & Lione, PC. at their office as seen on **Exhibit 2.**

3. The time of delivery, as noted in Exhibit 2, was 11:25 AM.

4. As I was not permitted to access the drive and that it was not prepared to be shipped before the court's request on Friday, Jan. 24th, 2020, I expect that it

is not protected or encrypted, but could not determine, if credentials were established to access it.

5. I observed the staff member, Cynthia Lovell, of HealthPlan's law firm package the hard drive as seen on **Exhibit 3.**

6. I did not access this hard drive or any data on the hard drive between the Friday January 24th hearing and when I delivered the hard drive to HealthPlan's law firm.

THIS CONCLUDES MY AFFIDAVIT.

_____
RAKESH DIXIT

**SWORN TO** and subscribed before me on 30th day of January 2020 by RAKESH DIXIT, who is personally known to me ____ OR who produced his __Drivers License__ as identification.

[Notary stamp: TYLER JONES, MY COMMISSION #GG100435, EXPIRES: MAY 02, 2021, Bonded through 1st State Insurance]

_____
Notary Public, State of Florida

My commission expires: May 02, 2021
Commission No.: GG100435





1/28/ 11.25

STAFF drugs
SW

NAB1816C

2 tab feribet
drive

**EXHIBIT 3**

