## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

HEALTHPLAN SERVICES, INC.,
     Plaintiff,

v.                                CASE NO.: 8:18-cv-02608-SDM-AAS

RAKESH DIXIT, *et al*.,
     Defendants.
_____/

## PLAINTIFF'S OPPOSED MOTION FOR SPECIFIC FEES AND COSTS PURSUANT TO JANUARY 24, 2020 ORDER [ECF NO. 252]

Pursuant to Fed. R. Civ. P. 37 and L.R. 3.04(a), Plaintiff, HealthPlan Services, Inc. ("HealthPlan"), by and through its undersigned counsel, for good and just cause, respectfully moves this Court to compel Rakesh Dixit, KnowMentum, Inc., and Media Shark Productions, Inc. (collectively the "Dixit Defendants"), to pay HealthPlan's fees and costs pursuant to the January 24, 2020 Order, ECF No. 252 (the "Order"). In support of this Motion, HealthPlan states as follows:

Pursuant to the Order, the Court granted HealthPlan its reasonable attorneys' fees in connection with preparing its Motion to Compel, ECF No. 248. Order, para. 12. The Court further granted HealthPlan its reasonable expenses incurred in connection with work done by its forensic expert, Epiq Discovery Solutions, Inc., between December 23, 2019 and January 24, 2020. *Id.*

A reasonable attorney fee is calculated by multiplying the number of hours reasonably expended by the reasonable hourly rate. *Hensley v. Eckerhart*, 461 U.S. 424, 433 (1983). A "reasonable hourly rate" is "the prevailing market rate in the relevant legal community for similar services by lawyers of reasonably comparable skills, experience, and reputation." *Norman v. Housing Auth. of Montgomery*, 836 F.2d 1292, 1299 (11th Cir. 1988). In determining the reasonable amount of hours, the Court may conduct an hour-by-hour analysis or it may reduce the

requested hours across the board.  *Bivins v. Wrap It Up, Inc.*, 548 F.3d 1348, 1350 (11th Cir. 2008).

The party requesting the fee should submit documentation in support of the request.  *Hensley*, 461

U.S. at 433.  Nonetheless, the Court "is itself an expert on the question and may consider its own

knowledge and experience concerning reasonable and proper fees and may form an independent

judgment either with or without the aid of testimony of witnesses as to value." *Campbell v. Green*,

112 F.2d 143, 144 (5th Cir. 1940).

HealthPlan incorporates by reference Sections II-III of its Motion for Specific Fees and

Costs, 2-5, ECF No. 206, and the affidavit attached thereto, which relate to the reasonableness of

the hourly rates of its attorneys.  Based on the Order, HealthPlan presents the following attorneys'

fees and hours incurred by HealthPlan in preparing its motion, as well as HealthPlan's reasonable

expenses incurred in connection with work done by its forensic expert, Epiq Discovery Solutions,

Inc. ("Epiq"), between December 23, 2019 and January 24, 2020:

| Attorney | Hours[1] | Reduced Hourly Rate[2] | Amount |
|---|---|---|---|
| William Frankel, Shareholder | 5.0 | $550 | $2,750 |
| Alejandro Fernandez, Shareholder | 31.3 | $400 | $12,520 |
| Stephen Leahu, Senior Associate | 1.2 | $325[3] | $390 |
| Cindy Lovell, Paralegal | 1.4 | $125 | $175 |
| Epiq's Invoices Costs/Expenses for Forensic Collection, Preservation and Analysis of Laptop and External Hard Drive Between | | | $13,928.13 |

---

[1] The hours identified in the chart reflect time spent on tasks related to the Motion to Compel, ECF No. 248.  The hours are based on the redacted invoice attached as Exhibit 1.

[2] The reduced hourly rate is based on the amount set by the Court as reasonable in the December 20, 2019 Order granting Plaintiff attorneys fees (ECF 234).

[3] Mr. Leahu is a senior associate, who graduated from law school in 2007.  He has more than 10 years of litigation experience.  Given his experience level is between Ms. Christou's ($250 per ECF 234) and Mr. Fernandez ($400 per ECF 234), HealthPlan has set his rate for purposes of this motion at $325 per hour in line with the Court's previous order (ECF 234).

| Dec. 23, 2019 and January 24, 2020[4] | | | |
|---|---|---|---|
| Federal Express charges | | | $134.69 |
| Expenses covering laptop shipping box | | | $24.95 |
| Search charges | | | $44.30 |
| Total | 38.9 | | $29,967.07 |

HealthPlan respectfully submits that it expended at least 38.9 hours in addressing the discovery issues relevant here.  An attorney should exercise proper "billing judgment" and exclude those hours that would be unreasonable to bill a client or opposing counsel.  *Duckworth v. Whisenant*, 97 F.3d 1393, 1397 (11th Cir. 1996), *citing Norman*, 836 F.2d at 1301.  Here, HealthPlan incurred hours meeting and conferring with the Dixit Defendants' counsel, memorializing such meetings to ensure accountability of Dixit Defendants, coordinating with forensic experts, researching and drafting an extensive, and ultimately successful, 12 page motion supported by citations to authorities, hearing transcripts and correspondences.

Accordingly, pursuant to the Order, HealthPlan moves this Court for an order that the Dixit Defendants immediately pay HealthPlan $29,967.07 in reasonable attorneys' fees and expert expenses.

Dated: February 3, 2020                    Respectfully Submitted,

                                           */s/Andrew J. Avsec*_____

                                           Andrew J. Avsec
                                           (IL ARDC No. 6292313)
                                           *Admitted Pro Hac Vice*
                                           William H. Frankel
                                           (IL ARDC No. 3127933)
                                           *Admitted Pro Hac Vice*
                                           **BRINKS GILSON & LIONE**
                                           NBC Tower, Suite 3600
                                           455 N. Cityfront Plaza Drive
                                           Chicago, Illinois 60611

---

[4] Epiq's invoice is attached as Exhibit 2.

aavsec@brinksgilson.com
wfrankel@brinksgilson.com
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

*Attorneys for Plaintiff*
*HealthPlan Services, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY certify that on February 3, 2020, I electronically filed the foregoing document

with the Clerk of the Court CM/ECF.

*/s/ Andrew J. Avsec*
Andrew J. Avsec

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

HEALTHPLAN SERVICES, INC.,
     Plaintiff,

v.                             CASE NO.: 8:18-cv-02608-SDM-AAS

RAKESH DIXIT, *et al.*,
     Defendants.

_____/

## AFFIDAVIT IN SUPPORT OF PLAINTIFF'S OPPOSED MOTION FOR SPECIFIC FEES AND COSTS PURSUANT TO JANUARY 24, 2020 ORDER [ECF NO. 252]

State of Illinois        )
                          ) ss
County of Cook        )

1.     My name is Andrew J. Avsec.  I am over eighteen (18) years of age, and I am a shareholder at the law firm Brinks Gilson & Lione in Chicago, Illinois, which represents Plaintiff HealthPlan Services, Inc. in the above-captioned proceeding.

2.     I attach as Exhibit 1 a true and correct copy of the redacted Brinks Gilson & Lione invoice issued to HealthPlan Services, Inc. dated January 31, 2020, consisting of fees and costs related to the above-captioned proceeding from January 1, 2020 to January 31, 2020.

3.     I attach as Exhibit 2 a true and correct copy of the Epiq eDiscovery Solutions Inc. invoice issued to HealthPlan Services, Inc. dated January 18, 2020,

consisting of fees and costs related to the reasonable charges of Epiq and expert

Russell Brown billed from December 23, 2019 through January 24, 2020.


_____
Andrew J. Avsec


SUBSCRIBED AND SWORN to
Before me this 3rd day of February, 2020

_____
Notary Public

"OFFICIAL SEAL"
LAURA MARKHAM
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 5/25/2020

# EXHIBIT 1

**Federal ID** ▆▆▆▆▆▆▆

**799105**

Intellectual Property
Law Worldwide



NBC Tower – Suite 3600
455 N. Cityfront Plaza Drive
Chicago, Illinois 60611-5599
Telephone 312.321.4200
Facsimile  312.321.4299
brinksgilson.com

Natarsha D. Nesbitt, Esq.
Corporate Counsel & Privacy Officer
HealthPlan Services, Inc.
3501 Frontage Road
Tampa, FL 33607
nnesbitt@healthplan.com

| | |
|---|---|
| Invoice: | 799105 |
| Date: | January 31, 2020 |
| Client: | 16355 |

**For Services Rendered Through January 31, 2020:**

Re:   16355.00003   **HealthPlan Services - Trade Secret Misappropriation and Related
Actions From the Alleged Theft of Proprietary Software**

**Services**

| | | | |
|---|---|---|---|
| 01/03/2020 | Alejandro Fernandez | Preparing for meet and confer with opposing counsel regarding fees incurred in connection with laptop motion; Attending meet and confer regarding same, as well as meet and confer regarding motion for continuation of expert report deadlines; Formulating strategy regarding same; Drafting correspondences to William Frankel and Andrew Avsec regarding same | 3.30 |
| 01/03/2020 | William Frankel | Conferring regarding chain of custody for laptop; | 1.10 |
| 01/03/2020 | Cynthia Lovell | Telephone conversation with Russel Brown regarding laptop and hard drive forensic inspection; Follow up call regarding address for delivery of laptop and hard drive; Securing laptop and hard drive for delivery; Confirming tracking number with Mr. Brown; | 1.00 |

**Brinks Gilson & Lione**
Invoice No.:799105
January 31, 2020

Page 2

| | | | |
|---|---|---|---|
| 01/06/2020 | Alejandro Fernandez | | 6.50 |

Conferring with computer forensics expert regarding evaluation of laptop and hard drive; Drafting correspondences to opposing counsel regarding same; Conferring with Andrew Avsec and William Frankel regarding expert reports and forensic issues

| | | | |
|---|---|---|---|
| 01/06/2020 | William Frankel | | 2.20 |

Conferring and corresponding regarding forensic exam of laptop and hard drive;

| | | | |
|---|---|---|---|
| 01/06/2020 | Stephen J. Leahu | Conferring with Mr. Brown and Mr. Fernandez regarding the forensic imaging of the hard drive and laptop; | 0.40 |

| | | | |
|---|---|---|---|
| 01/07/2020 | Alejandro Fernandez | | 4.20 |

as well as issues pertaining to laptop and hard drive expert review and
Reviewing and analyzing correspondence from Rak Dixit; Attending meet and confer with Dustin Deese regarding same; Attending follow-up meet and confer with Dustin Deese regarding laptop passwords

**Brinks Gilson & Lione**
Invoice No.:799105
January 31, 2020

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 01/08/2020 | Alejandro Fernandez | Conferring with digital forensics expert concerning laptop analysis status; Formulating strategy regarding same; Attending meet and confer with opposing counsel concerning status of encryption keys for laptop and history of same; Considering same in connection with draft motion to compel and for sanctions; Revising and drafting motion to compel | 5.50 |
| 01/08/2020 | Stephen J. Leahu | Conferring with Mr. Fernandez regarding the request for the password to access Defendants' laptop, and the inconsistent positions taken by Defendants' counsel and Defendant Rak Dixit; | 0.20 |
| 01/09/2020 | Alejandro Fernandez | Continuing to draft and revise extensive portions of motion to compel, for sanctions and for specific attorneys fees; Drafting correspondences regarding same; Conferring with Dustin Deese regarding same | 7.30 |
| 01/09/2020 | Stephen J. Leahu | Conferring with Mr. Fernandez regarding spoliation of evidence residing on Defendants' laptop; Conferring with Mr. Fernandez regarding a fees matrix; | 0.40 |

**Brinks Gilson & Lione**
Invoice No.:799105
January 31, 2020

Page 4

| 01/10/2020 | Alejandro Fernandez | Continuing to extensively draft and revise motion to compel, for sanctions and order to show cause; Reviewing and analyzing authorities relating to same; Conferring with William Frankel and Andrew Avsec regarding same; Formulating strategy regarding sanctions hearing | 7.00 |
|---|---|---|---|
| 01/10/2020 | William Frankel | Working on draft Omnibus sanctions motion; | 2.50 |
| 01/13/2020 | Alejandro Fernandez | Reviewing and analyzing correspondence from Johnny Hightower regarding motion to compel; Formulating strategy regarding response to same; Reviewing and analyzing correspondences from William Frankel regarding same; Drafting responses to same | 0.70 |
| 01/14/2020 | Alejandro Fernandez | Reviewing and analyzing correspondence from opposing counsel; Formulating strategy regarding response to same; Amending motion to compel based on same | 1.90 |
| 01/14/2020 | William Frankel | Proposing language for amended motion; | 1.50 |
| 01/14/2020 | Stephen J. Leahu | Conferring with Mr. Brown and Mr. Fernandez regarding results from forensic investigation; | 0.20 |
| 01/14/2020 | Cynthia Lovell | Finalizing and filing Amended Motion to Compel Compliance with court order; | 0.40 |

**Brinks Gilson & Lione**                                                                 Page 5
Invoice No.:799105
January 31, 2020

01/20/2020    Alejandro                                                          6.80
              Fernandez                           Conferring with forensics
                                  expert regarding same;

01/21/2020    Alejandro                                                          7.00
              Fernandez
                                     Conferring with forensics expert
                          concerning same; Drafting declaration in
                          connection with same

**Brinks Gilson & Lione**
Invoice No.:799105
January 31, 2020

| 01/22/2020 | Stephen J. Leahu | Conferring with Mr. Fernandez regarding the spoliation evidence, and the upcoming hearing; | 0.30 |

**Brinks Gilson & Lione**
Invoice No.:799105
January 31, 2020

**Disbursements**

| | |
|---|---:|
| Federal Express charges | $134.69 |
| Expenses covering laptop shipping box for shipping defendant's laptop and drive for forensic inspection | $24.95 |
| Search charges | $44.30 |
| **Total Disbursements** | **$203.94** |

**Brinks Gilson & Lione**                                                    Page 8
Invoice No.:799105
January 31, 2020

**Federal ID**

**799105**

Natarsha D. Nesbitt, Esq.
Corporate Counsel & Privacy Officer
HealthPlan Services, Inc.
3501 Frontage Road
Tampa, FL 33607
nnesbitt@healthplan.com

| | |
|---|---|
| Invoice: | 799105 |
| Date: | January 31, 2020 |
| Client: | 16355 |

**For Services Rendered Through January 31, 2020:**



# EXHIBIT 2



# Invoice

Page 1 of 1

**Remit to**
Epiq eDiscovery Solutions Inc
Dept 0250
P.O. Box 120250
Dallas, TX 75312-0250

For billing questions, call 913-621-9980
or billing@epiqglobal.com

Epiq eDiscovery Solutions Inc
777 Third Ave, 12th Floor
New York, NY 10017

Payment by Wire:
Bank:                    Silicon Valley Bank (Santa Clara, CA)
ABA Routing:             121140399
Acct No:                 3300474842
SWIFT:                   SVBKUS6S

**Bill-To**

HealthPlan Services, Inc.
Attn: Natarsha D. Nesbitt
6700 Lakeview Center Drive
Tampa FL 33619

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90410618 | Invoice Date | 01/18/2020 |
| Purchase Order No. | | | |
| Customer No. | 3010053 | | |
| Currency | USD | | |
| Contract No. | 40032913 | | |
| Contract Description | OLKS08533 WIP0002 - HPS v Dixit | | |
| Terms of Payment | Net due in 60 days | | |
| Internal Reference No | WIP0002 | | |
| Project Number | P-1035780 | | |

**Comments**
Services for January 2020

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| FIL200 | Data Collection | 29.700 | H | 300.0000 | 8,910.00 |
| FIL203 | Forensic Analysis & Consulting, Tier III | 10.800 | H | 400.0000 | 4,320.00 |
| FIL310 | Forensic Project Manager | 1.400 | H | 210.0000 | 294.00 |
| PRO161 | 4 TB Internal Hard Drive | 1 | EA | 233.7500 | 233.75 |
| PRO162 | 4 TB External Hard Drive | 1 | EA | 147.5000 | 147.50 |

| | |
|---|---|
| Net Amount | 13,905.25 |
| Sales Tax | 22.88 |
| Total Amount Due (USD) | 13,928.13 |

**Open Items for Contract 40032913 as of 01/29/2020**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 01/08/2020 | Invoice | 90407360 | 03/08/2020 | 9,820.96 | USD |
| 01/18/2020 | Invoice | 90410618 | 03/18/2020 | 13,928.13 | USD |
| | | | Total: | 23,749.09 | USD |



CONFIDENTIAL

| Associate Name | Activity Description | Bill Code | Date | Total Time Worked | Additional Comments |
|---|---|---|---|---|---|
| Aaron Brown | FOR2 - Collection - Hourly | FIL200 | 1/6/2020 | 2.50 | Initial setup and review of the provided laptop & HDD. Client coordination and planning for processing and review. |
| Frank Garon | FOR1 - Collection - Hourly | FIL200 | 1/7/2020 | 4.50 | Forensic Lab Collections |
| Aaron Brown | FOR2 - Collection - Hourly | FIL200 | 1/7/2020 | 2.00 | Coordination with client on filevault2 decryption of macbook laptop. Preliminary review of external HDD image. |
| Aaron Brown | FOR1 - Collection - Hourly | FIL200 | 1/8/2020 | 2.00 | Partial Analysis of Macbook image on non-encrypted volumes |
| Aaron Brown | FOR2 - Collection - Hourly | FIL200 | 1/9/2020 | 3.50 | Continued analysis of Macbook image and external HDD image to answer client questions. |
| Aaron Brown | FOR2 - Collection - Hourly | FIL200 | 1/10/2020 | 3.50 | Continued analysis of macbook and HDD images |
| Aaron Brown | FOR2 - Collection - Hourly | FIL200 | 1/13/2020 | 2.00 | Analysis of Macbook Pro and External Time Machine backups from OS X |
| Aaron Brown | FOR2 - Collection - Hourly | FIL200 | 1/14/2020 | 1.00 | Analysis of Macbook Pro and External Time Machine backups from OS X |
| Frank Garon | FOR1 - Collection - Hourly | FIL200 | 1/15/2020 | 1.70 | Forensic Lab Collection for Comparative Analysis |
| Aaron Brown | FOR2 - Collection - Hourly | FIL200 | 1/17/2020 | 3.00 | Analysis of Macbook Pro and External Time Machine backups from OS X |
| Aaron Brown | FOR2 - Collection - Hourly | FIL200 | 1/20/2020 | 1.00 | Analysis of Time Machine backup artifacts for client |
| Aaron Brown | FOR2 - Collection - Hourly | FIL200 | 1/21/2020 | 2.00 | Analysis of Mac artifacts and coordination with client on declaration |
| Aaron Brown | FOR2 - Collection - Hourly | FIL200 | 1/22/2020 | 1.00 | Analysis of Mac artifacts |
| | | | | 29.70 | |
| | | | | | |
| Ashraf Massoud | FOR3 - Forensic Consulting & Analysis | FIL203 | 1/10/2020 | 3.20 | Forensic Analysis of laptop image and Time Machine |
| Ashraf Massoud | FOR3 - Forensic Consulting & Analysis | FIL203 | 1/13/2020 | 2.00 | Assisting with forensic analysis of Mac TimeMachine backup |
| Ashraf Massoud | FOR3 - Forensic Consulting & Analysis | FIL203 | 1/20/2020 | 3.50 | Analysis of laptop and time machine backups |
| Ashraf Massoud | FOR3 - Forensic Consulting & Analysis | FIL203 | 1/22/2020 | 1.80 | Forensic Analysis of TimeMachine Logs |
| Andrew Crouse | FOR3 - Forensic Consulting & Analysis | FIL203 | 1/22/2020 | 0.30 | Perform peer review of affidavit. |
| | | | | 10.80 | |
| | | | | | |
| Thomas Cawley | FOR – Manage engagement, coordinate task | FIL310 | 1/6/2020 | 0.70 | Coordinate media intake and forensic imaging of devices |
| Richard Jamison | FOR – Manage engagement, coordinate task | FIL310 | 1/6/2020 | 0.30 | correspondence with internal team and client |
| Richard Jamison | FOR – Manage engagement, coordinate task | FIL310 | 1/6/2020 | 0.20 | review case team correspondence to image laptop; reach out to client to discuss FileVault encryption |
| Richard Jamison | FOR – Manage engagement, coordinate task | FIL310 | 1/7/2020 | 0.20 | reach out to client RE custodian names and File Vault recovery key; internal discussion |
| | | | | 1.40 | |