**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

HEALTHPLAN SERVICE, INC.,
a Florida corporation,

       Plaintiff,

vs.

RAKESH DIXIT, an individual,
FERON KUTSOMARKOS, an
individual, E-INTEGRATE, INC.,
a Florida corporation, KNOWMENTUM,
INC., a Florida corporation, and
MEDIA SHARK PRODUCTIONS, INC.,
a Florida corporation,

       Defendants.
_____/

Case No: 8:18-cv-02608-SDM-AAS

## **NOTICE OF APPEARANCE**

*TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:*

Casey Reeder Lennox, of the law firm of Lennox Law, P.A., hereby gives notice of her appearance in the above captioned case as counsel for Plaintiff, HealthPlan Services, Inc. ("Plaintiff"). The undersigned hereby requests copies of all papers, notices, and pleadings in this case be directed to the undersigned.

Dated: February 7, 2020

Respectfully Submitted,

s/ Casey Reeder Lennox
Andrew W. Lennox     (FBN: 937681)
alennox@lennoxlaw.com
Casey Reeder Lennox   (FBN: 041986)
clennox@lennoxlaw.com
**LENNOX LAW, P.A.**
5100 W. Kennedy Blvd., Suite 120
Tampa, Florida 33609
Tel:  813-831-3800
Fax:  813-749-9456
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on February 7, 2020, I electronically filed the foregoing document with the Clerk of the Court via CM/ECF, which will send a notice of electronic filing to all counsel of record in this action.

s/ Casey Reeder Lennox