UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HEALTHPLAN SERVICES, INC.,
    Plaintiff,

v.                                                     CASE NO.: 8:18-cv-02608-SDM-AAS

RAKESH DIXIT, *et al.*,
    Defendants.
_____/

## **PLAINTIFF'S MOTION FOR SUBSTITUTION OF LOCAL COUNSEL**

Plaintiff, HEALTHPLAN SERVICES, INC. ("Plaintiff"), hereby moves this Court for entry of an order substituting attorneys Andrew W. Lennox, Esq. and Casey Reeder Lennox, Esq. of Lennox Law, P.A. as local counsel for Plaintiff, and states as follows:

    1.    The law firm of Brinks Gilson & Lione ("Brinks Gilson") is counsel of record for Plaintiff.

    2.    Attorneys Alejandro J. Fernandez, Esq. and Stephen J. Leahu, Esq. recently joined the law firm of Akerman LLP. Accordingly, Brinks Gilson's Tampa office has closed.

    3.    Brinks Gilson and its attorneys, William H. Frankel, Esq. and Andrew J. Avsec, Esq., will continue to represent Plaintiff as its lead counsel of record in this action.

    4.    Attorneys Frankel and Avsec have been admitted *pro hac vice* in this action (Doc. No. 10) and therefore, pursuant to Local Rule 2.02, must be affiliated with local counsel, resident in Florida, who is a member of the bar of this Court.

    5.    Accordingly, Plaintiff desires to substitute Lennox Law, P.A., and its attorneys, Andrew W. Lennox, Esq. and Casey Reeder Lennox, Esq., as local counsel in this

proceeding. Both attorneys are members of the bar of this Court, and are resident in Tampa, Florida.

6. By their signatures below, Attorneys Andrew Lennox and Casey Lennox consent to act as local counsel for Plaintiff in this matter.

7. By their signatures below, Attorneys Fernandez and Leahu consent to the proposed substitution.

8. This proposed substitution will not cause any continuance or delay and will not prejudice any party.

9. Pursuant to Local Rule 2.03(b), notice of the proposed substitution was provided to Plaintiff at least ten days prior to the filing of this motion.

10. Notice of the proposed substitution was provided to counsel for all Defendants on February 4, 2020. Because the proposed substitution only involves local counsel, and does not impact lead counsel, Plaintiff respectfully requests that, with respect to notice to opposing counsel, the ten-day notice requirement of Local Rule 2.03(b) be waived.

WHEREFORE, Plaintiff, HEALTHPLAN SERVICES, INC., respectfully requests this Court enter an order (a) substituting Lennox Law, P.A. and its attorneys, Andrew W. Lennox, Esq. and Casey Reeder Lennox, Esq., as local counsel for Plaintiff in this action; (b) relieving attorneys Alejandro J. Fernandez, Esq. and Stephen J. Leahu, Esq. from any further responsibility for the representation of the Plaintiff in this action; and (c) granting any further relief the Court deems just and appropriate.

**Local Rule 3.01(g) Certification**

Plaintiff's counsel (Attorney Frankel) has conferred with counsel for the Defendants regarding this motion. Attorneys Deese and Dixit have each stated that they were not authorized to consent on behalf of their respective clients.

**Consent to Substitution**

The undersigned consent to the substitution of Lennox Law, P.A. and its attorneys, Andrew W. Lennox, Esq. and Casey Reeder Lennox, Esq., as local counsel for Plaintiff, HealthPlan Services, Inc.

    s/ Alejandro J. Fernandez
    Alejandro J. Fernandez    (FBN: 32221)
    alejandro.fernandez@akerman.com

    s/ Stephen J. Leahu
    Stephen J. Leahu    (FBN: 54037)
    stephen.leahu@akerman.com

    Akerman LLP
    401 E. Jackson Street, Suite 1700
    Tampa, Florida 33602
    Tel:  813-223-7333
    Fax:  813-223-2837

**Consent to Designation as Local Counsel**

The undersigned consent to their designation as local counsel for Plaintiff in this action, upon whom notices and papers may be served and who will be responsible for the progress of the case, including the trial in default of the non-resident attorney(s).

                                        s/ Andrew W. Lennox
                                        Andrew W. Lennox    (FBN: 937681)
                                        alennox@lennoxlaw.com

                                        s/ Casey Reeder Lennox
                                        Casey Reeder Lennox   (FBN: 041986)
                                        clennox@lennoxlaw.com

                                        **LENNOX LAW, P.A.**
                                        5100 W. Kennedy Blvd., Suite 120
                                        Tampa, Florida 33609
                                        Tel:   813-831-3800
                                        Fax:   813-749-9456

Dated: February 7, 2020

Respectfully Submitted,

s/ Andrew W. Lennox
Andrew W. Lennox    (FBN: 937681)
alennox@lennoxlaw.com
Casey Reeder Lennox   (FBN: 041986)
clennox@lennoxlaw.com
**LENNOX LAW, P.A.**
5100 W. Kennedy Blvd., Suite 120
Tampa, Florida 33609
Tel:   813-831-3800
Fax:   813-749-9456

Andrew J. Avsec
(IL ARDC No. 6292313)
*Admitted Pro Hac Vice*
William H. Frankel
(IL ARDC No. 3127933)
*Admitted Pro Hac Vice*
**BRINKS GILSON & LIONE**
NBC Tower, Suite 3600
455 N. Cityfront Plaza Drive
Chicago, Illinois 60611
aavsec@brinksgilson.com
wfrankel@brinksgilson.com
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

*Attorneys for Plaintiff,
HealthPlan Services, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY certify that on February 7, 2020, I electronically filed the foregoing document with the Clerk of the Court via CM/ECF, which will send a notice of electronic filing to all counsel of record in this action.

s/ Andrew W. Lennox

5