**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

HEALTHPLAN SERVICES, INC.,

    Plaintiff,

v.                                                                                       CASE NO.: 8:18-cv-02608-SDM-AAS

RAKESH DIXIT, *et al.*,

    Defendants.
_____/

**NOTICE**

Plaintiff, HealthPlan Services, Inc. ("Plaintiff"), by undersigned counsel, and pursuant to this Court's Order entered February 12, 2020 (Doc. No. 265), hereby advises the Court that counsel for the parties have conferred and that all counsel are available on **February 19, 2020 at 3:00 p.m.** for a telephonic hearing to consider Plaintiff's Motion for Substitution of Local Counsel (Doc. No. 263).

Dated: February 13, 2020

Respectfully Submitted,

s/ Casey Reeder Lennox
Andrew W. Lennox    (FBN: 937681)
alennox@lennoxlaw.com
Casey Reeder Lennox    (FBN: 041986)
clennox@lennoxlaw.com
**LENNOX LAW, P.A.**
5100 W. Kennedy Blvd., Suite 120
Tampa, Florida 33609
Tel:   813-831-3800
Fax:   813-749-9456

Andrew J. Avsec
(IL ARDC No. 6292313)
*Admitted Pro Hac Vice*
William H. Frankel
(IL ARDC No. 3127933)
*Admitted Pro Hac Vice*
**BRINKS GILSON & LIONE**
NBC Tower, Suite 3600
455 N. Cityfront Plaza Drive
Chicago, Illinois 60611
aavsec@brinksgilson.com
wfrankel@brinksgilson.com
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

*Attorneys for Plaintiff,
HealthPlan Services, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY certify that on February 13 2020, I electronically filed the foregoing document with the Clerk of the Court via CM/ECF, which will send a notice of electronic filing to all counsel of record in this action.

s/ Casey Reeder Lennox