UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HEALTHPLAN SERVICES, INC.,

    Plaintiff,

v.                                        Case No. 8:18-cv-2608-T-23AAS

RAKESH DIXIT, et al.,

    Defendants.
_____/

## ORDER

HealthPlan Services, Inc. moves to substitute local counsel. (Doc. 263). After coordinating with counsel, it is **ORDERED:**

    (1)    A telephonic hearing on HealthPlan's motion (Doc. 263) will be held on **February 19, 2020, at 3:00 p.m.**

    (2)    To access the hearing, counsel must call 888-808-6929 and, when prompted, enter access code 2487394. Counsel must use a landline.

**ENTERED** in Tampa, Florida, on February 13, 2020.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge

1