UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES - CIVIL GENERAL

CASE NO.   8:18-cv-2608-T-23AAS          DATE   February 19, 2020

TITLE   Healthplan Services, Inc. v. Rakesh Dixit, Feron Kutsomarkos, et al.

TIME   3:04pm- 3:18pm          TOTAL   14 min.

Honorable   AMANDA ARNOLD SANSONE          Deputy Clerk   Amanda Craig

Court Reporter/Tape   Rebekah Lockwood          Courtroom   10B

| Attorney for Plaintiff | Attorney for Defendant: | Defendant(s): |
|---|---|---|
| William Frankel, Esq. | Dustin Dees, Esq. | |
| Alejandro Fernandez, Esq. | Shyam Dixit, Jr., Esq. | |
| Andrew Lennox, Esq. | | |
| Casey Lennox, Esq. | | |

**PROCEEDINGS:**

### TELEPHONE MOTION HEARING

Court addresses Motion to Substitute Counsel (Dkt. 263). Because the plaintiff's proposed local counsel represents the judge's family member, the court provides full disclosure as required by 28 U.S.C. § 455(a), (e). Notice required by 4 pm on Friday February 21, 2020.