UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HEALTHPLAN SERVICES, INC.,
a Florida corporation,

    Plaintiff,

v.

RAKESH DIXIT, FERON KUTSOMARKOS, E-INTEGRATE, INC., KNOWMENTUM, INC, and MEDIA SHARK PRODUCTIONS, INC.

    Defendants.

CASE NO. 8:18-cv-2608-SDM-AAS

## PLAINTIFF HEALTHPLAN SERVICES, INC.'S NOTICE OF WITHDRAWAL OF MOTION TO SUBSTITUTE COUNSEL

Plaintiff HealthPlan Services, Inc. ("HealthPlan"), by and through its undersigned counsel hereby withdraws its Motion for Substitution of Local Counsel (Doc. 263). Attorneys Alejandro J. Fernandez and Stephen J. Leahu will continue to represent HealthPlan as local counsel in this action, together with attorneys William H. Frankel and Andrew J. Avsec. The Notices of Appearance filed by Andrew W. Lennox and Casey Reeder Lennox of the law firm of Lennox Law, P.A. ("Lennox Attorneys") were filed in connection with the Motion for Substitution of Local Counsel, which has now been withdrawn. As the Lennox Attorneys have not and will not represent HealthPlan as local counsel in this action, the Notices of Appearances of Casey Lennox (Doc. 261) and Andrew Lennox (Doc. 262) should be stricken and the Lennox Attorneys removed from the electronic service list by the clerk.

52070344;1

Dated: February 21, 2020　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　By: *Alejandro J. Fernandez*
　　　　　　　　　　　　　　　　　　　　　　　Alejandro J. Fernandez
　　　　　　　　　　　　　　　　　　　　　　　Board Certified in Intellectual Property Law
　　　　　　　　　　　　　　　　　　　　　　　FL. Bar No.: 32221
　　　　　　　　　　　　　　　　　　　　　　　E-mail: alejandro.fernandez@akerman.com
　　　　　　　　　　　　　　　　　　　　　　　Stephen J. Leahu
　　　　　　　　　　　　　　　　　　　　　　　Board Certified in Intellectual Property Law
　　　　　　　　　　　　　　　　　　　　　　　FL. Bar No. 54037
　　　　　　　　　　　　　　　　　　　　　　　E-mail: stephen.leahu@akerman.com
　　　　　　　　　　　　　　　　　　　　　　　**Akerman LLP**
　　　　　　　　　　　　　　　　　　　　　　　401 E. Jackson Street, Suite 1700
　　　　　　　　　　　　　　　　　　　　　　　Tampa, FL 33602
　　　　　　　　　　　　　　　　　　　　　　　Telephone No.: (813) 209-5055
　　　　　　　　　　　　　　　　　　　　　　　Facsimile No.: (813) 218-5413

　　　　　　　　　　　　　　　　　　　　　　　William H. Frankel (IL ARDC No. 3127933)
　　　　　　　　　　　　　　　　　　　　　　　*Admitted Pro Hac Vice*
　　　　　　　　　　　　　　　　　　　　　　　Andrew J. Avsec (IL ARDC No. 6292313)
　　　　　　　　　　　　　　　　　　　　　　　*Admitted Pro Hac Vice*
　　　　　　　　　　　　　　　　　　　　　　　**BRINKS GILSON & LIONE, P.C.**
　　　　　　　　　　　　　　　　　　　　　　　NBC Tower, Suite 3600
　　　　　　　　　　　　　　　　　　　　　　　455 N. Cityfront Plaza Drive
　　　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60611
　　　　　　　　　　　　　　　　　　　　　　　Email: wfrankel@brinksgilson.com
　　　　　　　　　　　　　　　　　　　　　　　Email: aavsec@brinksgilson.com
　　　　　　　　　　　　　　　　　　　　　　　Telephone No. (312) 321-4200
　　　　　　　　　　　　　　　　　　　　　　　Telefacsimile No. (312) 321-4299

　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on February 21, 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system which transmitted it via electronic mail to all counsel of record.

                    /s/ *Alejandro J. Fernandez*
                    Alejandro J. Fernandez