# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**HEALTHPLAN SERVICES, INC.,**

    **Plaintiff,**

v.                                    **Case No. 8:18-cv-2608-T-23AAS**

**RAKESH DIXIT, et al.,**

    **Defendants.**

_____/

## ORDER

HealthPlan Services, Inc. (HealthPlan) previously moved to substitute local counsel. (Doc. 263). HealthPlan now advises it wishes to withdraw that request. (Doc. 271). The following is **ORDERED:**

    1.    The Clerk is directed to strike the Notice of Appearances for Attorneys Andrew W. Lennox and Casey Reeder Lennox (Docs. 261, 262).

    2.    The Clerk is directed to remove Attorneys Andrew Lennox and Casey Lennox from the court docket.

    3.    HealthPlan's motion to substitute counsel (Doc. 263) is **DENIED as moot**.

**ENTERED** in Tampa, Florida on February 21, 2020.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge