# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**HEALTHPLAN SERVICES, INC.,**

    **Plaintiff,**

v.                                                         **Case No. 8:18-cv-2608-T-23AAS**

**RAKESH DIXIT, et al.,**

    **Defendants.**
_____/

## ORDER

For the reasons stated at today's hearing, the following is **ORDERED**:

1. The deadline for HealthPlan Services, Inc. (HealthPlan) to respond to Attorneys Shyamie Dixit's and Dustin Deese's motions to withdraw (Docs. 264, 274) is **noon on Monday March 2, 2020.**

2. The deadline for defendants to respond to HealthPlan's motion for default judgment (Doc. 273) is extended to **Friday March 20, 2020.** Absent extraordinary circumstances, this deadline will not be extended again.

**ORDERED** in Tampa, Florida, on February 25, 2020.

*[signature: Amanda Arnold Sansone]*
AMANDA ARNOLD SANSONE
United States Magistrate Judge