# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

|  |  |
|---|---|
| HEALTHPLAN SERVICES, INC., a Florida corporation, <br><br> Plaintiff, <br> v. <br><br> RAKESH DIXIT, FERON KUTSOMARKOS, E-INTEGRATE, INC., KNOWMENTUM, INC, and MEDIA SHARK PRODUCTIONS, INC. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )   CASE NO. 8:18-cv-2608-SDM-AAS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### PLAINTIFF HEALTHPLAN SERVICES, INC.'S  NOTICE OF RECEIVING DEFENDANTS' RESPONSE TO MOTION FOR DEFAULT JUDGMENT (DOC. 273)

Plaintiff HealthPlan Services, Inc. ("HealthPlan"), by and through their undersigned counsel, hereby provides notice of Defendants' response to HealthPlan's Motion For Default Judgment (Doc. 273).  A true and correct copy of Defendants' response is attached as **Exhibit 1**.

Defendant Rak Dixit emailed the attached documents to undersigned, and requested assistance with electronically filing with the Court the attachment as Defendant's response. Accordingly, in the spirit of cooperation, we submit this Notice.

Dated: March 20, 2020

Respectfully submitted,

By:    *Alejandro J. Fernandez*
    Alejandro J. Fernandez
    Board Certified in Intellectual Property Law
    FL. Bar No.: 32221
    E-mail: alejandro.fernandez@akerman.com

Stephen J. Leahu
Board Certified in Intellectual Property Law
FL. Bar No. 54037
E-mail: stephen.leahu@akerman.com
**Akerman LLP**
401 E. Jackson Street, Suite 1700
Tampa, FL 33602
Telephone No.: (813) 209-5055
Facsimile No.: (813) 218-5413

William H. Frankel (IL ARDC No. 3127933)
*Admitted Pro Hac Vice*
Andrew J. Avsec (IL ARDC No. 6292313)
*Admitted Pro Hac Vice*
**BRINKS GILSON & LIONE, P.C.**
NBC Tower, Suite 3600
455 N. Cityfront Plaza Drive
Chicago, Illinois 60611
Email: wfrankel@brinksgilson.com
Email: aavsec@brinksgilson.com
Telephone No. (312) 321-4200
Telefacsimile No. (312) 321-4299

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY certify that on March 20, 2020, a true and correct copy of the foregoing

was electronically filed with the Clerk of the Court via the CM/ECF system which

transmitted it via electronic mail to all counsel of record.

/s/ Alejandro J. Fernandez
Alejandro J. Fernandez