# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| HEALTHPLAN SERVICES, INC.,<br>a Florida corporation,<br><br>      Plaintiff,<br><br>v.<br><br>RAKESH DIXIT, FERON<br>KUTSOMARKOS, E-INTEGRATE, INC.,<br>KNOWMENTUM, INC, and MEDIA<br>SHARK PRODUCTIONS, INC.<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)  CASE NO. 8:18-cv-2608-SDM-AAS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF HEALTHPLAN SERVICES, INC.'S  NOTICE OF FERON KUTSOMARKOS' PETITION FOR BANKRUPTCY

Plaintiff HealthPlan Services, Inc. ("HealthPlan"), by and through their undersigned counsel, hereby provides notice of Defendant Kutsomarkos' petition for Chapter 7 bankruptcy.  A true and correct copy of Defendant Kutsomarkos' notice to HealthPlan is attached as **Exhibit 1**.

Dated: March 27, 2020

Respectfully submitted,

By:   *Alejandro J. Fernandez*
   Alejandro J. Fernandez
   Board Certified in Intellectual Property Law
   FL. Bar No.: 32221
   E-mail: alejandro.fernandez@akerman.com
   Stephen J. Leahu
   Board Certified in Intellectual Property Law
   FL. Bar No. 54037
   E-mail: stephen.leahu@akerman.com
   **Akerman LLP**
   401 E. Jackson Street, Suite 1700

52517918;1

Tampa, FL 33602
Telephone No.: (813) 209-5055
Facsimile No.: (813) 218-5413

William H. Frankel (IL ARDC No. 3127933)
*Admitted Pro Hac Vice*
Andrew J. Avsec (IL ARDC No. 6292313)
*Admitted Pro Hac Vice*
**BRINKS GILSON & LIONE, P.C.**
NBC Tower, Suite 3600
455 N. Cityfront Plaza Drive
Chicago, Illinois 60611
Email: wfrankel@brinksgilson.com
Email: aavsec@brinksgilson.com
Telephone No. (312) 321-4200
Telefacsimile No. (312) 321-4299

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY certify that on March 27, 2020, a true and correct copy of the foregoing

was electronically filed with the Clerk of the Court via the CM/ECF system which

transmitted it via electronic mail to all counsel of record.

/s/ Alejandro J. Fernandez
Alejandro J. Fernandez

52517918;1                                    2