RECEIVED

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

HEALTHPLAN SERVICES, INC.,
a Florida corporation,
     Plaintiff,

vs.

Case No.: 8:18-cv-2608-T-23AAS

RAKESH DIXIT, an individual,
FERON KUTSOMARKOS, an individual,
E-INTEGRATE, INC., a Florida corporation,
KNOWMENTUM, INC, a Florida
corporation, and
MEDIA SHARK PRODUCTIONS, INC., a
Florida corporation,

     Defendants.

_____/

### OBJECTION TO MOTION FOR DEFAULT JUDGEMENT

Defendant, Feron Kutsomarkos responding *pro se*, submits this objection to the Motion for Default Judgement, on file herein, to demonstrate to the Court that there is a genuine issue of material fact in this case that precludes the entry of a judgement as a matter of law.

This objection is based upon and supported by the following Statement and Summary of Points.

DATED this 11th day of August, 2020, I served the foregoing document via email to:

"Frankel, William" <wfrankel@brinksgilson.com>,
"Alejandro (Alex) J. Fernandez" <alejandro.fernandez@akerman.com>,
"Avsec, Andrew J." <AAvsec@brinksgilson.com>,
"Fernandez, Alex" <afernandez@brinksgilson.com>,
"Leahu, Stephen J." <sleahu@brinksgilson.com>,
"Christou, Evi" <echristou@brinksgilson.com>,
"Rak Dixit" <rak@rakdixit.com>

Respectfully submitted by:

*/s/ Feroniki Kutsomarkos*
Feroniki Kutsomarkos
Defendant, *Pro Se*

1

**STATEMENT:**
This is an objection to the claims against Feron Kutsomarkos as grounds for a Default Judgement: Aside from the native email files, requested after the September 11, 2019 deposition, everything requested and in possession was provided via her former counsel by approximately June, 2019. The subsequent production request was produced by Dixit's counsel.

Nothing further has been ordered of Kutsomarkos. Therefore, a Default Judgement against Kutsomarkos would be without cause, as there was no failure to respond or appear. Any deficits that exist are not those of Kutsomarkos and she should not be held accountable for what is required of other parties.

**SUMMARY OF POINTS from motion:**

- **Fees:** Applies to Dixit and/or his Companies only.
- **New lead counsel:** Kutsomarkos is currently proceeding *pro se* and has no influence or impact regarding counsel for Dixit and/or his Companies.
- **Initial disclosures:** Disclosures for Kutsomarkos were completed and provided by her former counsel on May 10, 2019.
- **Interrogatories answers**: Completed on behalf of Kutsomarkos by her former counsel.
- **Falsified amended response to discovery:** Unknown to Kutsomarkos.
- **Supplement production:** Kutsomarkos was asked to produce the native version of the previously produced emails following the September 11, 2019 deposition. They were produced by Dixit's counsel.
- **Privilege log:** Unknown to Kutsomarkos.
- **Meet and confer:** Unknown to Kutsomarkos.
- **Accessed laptop:** Applies to Dixit and/or his Companies only.
- **Original backup:** Applies to Dixit and/or his Companies only.
- **Substitute counsel:** Kutsomarkos is currently proceeding *pro se* and has no influence or impact regarding counsel for Dixit and/or his Companies.
- **ALL discovery orders by Feb 21 deadline:** The production for Kutsomarkos was completed by approximately June, 2019 and supplemented around September, 2019 with the native emails.
- **Regarding the Plaintiff's inaccurate and false Footnote:** "Kutsomarkos benefited from and is complicit in litigation misconduct": Kutsomarkos produced everything asked of her (PDF, Word, Excel, PPT, TIFF, JPEG, PNG, Audio, Movie, Illustrator, Photoshop, InDesign, and other file types) within the ordered timeframe. The first time there was every any indication that there was a need for anything additional was only after HPS was told that the computer was no longer in her possession; many months after production was complete. The only instruction prior to that, was to preserve the produced items, which was done. Outside of that, Kutsomarkos was not ordered to, nor asked to do anything else with regard to production.