UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| HEALTHPLAN SERVICES, INC., a Florida corporation,<br><br>    Plaintiff,<br>v.<br><br>RAKESH DIXIT, FERON KUTSOMARKOS, E-INTEGRATE, INC., KNOWMENTUM, INC, and MEDIA SHARK PRODUCTIONS, INC.<br><br>    Defendants. | CASE NO. 8:18-cv-2608-SDM-AAS |

**PLAINTIFF HEALTHPLAN SERVICES, INC.'S MOTION
FOR AN EXTENSION OF TIME**

Plaintiff HealthPlan Services, Inc. ("HealthPlan"), by and through their undersigned counsel, hereby requests an one-week extension of time to file the motion for default judgment with the expert report substantiating damages, and states as follows:

**I.     Good Cause Exists For An Extension Of Time**

On September 8, 2020, the Court granted HealthPlan's motion (Doc. 299) for a three-week extension of time to move for default judgment with evidence substantiating its damages and fees. *See* Doc. 300.  HealthPlan's in-house counsel assigned to this matter, who is the key contact working on gathering the necessary evidence, was on bereavement leave for two weeks during the latest extension period.  In order to proffer a comprehensive expert declaration in support of damages and attorneys' fees, HealthPlan respectfully requests an

1

additional week, to **October 13, 2020** for its expert to finalize the damages calculations. As the Court will recall, the deadline for the disclosure of expert witnesses was suspended earlier this year long before the Court directed that HealthPlan may move for default judgment with evidence substantiating damages. *See* Doc. 294 at 3. Since then, HealthPlan has been diligently working on the gathering of evidence for the preparation of its expert report to substantiate damages amounting to millions of dollars, as well as extensive attorneys' fees awarded in the Court's report and recommendation. This effort has taken a longer than anticipated because changes in personnel at HealthPlan and the above-referenced bereavement leave of in-house counsel have resulted in delays in preparing the supporting evidence. Accordingly, good cause exists for the requested extension of time. Fed. R. Civ. P. 6(b).

**II.   Conclusion**

For the above reasons, HealthPlan respectfully requests an one-week extension to file its motion for default judgment.

**Local Rule 3.01(g) Certification**

Pursuant to Local Rule 3.01(g), the parties have attempted in good-faith to resolve the issues presented by this Motion, but they have not yet been able to reach an agreement. HealthPlan's counsel will update this certification if the parties resolve the issues presented in this Motion.

Dated: October 2, 2020                                Respectfully submitted,

By:   */s/ Stephen J. Leahu*
Alejandro J. Fernandez

2

Board Certified in Intellectual Property Law
FL. Bar No.: 32221
E-mail: alejandro.fernandez@akerman.com
Stephen J. Leahu
Board Certified in Intellectual Property Law
FL. Bar No. 54037
E-mail: stephen.leahu@akerman.com
**Akerman LLP**
401 E. Jackson Street, Suite 1700
Tampa, FL 33602
Telephone No.: (813) 209-5055
Facsimile No.: (813) 218-5413

William H. Frankel (IL ARDC No. 3127933)
*Admitted Pro Hac Vice*
Andrew J. Avsec (IL ARDC No. 6292313)
*Admitted Pro Hac Vice*
**BRINKS GILSON & LIONE, P.C.**
NBC Tower, Suite 3600
455 N. Cityfront Plaza Drive
Chicago, Illinois 60611
Email: wfrankel@brinksgilson.com
Email: aavsec@brinksgilson.com
Telephone No. (312) 321-4200
Telefacsimile No. (312) 321-4299

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY certify that on October 2, 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system which transmitted it via electronic mail to all counsel of record.

                                                */s/ Stephen J. Leahu*