UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| HEALTHPLAN SERVICES, INC., a Florida corporation, <br><br> Plaintiff, <br> v. <br><br> RAKESH DIXIT, FERON KUTSOMARKOS, E-INTEGRATE, INC., KNOWMENTUM, INC, and MEDIA SHARK PRODUCTIONS, INC. <br><br> Defendants. | ) ) ) ) ) ) ) CASE NO. 8:18-cv-2608-SDM-AAS ) ) ) ) ) ) ) ) |

**NOTICE OF UPDATED CERTIFICATE**

Pursuant to the Court's Order (Doc. 312), undersigned hereby provides the following updated certification:

**Updated Certificate**

On November 19, 2020 *via* FedEx carrier, Plaintiff's counsel mailed to Defendant Rakesh Dixit[1] a redacted copy of Annex 2 of Mr. Dennis Prysner's Declaration (Doc. 306-2) that was filed under seal pursuant to the Court's Order (Doc. 311). Per FedEx's tracking system, the document was delivered on November 20, 2020.[2] *See* Ex. 1.

---

[1] The document was mailed to the address listed on the CM/ECF system for Defendant Rakesh Dixit and his corporate entities: Rakesh Dixit, 36181 E. Lake Road, Palm Harbor, FL 34685.

[2] A true and correct copy of the proof of service received from FedEx is attached as **Exhibit 1**.

1

Dated: November 24, 2020

Respectfully submitted,

By: */s/ Alejandro J. Fernandez*
   Alejandro J. Fernandez
   Board Certified in Intellectual Property Law
   FL. Bar No.: 32221
   E-mail: alejandro.fernandez@akerman.com
   Stephen J. Leahu
   Board Certified in Intellectual Property Law
   FL. Bar No. 54037
   E-mail: stephen.leahu@akerman.com
   **Akerman LLP**
   401 E. Jackson Street, Suite 1700
   Tampa, FL 33602
   Telephone No.: (813) 209-5055
   Facsimile No.: (813) 218-5413

   William H. Frankel (IL ARDC No. 3127933)
   *Admitted Pro Hac Vice*
   Andrew J. Avsec (IL ARDC No. 6292313)
   *Admitted Pro Hac Vice*
   **BRINKS GILSON & LIONE, P.C.**
   NBC Tower, Suite 3600
   455 N. Cityfront Plaza Drive
   Chicago, Illinois 60611
   Email: wfrankel@brinksgilson.com
   Email: aavsec@brinksgilson.com
   Telephone No. (312) 321-4200
   Telefacsimile No. (312) 321-4299

   *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY certify that on November 24, 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system which transmitted it via electronic mail to all counsel of record.

   */s/ Alejandro J. Fernandez*