UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**HEALTHPLAN SERVICES, INC.,**

    **Plaintiff,**

v.                                                                              Case No.: 8:18-cv-2608-T-23AAS

**RAKESH DIXIT, FERON KUTSOMARKOS, E-INTEGRATE, INC., KNOWMENTUM, INC., and MEDIA SHARK PRODUCTIONS, INC.,**

    **Defendants.**
_____/

### ORDER

On December 22, 2020, Rakesh Dixit emailed the undersigned's chambers with a PDF titled "Defendants Response to Amanda's Order Regarding Annex 2."[1] Upon review, it appears as if Mr. Dixit objects to the November 23, 2020 order requiring HealthPlan Services, Inc. provide an updated certificate of service for detailing how it served Mr. Dixit with Annex 2 of its Motion for Default Judgment. (*See* Exhibit 2).

Mr. Dixit, a pro se litigant, must file all pleadings and documents in paper form by mailing or delivering them to Tampa Division's Clerk's Office.[2] Direct correspondence, unless invited or directed by the presiding judge, is prohibited by Local Rule 3.01(f), M.D. Fla. Mr. Dixit is subject to the same law and rules of court

---

[1] Mr. Dixit's email is attached as Exhibit 1 to this order and the PDF is attached as Exhibit 2 to this order.

[2] The address for the Tampa Division's Clerk's Office is 801 N. Florida Avenue, Second Floor, Tampa, Florida 33602.

1

as a litigant represented by counsel, including the Federal Rules of Civil Procedure and the Local Rules for the Middle District of Florida,[3] and may be sanctioned for violating those rules or court orders. *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989).

If Mr. Dixit wishes to object to orders entered, he must file those objections with the Tampa Division's Clerk Office and within fourteen days of being served with the order. *See* Fed. R. Civ. P. 72(a).

**ENTERED** in Tampa, Florida on December 28, 2020.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge

cc: Rakesh Dixit
    36181 East Lake Road
    Palm Harbor, FL 34685-3142

---

[3] On February 1, 2021, revisions to the Middle District of Florida's Local Rules will take effect. *See Local Rules*, https://www.flmd.uscourts.gov/local-rules (last visited Dec. 28, 2020).

2