UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**HEALTHPLAN SERVICES, INC.,**

    **Plaintiff,**

v.                                                              Case No.: 8:18-cv-2608-T-23AAS

**RAKESH DIXIT, FERON KUTSOMARKOS, E-INTEGRATE, INC., KNOWMENTUM, INC., and MEDIA SHARK PRODUCTIONS, INC.,**

    **Defendants.**

_____/

## ORDER

On January 15, 2021, Rakesh Dixit emailed the undersigned's chambers and attached a PDF of a December 28, 2020 order addressing Mr. Dixit's prior unauthorized correspondence. Mr. Dixit also attached a text document.[1] Mr. Dixit's text document conveys that his prior unauthorized December 22, 2020 email is his written response to HealthPlan's Motion for Default Judgment. Thus, the court will consider Mr. Dixit's December 22 email with attached PDF as his response to HealthPlan's Motion for Default Judgment. (*See* Doc. 314, Ex. 2).

Mr. Dixit, a pro se litigant, has been advised at least twice that all pleadings and documents must be submitted in paper form by mailing or delivering them to Tampa Division's Clerk's Office. (*See* Docs. 288, 314). Mr. Dixit is subject to the same law and rules of court as a litigant represented by counsel, including the Federal

---

[1] Mr. Dixit's email with its two attachments is Exhibit 1 to this order.

1

Rules of Civil Procedure and the Local Rules for the Middle District of Florida,[2] and may be sanctioned for violating those rules or court orders. *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989).

**ENTERED** in Tampa, Florida on January 21, 2021.

*[signature]*
AMANDA ARNOLD SANSONE
United States Magistrate Judge

cc: Rakesh Dixit
    36181 East Lake Road
    Palm Harbor, FL 34685-3142

---

[2] On February 1, 2021, revisions to the Middle District of Florida's Local Rules will take effect. *See Local Rules*, https://www.flmd.uscourts.gov/local-rules (last visited Jan. 20, 2021).

2