# Michelle Moretz-Smith

| | |
|---|---|
| **From:** | Rak Dixit <rak@rakdixit.com> |
| **Sent:** | Friday, January 15, 2021 10:54 PM |
| **To:** | CHAMBERS FLMD SANSONE |
| **Cc:** | Mary LaFleur; alennox_lennoxlaw.com |
| **Subject:** | Case 8:18-cv-02608-SDM-AAS, HealthPlan Services, Inc. v. Dixit et al - Doc - Jan 13 2021 - 6-02 PM--1598043485.pdf |
| **Attachments:** | Doc - Jan 13 2021 - 6-02 PM--1598043485.pdf; ATT00001.txt |

CAUTION - EXTERNAL:

Dear Amanda,

I got your letter. I take this as your request for me to ask you to be invited to email you:

I'm requesting.

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HEALTHPLAN SERVICES, INC.,

    Plaintiff,

v.                                     Case No.: 8:18-cv-2608-T-23AAS

RAKESH DIXIT, FERON
KUTSOMARKOS, E-INTEGRATE, INC.,
KNOWMENTUM, INC., and MEDIA
SHARK PRODUCTIONS, INC.,

    Defendants.
_____/

## ORDER

On December 22, 2020, Rakesh Dixit emailed the undersigned's chambers with a PDF titled "Defendants Response to Amanda's Order Regarding Annex 2."[1] Upon review, it appears as if Mr. Dixit objects to the November 23, 2020 order requiring HealthPlan Services, Inc. provide an updated certificate of service for detailing how it served Mr. Dixit with Annex 2 of its Motion for Default Judgment. (*See* Exhibit 2).

Mr. Dixit, a pro se litigant, must file all pleadings and documents in paper form by mailing or delivering them to Tampa Division's Clerk's Office.[2] Direct correspondence, unless invited or directed by the presiding judge, is prohibited by Local Rule 3.01(f), M.D. Fla. Mr. Dixit is subject to the same law and rules of court

---

[1] Mr. Dixit's email is attached as Exhibit 1 to this order and the PDF is attached as Exhibit 2 to this order.

[2] The address for the Tampa Division's Clerk's Office is 801 N. Florida Avenue, Second Floor, Tampa, Florida 33602.

1

as a litigant represented by counsel, including the Federal Rules of Civil Procedure and the Local Rules for the Middle District of Florida,[3] and may be sanctioned for violating those rules or court orders. *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989).

If Mr. Dixit wishes to object to orders entered, he must file those objections with the Tampa Division's Clerk Office and within fourteen days of being served with the order. *See* Fed. R. Civ. P. 72(a).

**ENTERED** in Tampa, Florida on December 28, 2020.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge

cc: Rakesh Dixit
    36181 East Lake Road
    Palm Harbor, FL 34685-3142

---

[3] On February 1, 2021, revisions to the Middle District of Florida's Local Rules will take effect. *See Local Rules*, https://www.flmd.uscourts.gov/local-rules (last visited Dec. 28, 2020).

2

# Michelle Moretz-Smith

| | |
|---|---|
| **From:** | Rak <Rak@RakDixit.com> |
| **Sent:** | Tuesday, December 22, 2020 4:56 PM |
| **To:** | LaFleur, Mary; Frankel, William; alennox_lennoxlaw.com |
| **Cc:** | Avsec, Andrew J.; stephen.leahu@akerman.com; Alejandro.Fernandez@akerman.com; Feron Kutsomarkos |
| **Subject:** | Case 8:18-cv-02608-SDM-AAS, HealthPlan Services, Inc. v. Dixit et al |
| **Attachments:** | Motions to file under seal_DIxit response 122120.pdf |

CAUTION - EXTERNAL:

Good afternoon,

The attached was submitted to the Middle District of FL.
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Best regards,

Rak.

While you express uncertainty as to my "seeming" objections, I'm certain that you are quite capable of understanding written English, even at your relatively inexperienced level; I'll refrain from continuing to join in with your condescending repartee and just ask you to try reading it again, so as to remove any uncertainty or doubt, or give me a call at 17276929135 to clear things up; if I am unable to answer, please text me a time to return your call.

There's no need for you to fear in potentially steering into inappropriate engagement by calling; you're way past those boundary waters, already.

Alternatively, you may attempt to get back to adhering to proper & punctual measures by positioning this correspondence as "too late..." in meeting with your arbitrary and always moving "deadlines," and adjudicate based on what else you can get away with, on behalf of your family ties to plaintiff's counsel.

Looking forward to how you manage this, next.


Best regards,

Rak.