UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HEALTHPLAN SERVICES, INC.,
 Plaintiff,

v.            CASE NO.: 8:18-cv-02608-SDM-AAS

RAKESH DIXIT, *et al.*,
 Defendants.
_____/

## NOTICE OF CORRECTION TO MAY 27, 2021
## REPORT AND RECOMMENDATION

PLAINTIFF HealthPlan Services, Inc. hereby respectfully submits this Notice of Correction to address an incorrect date in the Report and Recommendation dated May 27, 2021 ("R&R").[1]

The R&R states that "In 2014, after learning of Ms. Kutsomarkos's and Media Shark's involvement with Mr. Dixit, HealthPlan terminated its relationship with Ms. Kutsomarkos and Media Shark" citing the First Amended Complaint at ¶ 71. (Doc. 317 at 7-8). The First Amended Complaint does not include the 2014 date. (Doc. 37, ¶ 71.) In fact, HealthPlan terminated its relationship with Ms. Kutsomarkos and Media Shark in 2018. (See Doc. 306, Ex. 2, Prysner Decl. Annex 3, Media Shark Invoices; Doc. 306-3, Plumpe Decl. at p. 4, ¶ 4, fn. 4 and p. 11, ¶ 23, fn. 32; Doc. 306-1, p. 40, ¶ 36, citing Ex. E, 15:6-9).

---

[1] Plaintiff is not filing objections to the proposed findings and recommendations.

Accordingly, Plaintiff respectfully requests that the date in the R&R at page 7 be corrected to state: "In 2018, after learning of Ms. Kutsomarkos's and Media Shark's involvement with Mr. Dixit, HealthPlan terminated its relationship with Ms. Kutsomarkos and Media Shark."

Dated: June 9, 2021          Respectfully submitted,

By: /Alejandro J. Fernandez/
Alejandro J. Fernandez
Board Certified in Intellectual Property Law
FL. Bar No.: 32221
E-mail: alejandro.fernandez@akerman.com
Stephen J. Leahu
Board Certified in Intellectual Property Law
FL. Bar No. 54037
E-mail: stephen.leahu@akerman.com
**Akerman LLP**
401 E. Jackson Street, Suite 1700
Tampa, FL 33602
Telephone No.: (813) 209-5055
Facsimile No.: (813) 218-5413

William H. Frankel (IL ARDC No. 3127933)
*Admitted Pro Hac Vice*
Andrew J. Avsec (IL ARDC No. 6292313)
*Admitted Pro Hac Vice*
**BRINKS GILSON & LIONE, P.C.**
NBC Tower, Suite 3600
455 N. Cityfront Plaza Drive
Chicago, Illinois 60611
Email: wfrankel@brinksgilson.com
Email: aavsec@brinksgilson.com
Telephone No. (312) 321-4200
Telefacsimile No. (312) 321-4299

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on June 9, 2021, a true and correct copy of the foregoing and the referenced exhibits were electronically filed with the Clerk of the Court via the CM/ECF system which transmitted it via electronic mail to all counsel of record.  I also caused hard copies of the filings to be sent to pro se Defendants Dixit and Kutsomarkos via FedEx at their addresses of record as follows:

Rakesh Dixit
36181 East Lake Road
Palm Harbor, FL 34685-3142

Rakesh Dixit
994 Cypress Lakes Blvd
Tarpon Springs, FL 34688

Feron Kutsomarkos
5989 Winans Drive
Brighton, MI 48116

_____

By: /Alejandro J. Fernandez/
      Alejandro J. Fernandez