### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

HEALTHPLAN SERVICES, INC.,
     Plaintiff,

v.                                CASE NO.: 8:18-cv-02608-SDM-AAS

RAKESH DIXIT, *et al.*,
     Defendants.
_____/

### NOTICE OF PLAINTIFF'S PROPOSED PERMANENT INJUNCTION REQUEST IN RESPONSE TO MAY 27, 2021 REPORT AND RECOMMENDATION

Plaintiff HealthPlan Services, Inc. ("HealthPlan"), by and through their undersigned counsel, hereby provide notice of HealthPlan's proposed permanent injunction. In a Report and Recommendation dated May 27, 2021 ("R&R"), Magistrate Judge Sansone recommended the entry of a Permanent Injunction against the Dixit Defendants. (Doc. 317 at 68-69.) However, the R&R concluded that HealthPlan's proposed Permanent Injunction language did not "state its terms specifically" or "describe in reasonable detail . . . the act or acts restrained." Fed. R. Civ. 65(d)(1). (Id.) The R&R continued, "HealthPlan should be allowed to provide a proposed permanent injunction that complies with the Rules of Civil Procedure and is understandable to any person or entity who would receive a copy (i.e. without case specific defined terms)." (Id.)

In the event that the Court adopts the R&R, HealthPlan hereby provides

notice of its proposed permanent injunction language, which is attached as

Exhibit A.

Dated: June 9, 2021                    Respectfully submitted,

                                       By:  /Alejandro J. Fernandez/
                                       Alejandro J. Fernandez
                                       Board Certified in Intellectual Property Law
                                       FL. Bar No.: 32221
                                       E-mail: alejandro.fernandez@akerman.com
                                       Stephen J. Leahu
                                       Board Certified in Intellectual Property Law
                                       FL. Bar No. 54037
                                       E-mail: stephen.leahu@akerman.com
                                       **Akerman LLP**
                                       401 E. Jackson Street, Suite 1700
                                       Tampa, FL 33602
                                       Telephone No.: (813) 209-5055
                                       Facsimile No.: (813) 218-5413

                                       William H. Frankel (IL ARDC No. 3127933)
                                       *Admitted Pro Hac Vice*
                                       Andrew J. Avsec (IL ARDC No. 6292313)
                                       *Admitted Pro Hac Vice*
                                       **BRINKS GILSON & LIONE, P.C.**
                                       NBC Tower, Suite 3600
                                       455 N. Cityfront Plaza Drive
                                       Chicago, Illinois 60611
                                       Email: wfrankel@brinksgilson.com
                                       Email: aavsec@brinksgilson.com
                                       Telephone No. (312) 321-4200
                                       Facsimile No. (312) 321-4299

                                       *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY certify that on June 9, 2021, a true and correct copy of the

foregoing andthe referenced exhibits were electronically filed with the Clerk of

the Court via the CM/ECF system which transmitted it via electronic mail to all

counsel of record.  I also caused hard copies of the filings to be sent to pro se

Defendants Dixit and Kutsomarkos via FedEx at their addresses of record as

follows:

Rakesh Dixit
36181 East Lake Road
Palm Harbor, FL 34685-3142

Rakesh Dixit
994 Cypress Lakes Blvd.
Tarpon Springs, FL 34688

Feron Kutsomarkos
5989 Winans Drive
Brighton, MI 48116

_____

By: /Alejandro J. Fernandez/
Alejandro J. Fernandez